IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| N.A. WATER SYSTEMS, LLC, as successor by merger to USFILTER ENGINEERING & CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AUGUSTA FIBERGLASS COATINGS, INC., SNYDER INDUSTRIES, INC., <br><br> Defendants. | CIVIL ACTION NO. 2:06cv335-MEF |

## NOTICE OF REMOVAL

COMES NOW Snyder Industries, Inc., one of the Defendants in the above-styled cause, and pursuant to 28 U.S.C. §§ 1441 and 1446 gives notice of its removal of this action to the United States District Court, Middle District of Alabama, Northern Division. As grounds therefore, the Defendant says as follows:

1. Plaintiff N.A. Water Systems, LLC, upon information and belief, was formed as a Pennsylvania limited liability company, and is a citizen of the State of Pennsylvania.

2. Defendant Augusta Fiberglass Coatings, Inc., upon information and belief, is a corporation organized under the laws of the State of South Carolina with its principal place of business in South Carolina. Therefore, it is a citizen of the State of South Carolina.

3. Defendant Snyder Industries, Inc. is a corporation organized under the laws of the State of Nebraska with its principal place of business in Nebraska. Therefore, it is a citizen of the State of Nebraska.

4. This action is removed within 30 days of the date within which it is first removable.

5. This action is a matter of which the United States District Court has jurisdiction in that the controversy is wholly between citizens of different states. Jurisdiction is based upon complete diversity of citizenship and the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs in compliance with 28 U.S.C. § 1332.

6. Defendant Augusta Fiberglass Coatings, Inc. consents to the removal of this case to this Court. Attached hereto as Ex. 1 is the Consent to Removal.

7. A copy of the documents served on the Defendants is attached to this Notice of Removal as Exhibit 2 and are incorporated herein.

8. A copy of this Notice of Removal has been filed with the Circuit Court of Montgomery County, Alabama.

WHEREFORE, PREMISES CONSIDERED, the Defendants request that this Court assume jurisdiction over the cause herein as provided by law.

_____
MARK W. LEE

_____
DOROTHY A. POWELL

**OF COUNSEL:**

PARSONS, LEE & JULIANO, P.C.
2801 Highway 280 South
300 Protective Center
Post Office Box 530630
Birmingham, AL 35253-0630
(205) 326-6600

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 12th day of April, 2006, served a copy of the foregoing via United States mail, postage prepaid and properly addressed on counsel for all parties as follows:

Mr. E. Mabry Rogers
Ms. Rhonda Caviedes Andreen
Ms. Angela R. Rogers
One Federal Place
1819 Fifth Ave. N.
Birmingham, AL 35203

Mr. Jack Owen
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery AL 36102-2148

_____
OF COUNSEL