IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| N.A. WATER SYSTEMS, LLC, as successor by merger to USFILTER ENGINEERING & CONSTRUCTION, INC., | ) ) ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO.: 2:06cv335-MEF |
| V. | ) ) ) |
| AUGUSTA FIBERGLASS COATINGS, INC., and SNYDER INDUSTRIES, INC., | ) ) ) |
| Defendants. | ) |

## CONSENT TO REMOVAL

Defendant Augusta Fiberglass Coatings, Inc. hereby consents to the removal of this case by Defendant Snyder Industries, Inc. from the Circuit Court of Montgomery County, Alabama, to the United States District Court for the Middle District of Alabama.

JACK OWEN  (ASB-4805-N66C)
Attorney for Defendant
Augusta Fiberglass Coatings, Inc.

OF COUNSEL:

BALL, BALL, MATTHEWS & NOVAK, P.A.
Post Office Box 2148
Montgomery, Alabama  36102-2148
(334) 387-7680
(334) 387-3222 (Fax)
Email: ccowen@ball-ball.com

"EXHIBIT 1"

## CERTIFICATE OF SERVICE

  I hereby certify that on this ___day of April, 2006, I served a copy of the foregoing document by U. S. Mail, postage prepaid, to the following:

Angela R. Rogers, Esq.
Bradley, Arant, Rose & White, LLP
Suite 780
401 Adams Avenue
Montgomery, AL 36104-4325
Email: arogers@bradleyarant.com


Dorothy A. Powell, Esq.
Parsons, Lee & Juliano, P. C.
300 Protective Center
2801 Highway 280 South
Birmingham, AL 35223-2480
Email: dpowell&pljpc.com

                    _____
                    OF COUNSEL