IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| N.A. WATER SYSTEMS, LLC, <br> as successor by merger to <br> USFILTER ENGINEERING & <br> CONSTRUCTION, INC., <br><br> Plaintiff , <br><br> V. <br><br> AUGUSTA FIBERGLASS COATINGS, INC., <br> and SNYDER INDUSTRIES, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION NO.:  <u>2:06-CV-335-MEF</u> |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Rule 26(f), FRCP, a meeting was held by telephone on May 9, 2006, 2004. The following persons and the parties represented participated:

<u>Party:</u>  <u>Counsel:</u>

<u>Plaintiff</u>

N.A. Water Systems, Inc.  Rhonda Caviedes Andreen
 and Jeffrey Peters
 Bradley, Arant, Rose & White LLP

<u>Defendants</u>

Augusta Fiberglass Coatings, Inc.  Jack Owen
 Ball, Ball, Matthews & Novak, P.A.

Snyder Industries, Inc.  Dorothy A. Powell
 Parsons, Lee & Juliano, P. C.

The parties have agreed to jointly propose the following schedule for discovery, motions, pre-trial conferences, and trial of the issues of this action. The following is based on a June 4, 2007 trial term. Plaintiff is of the opinion that this case can and should be set for trial during the January 29, 2007 trial term; however, Defendants would not consent. In lieu of the January 29, 2007 trial term, Plaintiff has agreed to the following schedule:

2. **Pre-discovery Disclosures**. The parties will exchange the information required by Rule 26(a), FRCP, by June 15, 2006.

3. **Discovery Plan**. The parties jointly propose the following discovery plan:

A. Discovery will be needed as to all claims, defenses, and damages asserted in the pleadings.

B. All persons represented by the same counsel shall be deemed a single party.

C. Parties shall be limited to 20 interrogatories, 20 items of requests for production, and 20 requests for admissions propounded to opposing parties. Responses are due within 33 days after service by mail.

D. Plaintiff shall be limited to 8 depositions.

E. Defendants shall be limited to 8 depositions, each.

F. Fact depositions shall be completed by October 15, 2006.

G. Each deposition shall be limited to a maximum of 7 hours unless extended by agreement of the parties. In addition to the time allowed for the party taking the deposition, each other party shall be allowed a maximum of 30 minutes for follow-up questions. Such

questioning period shall not count as one of the parties 8 depositions, so long as it is limited as agreed in this planning document. The times allowed do not include breaks, nor do they include lengthy objections by a non-taking party, delays by the deponent, or other circumstances which impede or delay the examination.

      H.     Plaintiff to identify expert witnesses and deliver experts' written reports by October 15, 2006.

      I.     Defendants to identify expert witnesses and deliver experts' written reports by November 15, 2006.

      J.     Plaintiff to tender expert witnesses for depositions by November 30, 2006.

      K.     Defendants to tender expert witnesses for depositions by December 31, 2006.

      L.     All parties to exchange final lists of trial witnesses by February 15, 2007.

      M.     All discovery to be commenced in time to be completed by March 23, 2007.

4. **Other Items.**

      A.     Deadline for filing potentially dispositive motions:   January 22, 2007.

      B.     Pretrial Conference requested to be held on April 23, 2007.

      C.     All parties to exchange lists of trial exhibits and tender for inspection/copying on April 4, 2007.

      D.     Parties should have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

      E.     Anticipated trial term:     June 4, 2007.

      F.     Settlement is possible.

Submitted this 26th day of May 2006.

/s/ Rhonda Caviedes Andreen
Rhonda Caviedes Andreen (ASB-8753-064C)
Attorney for Plaintiff
N.A. Water Systems, Inc.

OF COUNSEL:
E. Mabry Rogers, Esq.
Rhonda C. Andreen, Esq.
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue, N.
Birmingham, AL 35203
Email:  mrogers@bradleyarant.com
          rcaviedes@bradleyarant.com

Angela R. Rogers, Esq.
Bradley, Arant, Rose & White, LLP
Suite 780
401 Adams Avenue
Montgomery, AL 36104-4325
Email: arogers@bradleyarant.com

/s/ Jack Owen
JACK OWEN   (ASB-4805-N66C)
Attorney for Defendant
Augusta Fiberglass Coatings, Inc.

OF COUNSEL:
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, Alabama  36102-2148
(334) 387-7680
(334) 387-3222 (Fax)
Email: ccowen@ball-ball.com

- 4 -

- 5 -

/s/ Dorothy A. Powell
DOROTHY A. POWELL
Attorney for Defendant
Snyder Industries, Inc.

OF COUNSEL:
Parsons, Lee & Juliano, P. C.
300 Protective Center
2801 Highway 280 South
Birmingham, AL  35223-2480
Email: dpowell@pljpc.com

- 6 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Dorothy A. Powell, Esq.
Parsons, Lee & Juliano, P. C.
300 Protective Center
2801 Highway 280 South
Birmingham, AL  35223-2480
Email: dpowell@pljpc.com


E. Mabry Rogers, Esq.
Rhonda C. Andreen, Esq.
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue, N.
Birmingham, AL 35203
Email:  rcaviedes@bradleyarant.com


Angela R. Rogers, Esq.
Bradley, Arant, Rose & White, LLP
Suite 780
401 Adams Avenue
Montgomery, AL 36104-4325
Email:  arogers@bradleyarant.com


    /s/ Rhonda Caviedes Andreen
    OF COUNSEL