**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

**N.A. WATER SYSTEMS, LLC, as** )
**successor by merger to USFILTER** )
**ENGINEERING & CONSTRUCTION, INC.,** )
                     )
      **Plaintiff,** )
                     )
**vs.** )
                     )    **CIVIL ACTION NO.: 2:06-CV-335-MEF**
**AUGUSTA FIBERGLASS COATINGS,** )
**INC., SNYDER INDUSTRIES, INC.,** )
                     )
      **Defendants.** )
                     )

**ANSWER TO CROSS-CLAIM**

COMES NOW Snyder Industries, Inc., one of the Defendants in the above-styled cause, and in for Answer to the Cross-Claim of Augusta Fiberglass Coatings, Inc., and to each count and paragraph thereof, separately and severally, says as follows:

**First Defense**

The Cross-Claim fails to state a claim upon which relief can be granted.

**Second Defense**

The Defendant denies each and every material averment of the Cross-Claim and demands strict proof thereof.

**Third Defense**

The Defendant denies that it breached any warranty regarding the product made the basis of this lawsuit, and demands strict proof thereof.

**Fourth Defense**

The Defendant denies that it breached any contract regarding the product made the basis of this lawsuit, and demands strict proof thereof.

**Fifth Defense**

The Defendant avers that there is no causal relationship between any conduct or product of this Defendant, and any alleged damages in this case.

**Sixth Defense**

The Defendant avers that no conduct of this Defendant was a proximate cause of the damages made the basis of this suit.

**Seventh Defense**

The Defendant avers that the incident complained of was proximately caused by an independent, intervening or superseding cause, and not by the acts of this Defendant.

**Eighth Defense**

The Defendant asserts the notice provisions of *Alabama Code* regarding any alleged claims of damage.

**Ninth Defense**

The Defendant asserts misuse of the product made the basis of this suit barring any claim against the Defendant.

**Tenth Defense**

The Defendant avers that if the Cross-Claim Plaintiff installed the product made the basis of this lawsuit, then such negligence on its part proximately caused or

proximately contributed to the damages referred to in the Complaint and Cross-Claim.

### Eleventh Defense

The Defendant avers that any claims against it are barred in that the product, at the time of the alleged incident, was not in the same condition as when it was manufactured or sold.

### Twelfth Defense

The Defendant contends that to the extent any warranty was breached, which it denies, any damages are limited or excluded in accordance with the warranties.

### Thirteenth Defense

The Defendant asserts the terms and provisions of any warranty and/or contract issued with respect to the product.

### Fourteenth Defense

The Defendant avers there is no contribution among joint tortfeasors, and, accordingly, the Cross-Claim is prohibited by Alabama law.

### Fifteenth Defense

The Defendant avers that the product was alter or modified, and any claim against the Defendant is barred.

### Sixteenth Defense

The Defendant asserts failure to mitigate damages.

### Seventeenth Defense

The Defendant asserts spoliation of the evidence.

**Eighteenth Defense**

The Cross-Claim is an attempt to seek contribution which is not allowed under Alabama law.

**Nineteenth Defense**

The Defendant contests damages.

**Twentieth Defense**

The Defendant denies that its product was defective.

**Twenty-first Defense**

The Defendant avers that any and all claims for punitive damages in this action are limited in amount by the application of *Ala. Code* (1975), § 6-11-21.

**Twenty-second Defense**

The Defendant avers the claims in this case are barred by the doctrines of waiver, estoppel, ratification, consent, and/or release.

The Defendant reserves the right to amend this pleading upon completion of discovery.

/s/ Dorothy A. Powell
DOROTHY A. POWELL

**OF COUNSEL:**

PARSONS, LEE & JULIANO, P.C.
2801 Highway 280 South
300 Protective Center
Post Office Box 530630
Birmingham, AL  35253-0630
(205) 326-6600

## CERTIFICATE OF SERVICE

I hereby certify that on this the 7th day of June, 2006, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Mr. E. Mabry Rogers, Ms. Rhonda Caviedes Andreen, Ms. Angela R. Rogers, and Mr. Jack Owen

/s/  Dorothy A. Powell
OF COUNSEL