IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| N.A. WATER SYSTEMS, LLC, as successor by merger to USFILTER ENGINEERING & CONSTRUCTION, INC., | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO.: 2:06-CV-335-MEF |
| AUGUSTA FIBERGLASS COATINGS, INC., SNYDER INDUSTRIES, INC., | ) ) ) | |
| Defendants. | ) | |

## JOINT MOTION FOR CONSENT PROTECTIVE ORDER

COME NOW Plaintiff and Defendants Snyder Industries, Inc., and August Fiberglass Coatings, Inc. and jointly move this Court to enter a Consent Protective Order based on the following:

1. To expedite the flow of discovery material, facilitate the prompt resolution of disputes over confidentiality, adequately protect material entitled to be kept confidential, and ensure that protection is afforded only to material so entitled, the parties to this Motion want certain material deemed confidential and protected by the Court.

2. Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Court may enter an Order to protect the confidentiality of certain information and to assist in facilitating discovery.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants jointly request that this Court enter the attached Consent Protective Order.

_____
RHONDA C. ANDREEN
Attorney for Plaintiff
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Ave. N.
Birmingham, AL 35203


_____
DOROTHY A. POWELL
Attorney for Defendant
Parsons, Lee & Juliano, P.C.
Post Office Box 530630
Birmingham, AL 35253


_____
JACK OWEN
Attorney for Defendant
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, AL  36102-2148