# EXHIBIT E



**Bradley Arant**
BRADLEY ARANT ROSE & WHITE LLP

ONE FEDERAL PLACE
1819 FIFTH AVENUE NORTH
BIRMINGHAM, AL 35203-2119
205.521.8000   FAX 205.521.8800
WWW.BRADLEYARANT.COM

E. Mabry Rogers

Direct Dial: (205) 521-8225
Direct Fax: (205) 488-6104
mrogers@bradleyarant.com

August 24, 2006

**VIA FACSIMILE, EMAIL and U.S. MAIL**

Dorothy A. Powell, Esq.
Parsons, Lee & Juliano, P.C.
Post Office Box 530630
Birmingham, AL 35253-0630

Re:   *N.A. Water Systems v. Augusta Fiberglass, et al.*

Dear Dorothy:

I have your letter of August 22, 2006, which purports to contain a privilege log.

Without waiver of the position that this privilege log is untimely, in light of the applicable Rules, it is also an inadequate log, in that it does not identify any of the people listed or the nature of the communication. The Federal Rules require the log be self-sustaining in demonstrating a right to withhold relevant documents. Even if I go to the effort to look beyond the log, and refer to your Answers to Interrogatories, and your disclosures, I cannot determine that the senders or recipients of the email are entitled to any privilege whatsoever.

For these reasons alone, you should produce the withheld documents.

In addition, there is no privilege attached to communications with a third-party, including an insurance company, other than in very narrow exceptions, and nothing in your purported log (which, again, is untimely) allows one to determine that the narrow privilege is applicable.

Rule 26(b)(5) requires you to "describe the nature of the documents, communications, or things not produced . . . in a manner that, without revealing information itself privileged . . . will enable [the] other part[y] to assess the applicability of the privilege." Your log does not do that, even if there were a privilege applicable, to insurance claims.

I would like to have a meeting or call to confer about this at your earliest convenience, so that we will not have to duplicate any depositions in this matter. Is Friday, August 25, at 2:00 p.m. agreeable?

BIRMINGHAM    CHARLOTTE    HUNTSVILLE    JACKSON    MONTGOMERY    WASHINGTON, DC

Dorothy A. Powell, Esq.
August 24, 2006
Page 2

                                Very truly yours,

                                E. Mabry Rogers

EMR/rbs

cc:    Rhonda C. Andreen, Esq.