# EXHIBIT F

## PARSONS, LEE & JULIANO, P. C.
ATTORNEYS AT LAW
300 PROTECTIVE CENTER
2801 HIGHWAY 280 SOUTH
BIRMINGHAM, ALABAMA 35223-2480

TELEPHONE 205-326-6600
FACSIMILE 205-324-7097

ROBERT E. PARSONS
JASPER P. JULIANO
MARCUS W. LEE
MARDA W. SYDNOR+
DAVID A. LEE
DEBORAH ANN WAKEFIELD
DOROTHY A. POWELL*
JOHN M. BERGQUIST
PAUL J. DeMARCO
JAMES A. WYATT, III
PAUL M. JULIANO

+ALSO ADMITTED IN VIRGINIA
*ALSO ADMITTED IN MISSISSIPPI

MAILING ADDRESS:
POST OFFICE BOX 530630
BIRMINGHAM, ALABAMA 35253-0630
TAX I.D. #63-0922938
www.pljpc.com

August 29, 2006

**VIA E-MAIL**
Mr. E. Mabry Rogers
Ms. Rhonda C. Andreen
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue, N.
Birmingham, AL 35203

Mr. Jack Owen
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery AL 36102-2148

    Re:    N.A. Watersystems, LLC v. Snyder Industries, et al.
            Our File:    138-1

Dear Counsel:

    With respect to correspondence to you dated August 22, 2006, the following is an amended and supplemental privilege log. The following are the documents which the Defendant maintains are communications which were generated after the claim was asserted by N.A. Water Systems seeking damages from Snyder Industries, Inc. with respect to a product manufactured by Snyder. These documents are privileged as being prepared in anticipation of litigation pursuant to Rule 26(b) as each was prepared because of the prospect of litigation (or resolution thereof) surrounding the said incident.

    1.    Internal communication from Mike Spurrier to Steve Hansen, copy to Dana Janssen, Gary Ahrens and Tom O'Connell, dated December 2,

Mr. E. Mabry Rogers
Ms. Rhonda Andreen
Mr. Jack Owen
Page Two
August 29, 2006

2005.

2. Internal communication from Steve Hansen to Mike Spurrier, copy to Dana Janssen, Gary Ahrens and Tom O'Connell, dated December 1, 2005.

3. E-mail communication from Dave Rodgers at Claims Resource Management to Steve Hansen, copy to Kathy Fridholm and Jack Struyk at Holmes Murphy & Associates, dated December 1, 2005.

4. E-mail communication to Steve Hansen from Kathy Fridholm, copy to Jack Struyk and Dave Rogers, dated October 18, 2005.

5. Internal communication from Gary Ahrens to Mike Spurrier, copy to Steve Hansen, Tom O'Connell, Dana Janssen, Dave Gentry and Kevin Williams, dated October 14, 2005.

6. Internal communication from Mike Spurrier to Gary Ahrens, copy to Steve Hansen, Tom O'Connell and Dana Janssen, dated October 14, 2005.

7. Internal communication from Gary Ahrens to Mike Spurrier, copy to Steve Hansen, Tom O'Connell and Dana Janssen, dated October 14, 2005.

8. Internal communication to Gary Ahrens and Tom O'Connell, copy to Dana Janssen, Steve Hansen and John Wobig, from Mike Spurrier dated February 7, 2005.

9. Internal communication to Darrell Oltman and Mike Spurrier, copy to John Wobig and Steve Hansen, from Dana Janssen dated October 14, 2004.

10. Internal communication to Dana Janssen and Mike Spurrier from Darrell Oltman dated October 14, 2004.

11. Internal communication to Mike Spurrier, copy to Steve Hansen and Gary Ahrens, from Dana Janssen dated October 14, 2004.

Mr. E. Mabry Rogers
Ms. Rhonda Andreen
Mr. Jack Owen
Page Three
August 29, 2006

12. Internal communication to Dana Janssen and Gary Ahrens, copy to Robert Pitts, Dale Givens, Darrell Oltman and Russ McDonald, from Cullen dated September 22, 2004.

13. Internal communication to Complaint Team from Dana Janssen dated September 17, 2004.

14. E-mail communication to Dave Rodgers from Steve Hansen dated October 17, 2005.

15. Internal communication from Tom O'Connell to Mike Spurrier and Gary Ahrens, copy to Steve Hansen, Dana Janssen, Dave Gentry and Kevin Williams, dated October 16, 2005.

16. Internal communication from Mike Spurrier to Gary Ahrens, copy to Steve Hansen, Tom O'Connell, Dana Janssen, Dave Gentry and Kevin Williams, dated October 14, 2005.

17. Correspondence to Dave Rodgers from Kathy Fridholm, copy to Steve Hansen and Jack Struyk, dated August 4, 2005.

18. Internal communication to Cullen Estes, Gary Ahrens and Dana Janssen, copy to Dale Givens, Robert Pitts, John Wobig, Jason Lenhoff and Mike Spurrier, from Darrell Oltman dated September 22, 2004.

19. Internal communication to Gary Ahrens and Dana Janssen, copy to Dale Givens, Robert Pitts, John Wobig, Jason Lenhoff and Mike Spurrier, from Cullen Estes dated September 22, 2004.

20. Internal communication to Cullen Estes and Dana Janssen, copy to Dale Givens, Darrell Oltman, Robert Pitts, John Wobig, Jason Lenhoff and Mike Spurrier, from Gary Ahrens dated September 22, 2004.

The following is the list of individuals identified in the above documents to which a claim of privilege has been asserted:

PARSONS, LEE & JULIANO, P. C.

Mr. E. Mabry Rogers
Ms. Rhonda Andreen
Mr. Jack Owen
Page Four
August 29, 2006

1.  Michael Spurrier
    Vice President, Sales & Marketing
    Snyder Industries, Inc.

2.  Thomas P. O'Connell
    President
    Snyder Industries, Inc.

3.  Stephen M. Hansen
    Director of Human Resources
    Snyder Industries, Inc.

4.  Dana Janssen
    Customer Service Manager
    Snyder Industries, Inc.

5.  Gary Ahrens
    Corporate Director of Quality
    Snyder Industries, Inc.

6.  Cullen Estes
    Production Engineer
    Snyder Industries, Inc.

7.  David E. Rodgers
    Assistant Vice President
    Claims Resource Management
    Third Party Administrator for Axis

8.  Dana Janssen
    Customer Service Manager
    Snyder Industries, Inc.

9.  Darrell Oltman
    Industrial Products Engineer
    Snyder Industries, Inc.

PARSONS, LEE & JULIANO, P. C.

Mr. E. Mabry Rogers
Ms. Rhonda Andreen
Mr. Jack Owen
Page Five
August 29, 2006

10. Dave Gentry
    Vice President of Finance and Administration and Chief Financial Officer
    Snyder Industries, Inc.

11. Kevin Williams
    Former Vice President of Operations
    Snyder Industries, Inc.

12. John Wobig
    Sr. Sales Manager
    Snyder Industries, Inc.

13. Robert Pitts
    Former Plant Manager of the Marked Tree, AR Facility
    Snyder Industries, Inc.

14. Russ McDonald
    Quality Control Supervisor at Lincoln facility
    Snyder Industries, Inc.

15. Jason Lenhoff
    Account Manager for Industrial and Intermediate Bulk Containers for the Southeast region
    Snyder Industries, Inc.

16. Dale Givens
    Former Director of Operations
    Snyder Industries, Inc.

17. Kathy Fridholm
    Assistant Vice President
    Holmes Murphy & Associates
    Insurance Agent

18. Jack Struyk
    Holmes Murphy & Associates
    Insurance Agent

PARSONS, LEE & JULIANO, P. C.

Mr. E. Mabry Rogers
Ms. Rhonda Andreen
Mr. Jack Owen
Page Six
August 29, 2006

      To the extent any other documents have been withheld from production which may be responsive to any requests for production, such documents have been withheld based on objections which have previously been asserted, and as they are irrelevant, immaterial and not reasonably calculated to lead to the discovery of admissible evidence.

                             Very truly yours,

                       PARSONS, LEE & JULIANO, P.C.

                             Dorothy A. Powell

DAP/sph