# EXHIBIT G

## PARSONS, LEE & JULIANO, P. C.

ATTORNEYS AT LAW
300 PROTECTIVE CENTER
2801 HIGHWAY 280 SOUTH
BIRMINGHAM, ALABAMA 35223-2480

TELEPHONE 205-326-6600
FACSIMILE 205-324-7097

ROBERT E. PARSONS
JASPER P. JULIANO
MARCUS W. LEE
MARDA W. SYDNOR +
DAVID A. LEE
DEBORAH ANN WAKEFIELD
DOROTHY A. POWELL *
JOHN M. BERGQUIST
PAUL J. DeMARCO
JAMES A. WYATT, III
PAUL M. JULIANO

+ALSO ADMITTED IN VIRGINIA
*ALSO ADMITTED IN MISSISSIPPI

MAILING ADDRESS:
POST OFFICE BOX 530630
BIRMINGHAM, ALABAMA 35253-0630
TAX I.D. #63-0922938

www.pljpc.com

August 9, 2006

Ms. Rhonda C. Andreen
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue, N.
Birmingham, AL 35203

Re: N.A. Watersystems, LLC v. Snyder Industries, et al.
Our File:    138-1

Dear Rhonda:

I am enclosing Snyder's responses to requests for production as well as answers to interrogatories which are not executed. I am waiting on the executed answers and do not expect any substantive changes in the answers. The individual executing the answers is currently on vacation. I will forward executed answers in the immediate future.

Very truly yours,

PARSONS, LEE & JULIANO, P.C.

*[signature: Dorothy A. Powell]*

Dorothy A. Powell

DAP/sph
Enclosures
cc:    Mr. Jack Owen (w/enc.)

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| N.A. WATER SYSTEMS, LLC, as successor by merger to USFILTER ENGINEERING & CONSTRUCTION, INC., | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CIVIL ACTION NO.: 2:06-CV-335-MEF<br>) |
| AUGUSTA FIBERGLASS COATINGS, INC., SNYDER INDUSTRIES, INC., | )<br>)<br>) |
| Defendants. | ) |

### DEFENDANT SNYDER INDUSTRIES, INC.'S
### RULE 26 DISCLOSURES

COMES NOW Snyder Industries, Inc., one of the Defendants in the above-styled cause, and hereby discloses the following information pursuant to Rule 26(a)(1), *Federal Rules of Civil Procedure*:

A.  **WITNESSES**

The following individuals are likely to have discoverable information concerning the factual issues in this case:

1.  Steve Hansen
    Snyder Industries, Inc.
    4700 Fremont Street
    Lincoln, Nebraska 68504

2.  Gary Ahrens
    Snyder Industries, Inc.
    4700 Fremont Street
    Lincoln, Nebraska 68504

3.  Dana Jannsen
    Snyder Industries, Inc.
    4700 Fremont Street
    Lincoln, Nebraska 68504

4.  Daryll Oltman
    Snyder Industries, Inc.
    4700 Fremont Street
    Lincoln, Nebraska 68504

5.  Cullen Estes
    Snyder Industries, Inc.
    602 Industrial Street
    Marked Tree, Arkansas 72365

6.  Thomas P. O'Connell
    Snyder Industries, Inc.
    4700 Fremont Street
    Lincoln, Nebraska 68504

7.  Michael Spurrier
    Snyder Industries, Inc.
    4700 Fremont Street
    Lincoln, Nebraska 68504

8.  Kenneth Kubrick
    Legal Counsel
    Veolia Water Systems
    250 Airside Drive
    Moon Township, PA 15108-2793

9.  Jerry Wolfe
    N.A. Watersystems, LLC
    400 Professional Drive, Ste 380
    Gaithersburg, Maryland 20879

10. David Choate
    N.A. Watersystems, LLC
    400 Professional Drive, Ste 380
    Gaithersburg, Maryland 20879

11. Reynolds Six
    N.A. Watersystems, LLC
    400 Professional Drive, Ste 380

        Gaithersburg, Maryland 20879

12. John Boyd
    Augusta Fiberglass Coatings, Inc.
    86 Lake Cynthia Road
    Blackville, SC 29817

13. Russ Dempsey
    Augusta Fiberglass Coatings, Inc.
    86 Lake Cynthia Road
    Blackville, SC 29817

14. Craig Winningham
    Augusta Fiberglass Coatings, Inc.
    86 Lake Cynthia Road
    Blackville, SC 29817

15. Bud Krebs

16. Mike Kellar

The above individuals are expected to have discoverable factual information regarding the purchase, installation, required testing, failure to test, warnings and instructions with respect to the product made the basis of the Plaintiff's Complaint as well as the subsequent spill.

B. **EXHIBITS**

Pursuant to Rule 26(a)(1)(B), the Defendant produces copies of the documents in possession of the Defendant that the Defendant may use in support of its defenses in this case.

_____
MARK W. LEE
DOROTHY A. POWELL

**OF COUNSEL:**

PARSONS, LEE & JULIANO, P.C.
2801 Highway 280 South
300 Protective Center
Post Office Box 530630 (35253)
Birmingham, AL 35223-2480
(205) 326-6600

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 15th day of June, 2006, served a copy of the foregoing via United States mail, postage prepaid and properly addressed on counsel for all parties as follows:

Mr. E. Mabry Rogers
Ms. Rhonda Caviedes Andreen
Ms. Angela R. Rogers
One Federal Place
1819 Fifth Ave. N.
Birmingham, AL 35203

Mr. Jack Owen
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery AL 36102-2148

_____
OF COUNSEL