# EXHIBIT K

<u>**EXHIBIT K**</u>

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISIONS**

| | |
|---|---|
| N.A. WATER SYSTEMS, LLC, as successor by merger to USFILTER ENGINEERING & CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> AUGUSTA FIBERGLASS COATINGS, INC., SNYDER INDUSTRIES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) CIVIL ACTION NO.: 2:06-CV-335-MEF ) ) ) ) ) ) |

<u>**ORDER**</u>

Upon consideration of Plaintiff's Motion Under Rule 37 to Compel Production of Documents by Snyder Industries, Inc., and all briefs and arguments related thereto,

It is ORDERED, ADJUDGED, and DECREED that Snyder has waived any protection as to the documents withheld based on the work product doctrine, or the doctrine does not apply, that Snyder should produce all documents enumerated in Plaintiff's September 1, 2006, letter, all documents enumerated in Snyder's letter of August 22, 2006, unredacted versions of the two redacted emails (Affidavit Exhibits 1 and 2), and that Snyder should appear on _____, 2006, to show cause why it should not pay the fees, expenses, and costs of plaintiff in bringing this motion and in taking the deposition(s) arising from the withheld documents.

This the _____ day of _____, 2006.

_____
CHIEF UNITED STATES DISTRICT JUDGE