**TABLE 1**

**Challenge Log to Snyder Withheld Documents**

The numbered reasons at the right correspond to these reasons for production:

1. Waiver for failure to comply with 34(b) in Response to RFP (Section B, Memo of 9/12/06);

2. Waiver for failure to comply with timeliness requirement of 26(b)(5) (Section C, Memo of 9/12/06);

3. No description on current log (Section F, Memo of 9/12/06)

4. Third party distribution or no showing as to why the third party is entitled to review evidence withheld from plaintiff. (Section E, Memo of 9/12/06)

5. No statement as to confidentiality, steps taken to protect it, or about distribution by third parties or others since creation of the document. (Section E, Memo of 9/12/06)

6. No statement of purposes for creation of document or its transmission to others; no showing litigation was anticipated. (Section D, Memo of 9/12/06)

7. No description of name, address, job title, and employer of one or more recipients or of why a person was included on distribution. (Section D, Memo of 9/12/06)

8. No subject of document or no description of document. (Section D, Memo of 9/12/06)

9. Factual statements are not subject to withholding; no attorney mental impression. (Section D, Memo of 9/12/06)

| No. | Doc. Date | Doc. Type | Description | Author | Recipient | CC | Other Senders or Recipients in String | 8/29-# / 8/22-# Letters | Reason For Withholding | Reasons Not Protected |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 12/2/05 | Not Stated | Internal communication | Spurrier, Mike | Hansen, Steve | Janssen, Dana<br>Ahrens, Gary<br>O'Connell, Tom | Not listed | 1/1 | WP | 1, 2, 5, 6, 7, 8, 9 |
| 2. | 12/1/05 | Not Stated | Internal communication | Hansen, Steve | Spurrier, Mike | Janssen, Dana<br>Ahrens, Gary<br>O'Connell, Tom | Not listed | 2/2 | WP | 1, 2, 5, 6, 7, 8, 9 |
| 3. | 12/1/05 | E-mail | E-mail communication from Claims Resource Management | Rodgers, Dave | Hansen, Steve | Fridholm, Kathy<br>Struyk, Jack | Not listed | 3/3 | WP | 1, 2, 4, 5, 6, 7, 8, 9 |
| 4. | 10/18/05 | E-mail | E-mail communication | Fridholm, Kathy | Hansen, Steve | Struyk, Jack<br>Rogers, Dave | Not listed | 4/4 | WP | 1, 2, 4, 5, 6, 7, 8, 9 |
| 5. | 10/14/05 | Not Stated | Internal communication | Ahrens, Gary | Spurrier, Mike | Hansen, Steve<br>O'Connell, Tom<br>Janssen, Dana<br>Gentry, Dave<br>Williams, Kevin | Not listed | 5/8 | WP | 1, 2, 5, 6, 7, 8, 9 |
| 6. | 10/14/05 | Not Stated | Internal communication | Spurrier, Mike | Ahrens, Gary | Hansen, Steve<br>O'Connell, Tom<br>Janssen, Dana | Not listed | 6/9 | WP | 1, 2, 5, 6, 7, 8, 9 |
| 7. | 10/14/05 | Not Stated | Internal communication | Ahrens, Gary | Spurrier, Mike | Hansen, Steve<br>O'Connell, Tom<br>Janssen, Dana | Not listed | 7/10 | WP | 1, 2, 5, 6, 7, 8, 9 |
| 8. | 2/7/05 | Not Stated | Internal communication | Spurrier, Mike | Ahrens, Gary<br>O'Connell, Tom | Janssen, Dana<br>Hansen, Steve<br>Wobig, John | Not listed | 8/18 | WP | 1, 2, 5, 6, 7, 8, 9 |
| 9. | 10/14/04 | Not Stated | Internal communication | Janssen, Dana | Oltman, Darrell<br>Spurrier, Mike | Wobig, John<br>Hansen, Steve | Not listed | 9/21 | WP | 1, 2, 5, 6, 7, 8, 9 |
| 10. | 10/14/04 | Not Stated | Internal communication | Oltman, Darrell | Janssen, Dana<br>Spurrier, Mike | | Not listed | 10/22 | WP | 1, 2, 5, 6, 7, 8, 9 |
| 11. | 10/14/04 | Not Stated | Internal communication | Janssen, Dana | Spurrier, Mike | Hansen, Steve<br>Ahrens, Gary | Not listed | 11/23 | WP | 1, 2, 5, 6, 7, 8, 9 |
| 12. | 9/22/04 | Not Stated | Internal communication | Cullen | Janssen, Dana<br>Ahrens, Gary | Pitts, Robert<br>Givens, Dale<br>Oltman, Darrell<br>McDonald, Russ | Not listed | 12/19 | WP | 1, 2, 5, 6, 7, 8, 9 |
| 13. | 9/17/04 | Not Stated | Internal communication | Janssen, Dana | Complaint Team [?] | | Not listed | 13/20 | WP | 1, 2, 5, 6, 7, 8, 9 |
| 14. | 10/17/05 | E-mail | E-mail communication | Hansen, Steve | Rodgers, Dave | | Not listed | 14/5 | WP | 1, 2, 4, 5, 6, 7, 8, 9 |
| 15. | 10/16/05 | Not Stated | Internal communication | O'Connell, Tom | Spurrier, Mike<br>Ahrens, Gary | Hansen, Steve<br>Janssen, Dana<br>Gentry, Dave<br>Williams, Kevin | Not listed | 15/6 | WP | 1, 2, 5, 6, 7, 8, 9 |

| No. | Doc. Date | Doc. Type | Description | Author | Recipient | CC | Other Senders or Recipients in String | 8/29-# / 8/22-# Letters | Reason For Withholding | Reasons Not Protected |
|---|---|---|---|---|---|---|---|---|---|---|
| 16. | 10/14/05 | Not Stated | Internal communication | Spurrier, Mike | Ahrens, Gary | Hansen, Steve<br>O'Connell, Tom<br>Janssen, Dana<br>Gentry, Dave<br>Williams, Kevin | Not listed | 16/7 | WP | 1, 2, 5, 6, 7, 8, 9 |
| 17. | 8/4/05 | Not Stated | Correspondence | Fridholm, Kathy | Rodgers, Dave | Hansen, Steve<br>Struyk, Jack | Not listed | 17/14 | WP | 1, 2, 4, 5, 6, 7, 8, 9 |
| 18. | 9/22/04 | Not Stated | Internal communication | Oltman, Darrell | Estes, Cullen<br>Ahrens, Gary<br>Janssen, Dana | Givens, Dale<br>Pitts, Robert<br>Wobig, John<br>Lenhoff, Jason<br>Spurrier, Mike | Not listed | 18/27 | WP | 1, 2, 5, 6, 7, 8, 9 |
| 19. | 9/22/04 | Not Stated | Internal communication | Estes, Cullen | Ahrens, Gary<br>Janssen, Dana | Givens, Dale<br>Pitts, Robert<br>Wobig, John<br>Lenhoff, Jason<br>Spurrier, Mike | Not listed | 19/28 | WP | 1, 2, 5, 6, 7, 8, 9 |
| 20. | 9/22/04 | Not Stated | Internal communication | Ahrens, Gary | Estes, Cullen<br>Janssen, Dana | Givens, Dale<br>Oltman, Darrell<br>Pitts, Robert<br>Wobig, John<br>Lenhoff, Jason<br>Spurrier, Mike | Not listed | 20/29 | WP | 1, 2, 5, 6, 7, 8, 9 |
| **AUGUST 22, 2006 LETTER ONLY** | | | | | | | | | | |
| 21. | 10/14/05 | Not Stated | Internal communication | Spurrier, Mike | Ahrens, Gary | Hansen, Steve<br>O'Connell, Tom<br>Janssen, Dana | Not listed | ___/11 | WP | 1, 2, 3, 5, 6, 7, 8, 9 |
| 22. | 10/14/05 | Not Stated | Correspondence | Rodgers, Dave | Fridholm, Kathy | Hansen, Steve<br>Aldrich, Mary (Axis Capital) | Not listed | ___/12 | WP | 1, 2, 3, 4, 5, 6, 7, 8, 9 |
| 23. | 9/22/05 | Not Stated | Correspondence | Fridholm, Kathy | Rogers, Dave | Struyk, Jack<br>Hansen, Steve<br>Carey, Karen (Axis Capital) | Not listed | ___/13 | WP | 1, 2, 3, 4, 5, 6, 7, 8, 9 |
| 24. | 7/15/05 | Not Stated | Correspondence | Rodgers, Dave | Hansen, Steve | Fridholm, Kathy<br>Reno, Debbie | Not listed | ___/15 | WP | 1, 2, 3, 4, 5, 6, 7, 8, 9 |
| 25. | 2/23/05 | Not Stated | Correspondence | Hansen, Steve | Rodgers, Dave | | Not listed | ___/16 | WP | 1, 2, 3, 4, 5, 6, 7, 8, 9 |
| 26. | 11/2/04 | Not Stated | Correspondence | Rodgers, Dave | Hansen, Steve | | Not listed | ___/17 | WP | 1, 2, 3, 4, 5, 6, 7, 8, 9 |
| 27. | 10/11/04 | Not Stated | Correspondence | Fridholm, Kathy | Hansen, Steve | | Not listed | ___/24 | WP | 1, 2, 3, 4, 5, 6, 7, 8, 9 |
| 28. | 10/8/04 | Claim Form | General Liability Notice of Occurrence/Claim | | | | Not listed | ___/25 | WP | 1, 2, 3, 4, 5, 6, 7, 8, 9 |
| 29. | 10/14/04 | Not Stated | Correspondence | Hansen, Steve | Rodgers, Dave | | Not listed | ___/26 | WP | 1, 2, 3, 4, 5, 6, 7, 8, 9 |

| No. | Doc. Date | Doc. Type | Description | Author | Recipient | CC | Other Senders or Recipients in String | 8/29-# / 8/22-# Letters | Reason For Withholding | Reasons Not Protected |
|---|---|---|---|---|---|---|---|---|---|---|
| 30. | 9/17/04 | Not Stated | Internal communication | Ahrens, Gary | Olman, Darrell | | Not listed | ___/30 | WP | 1, 2, 3, 5, 6, 7, 8, 9 |
| **NOT LISTED** | | | | | | | | | | |
| 31. | Unstated | Email | "Redacted" | Unstated | Unstated | | Unstated | ___/___ | N/A | 1, 2, 3, 4, 5, 6, 7, 8, 9 |
| 32. | Unstated | Email | "Redacted" | Unstated | Unstated | | Unstated | ___/___ | N/A | 1, 2, 3, 4, 5, 6, 7, 8, 9 |