# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| N.A. WATER SYSTEMS, LLC, <br> as successor by merger to <br> USFILTER ENGINEERING & <br> CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> AUGUSTA FIBERGLASS COATINGS, <br> INC. and SNYDER INDUSTRIES, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO.: <u>2:06-CV-335-MEF</u> <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**RESPONSE OF DEFENDANT AUGUSTA FIBERGLASS COATINGS, INC.
TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION**

Defendant Augusta Fiberglass Coatings, Inc. (hereinafter "Augusta") responds to the Plaintiff's First Request for Production as follows:

1. Produced herewith and marked with production numbers AF-53 through AF-339 are all documents responsive to each of the sixteen numbered items of the Plaintiff's request, subject to the objections of Augusta filed contemporaneously herewith.

2. With respect to Plaintiff's request no. 10, Augusta has not determined which documents it intends to introduce into evidence at the trial of this action.

_____
JACK OWEN  (ASB-4805-N66C)
Attorney for Defendant
Augusta Fiberglass Coatings, Inc.

OF COUNSEL:

BALL, BALL, MATTHEWS & NOVAK, P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148
(334) 387-7680
(334) 387-3222 (Fax)
Email: ccowen@ball-ball.com

---

## CERTIFICATE OF SERVICE

I certify that the foregoing document has been served upon the following by placing copy of same in the United States Mail, first class, postage prepaid and properly addressed this date:

August 9, 2006.

_____
OF COUNSEL

Rhonda C. Andreen, Esq.
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue, N.
Birmingham, AL 35203
Email: rcaviedes@bradleyarant.com

Dorothy A. Powell, Esq.
Parsons, Lee & Juliano, P. C.
300 Protective Center
2801 Highway 280 South
Birmingham, AL 35223-2480
Email: dpowell@pljpc.com

2