# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| N.A. WATER SYSTEMS, LLC, | ) | |
| as successor by merger to | ) | |
| USFILTER ENGINEERING & | ) | |
| CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff , | ) | CIVIL ACTION NO.: <u>2:06-CV-335-MEF</u> |
| | ) | |
| V. | ) | |
| | ) | |
| AUGUSTA FIBERGLASS COATINGS, | ) | |
| INC., and SNYDER INDUSTRIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**OBJECTIONS OF DEFENDANT AUGUSTA FIBERGLASS COATINGS, INC.
TO PLAINTIFF'S REQUEST FOR PRODUCTION**

Defendant Augusta Fiberglass Coatings, Inc. (hereinafter "Augusta"), contemporaneously with the service of its Response to Plaintiff's First Request for Production, poses the following objections:

1.    Augusta objects to providing any document responsive to any of the plaintiff's requests for production that is protected by the attorney-client privilege.

2.    Augusta objects to providing any document responsive to any of the plaintiff's requests for production that contains work product, without the plaintiff's first making the showing for discovery of such information required by the Federal Rules of Civil Procedure.

3.    Augusta objects to providing any document responsive to any of the plaintiff's requests for production that contains proprietary information or trade secrets.

4.    Augusta objects to providing any document responsive to any of the plaintiff's requests for production to the extent that any question is vague, ambiguous, or overly broad,

would operate to embarrass or oppress Augusta, or would be unduly burdensome to formulate a response.

5.      Augusta objects to providing any document responsive to any of the plaintiff's requests for production that solicits evidence that is inadmissible or that is not reasonably calculated to lead to the discovery of admissible evidence.


JACK OWEN   (ASB-4805-N66C)
Attorney for Defendant
Augusta Fiberglass Coatings, Inc.

OF COUNSEL:

BALL, BALL, MATTHEWS & NOVAK, P.A.
Post Office Box 2148
Montgomery, Alabama  36102-2148
(334) 387-7680
(334) 387-3222 (Fax)
Email: ccowen@ball-ball.com

---

## CERTIFICATE OF SERVICE

I certify that the foregoing document has been served upon the following by placing copy of same in the United States Mail, first class, postage prepaid and properly addressed this date:

August 9, 2006.


OF COUNSEL

Rhonda C. Andreen, Esq.
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue, N.
Birmingham, AL 35203
Email: rcaviedes@bradleyarant.com

2

Dorothy A. Powell, Esq.
Parsons, Lee & Juliano, P. C.
300 Protective Center
2801 Highway 280 South
Birmingham, AL 35223-2480
Email: dpowell@pljpc.com