# EXHIBIT D

# BALL, BALL, MATTHEWS & NOVAK, P.A.
## ATTORNEYS AT LAW
### EST. 1891

RICHARD A. BALL, JR.
TABOR R. NOVAK, JR.
CLYDE C. OWEN, JR.
C. WINSTON SHEEHAN, JR.
WILLIAM H. BRITTAIN II
E. HAMILTON WILSON, JR.
RICHARD E. BROUGHTON
T. COWIN KNOWLES
GERALD C. SWANN, JR.
MARK T. DAVIS
JAMES A. RIVES
ALLISON ALFORD INGRAM

2000 INTERSTATE PARK DRIVE, SUITE 204
MONTGOMERY, ALABAMA 36109-5413
POST OFFICE BOX 2148
MONTGOMERY, ALABAMA 36102-2148
TELEPHONE (334) 387-7680
TELEFAX (334) 387-3222

EMAIL: FIRM@BALL-BALL.COM

N. GUNTER GUY, JR.
B. SAXON MAIN
EMILY C. MARKS
W. EVANS BRITTAIN
FRED B. MATTHEWS
WILLIAM D. MONTGOMERY, JR.*
JASON R. WATKINS
W. CHRISTOPHER WALLER, JR.
E. BRYAN PAUL

*ALSO ADMITTED TO PRACTICE IN FLORIDA

ONE TIMBER WAY, SUITE 200
DAPHNE, ALABAMA 36527
TELEPHONE (251) 621-7680
TELEFAX (251) 621-7681

WRITER'S EMAIL: CCOWEN@BALL-BALL.COM

August 9, 2006

Ms. Rhonda C. Andreen
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue, N.
Birmingham, AL 35203

Re: N.A. Water Systems, LLC, etc. v. Augusta Fiberglass Coatings, Inc., et al.
U. S. District Court, Middle District of Ala., Case No. 2:06-CV-335-MEF

Dear Rhonda:

Enclosed herewith please find Augusta Fiberglass Coatings' Response to N. A. Water Systems' Request for Production, and our Objections related thereto, together with a complete set of the documents produced. I am also enclosing an index to the documents produced, which identifies the documents by group number, description, and the corresponding Augusta Fiberglass production numbers. The group numbers are highlighted in the upper right corner of each set of documents. Please note that document no. 33 was assigned production numbers out of order, but I put this in its proper chronological space.

Some of these documents duplicate those included in AFC's Rule 26 Disclosures, but I believe this is a complete set of the AFC documents.

Please call with any questions.

Sincerely yours,

Jack Owen

CCOjr/cct
Encls.

cc: Ms. Dorothy A. Powell