# EXHIBIT F

32



September 24, 2004

Ref. No: 7041-01

*SEP 2 8 2004*

Mr. Craig Winningham
Augusta Fiberglass
86 Lake Cynthia Road
Blacksville, SC 29817

Re:   Flange Adaptor Failure at Hyundai Motor Manufacturing Alabama

Dear Mr. Winningham:

As you know, on September 14, 2004, the 3" flange adaptor at the base of the 5,000 gallon sulfuric acid tank supplied by Augusta Fiberglass for the Hyundai Motor facility in Montgomery, AL blew off and released approximately 4,500 gallons of concentrated sulfuric acid into the containment area. Our preliminary analysis has revealed that the cause of the incident was a faulty glue joint on a flange adaptor of the sulfuric acid tank supplied by Augusta Fiberglass. An emergency spill responder was called in by Hyundai to pump out the containment area, and we have subsequently completed an initial evaluation of the immediate and resulting damage caused by the incident. These damages are the direct and proximate result of the failure of equipment you provided to this project.

We are now in the process of repairing or replacing damaged equipment and responding to inquiries by our valued client, Hyundai Motor Manufacturing Alabama (HMMA). The extent of the damage and associated costs is still being determined. However, at this time I need to formally notify you that all costs associated with this incident, either incurred directly by Veolia Water Systems, or back charged to us by HMMA will be passed onto Augusta Fiberglass. This would also include third party costs reasonably incurred in responding to the incident.

The following is a summary of items that we have identified during our initial evaluation that need to be repaired or replaced:

- *Replacement of Sulfuric Acid Tank Low Level Switch.*
- *Replacement of Ferric Sulfate Tank Low Level Switch.*
- *Replacement of Sulfuric Acid Tank Level Transmitter.*

**AF 227**

**N.A. WATER SYSTEMS**
400 Professional Drive, Suite 380, Gaithersburg, Maryland 20879
Tel 301-670-0741/ Fax 301-948-9258
www.veoliawatersystems.com



Mr. Craig Winningham
Augusta Fiberglass
September 24, 2004

- *Replacement of Ferric Sulfate Level Transmitter.*
- *Replacement of all flexible and rigid conduit that was submerged in acid.*
- *Replacement of the Eyewash Station.*
- *Repair of Containment Area Access Stairs.* To be cleaned and repainted below the level of submergence.
- *Repair of Containment Area Coating.* The coating subcontractor will be pressure washing, steam cleaning, and reapplying the coating system for the entire containment area.
- *Repair of FRP Tank (Ferric Sulfate Tank).* The tank will need to be repaired based on your recommendations such that it can be re-certified.
- *Repair of PE Tank (Sulfuric Acid).* The base fittings need to be replaced per the recommendation of Snyder Industries.

This list represents only our preliminary finding of damage, however, additional damage may be revealed as we begin repairs. We will notify you promptly of any additional damage that is revealed during the repair process. Please let us know if you would like to participate directly or witness any of this remedial work.

We request that you immediately notify your CGL insurance carrier of this incident. We will keep a photographic record of the damage and our work, to the extent practicable.

Very Truly Yours,

David Choate
Project Manager

AF 228

