# EXHIBIT G

50



CORROSION AND CHEMICAL RESISTANT COATINGS FOR INDUSTRY

# Augusta Fiberglass

**Manufacturing Facility & Staging Area**

86 Lake Cynthia Rd.    Blackville, SC 29817    803-284-2246    TELEFAX-803-284-2309

February 2, 2005

Mr. Mike Spurrier
Snyder Industries
4700 Fremont Street
Lincoln, NE 68504

Dear Mike:

Enclosed please find the January 18, 2005, letter from N.A. Water Systems
asserting back charges in the amount of $143,535.70 due to the failure of your
product, which was supplied to the Hyundai plant.  In addressing the customer's
concerns over the spilled sulfuric acid, Augusta Fiberglass incurred $ 9, 636.50 in
costs, directly related to the failure of your product.

The total damages to our customer and Augusta Fiberglass as a direct result of
the failure of your tank's flange is $ 153,172.20.  We expect immediate payment
of these amounts upon receipt of this letter.

Please do not hesitate to contact me if you have any questions or comments
concerning the above.

Sincerely

Craig Winningham

*Sent UPS Red*
*2/5/05*
*w/ NA Water Package (Book)*
*+ AFC Charges*

**AF 301**

SAND BLASTING — PAINTING — FLOOR TOPPING — FANS — AIR WASHERS — HOODS — SYSTEM DESIGNS

## Augusta Fiberglass Field Job Cost Compilation

**Customer: US Filter (NA Water) at Hyundai - Montgomery, AL**

PO #:   N/A                                                              Page 1 of 1

AFC Job #:   N/A - Cut off existing damaged FRP tank bottom and lower portion of
shell and replace with new bottom and shell on Ferric Chloride Tank.

## LABOR & PER DIEM

| Date | Name | Qty | Unit | Type | Rate | | Per | | Amount |
|------|------|-----|------|------|------|---|-----|---|--------|
| 9/21/04 | C.Winningham | 5 | HRS @ | Travel Time | $ | 35.00 | PER HR = | $ | 175.00 |
| | C.Winningham | 1 | Man @ | Per Diem | $ | 75.00 | PER DAY = | $ | 75.00 |
| 9/22/04 | C.Winningham | 9 | HRS @ | Travel Time | $ | 35.00 | PER HR = | $ | 315.00 |
| | C.Winningham | 5 | HRS @ | Work Time | $ | 60.00 | PER HR = | $ | 300.00 |
| | C.Winningham | 1 | Man @ | Per Diem | $ | 75.00 | PER DAY = | $ | 75.00 |
| 10/2/04 | Carl Davis | 4 | HRS @ | Load Time | $ | 25.00 | PER HR = | $ | 100.00 |
| 10/3/04 | Carl Davis | 9 | HRS @ | Travel Time | $ | 35.00 | PER HR = | $ | 315.00 |
| | Carl Davis | 1 | Man @ | Per Diem | $ | 75.00 | PER DAY = | $ | 75.00 |
| | Leslye Sapp | 9 | HRS @ | Travel Time | $ | 35.00 | PER HR = | $ | 315.00 |
| | Leslye Sapp | 1 | Man @ | Per Diem | $ | 75.00 | PER DAY = | $ | 75.00 |
| | Carl Davis | 1 | HRS @ | Work Time | $ | 60.00 | PER HR = | $ | 60.00 |
| 10/4/04 | Carl Davis | 15.5 | HRS @ | Work Time | $ | 60.00 | PER HR = | $ | 930.00 |
| | Carl Davis | 1 | Man @ | Per Diem | $ | 75.00 | PER DAY = | $ | 75.00 |
| | Leslye Sapp | 14.5 | HRS @ | Work Time | $ | 60.00 | PER HR = | $ | 870.00 |
| | Leslye Sapp | 1 | Man @ | Per Diem | $ | 75.00 | PER DAY = | $ | 75.00 |
| 10/5/04 | Carl Davis | 9 | HRS @ | Work Time | $ | 60.00 | PER HR = | $ | 540.00 |
| | Carl Davis | 1 | Man @ | Per Diem | $ | 75.00 | PER DAY = | $ | 75.00 |
| | Leslye Sapp | 8 | HRS @ | Work Time | $ | 60.00 | PER HR = | $ | 480.00 |
| | Leslye Sapp | 1 | Man @ | Per Diem | $ | 75.00 | PER DAY = | $ | 75.00 |
| 10/6/04 | Carl Davis | 13 | HRS @ | Work Time | $ | 60.00 | PER HR = | $ | 780.00 |
| | Carl Davis | 3 | HRS @ | Travel Time | $ | 35.00 | PER HR = | $ | 105.00 |
| | Carl Davis | 1 | Man @ | Per Diem | $ | 75.00 | PER DAY = | $ | 75.00 |
| | Leslye Sapp | 7 | HRS @ | Work Time | $ | 60.00 | PER HR = | $ | 420.00 |
| | Leslye Sapp | 3 | HRS @ | Travel Time | $ | 35.00 | PER HR = | $ | 105.00 |
| | Leslye Sapp | 1 | Man @ | Per Diem | $ | 75.00 | PER DAY = | $ | 75.00 |
| 10/7/04 | Carl Davis | 4 | HRS @ | Travel Time | $ | 35.00 | PER HR = | $ | 140.00 |
| | Carl Davis | 1 | Man @ | Per Diem | $ | 75.00 | PER DAY = | $ | 75.00 |
| | Leslye Sapp | 4 | HRS @ | Travel Time | $ | 35.00 | PER HR = | $ | 140.00 |
| | Leslye Sapp | 1 | Man @ | Per Diem | $ | 75.00 | PER HR = | $ | 75.00 |
| | Carl Davis | 4 | HRS @ | Clean Time | $ | 25.00 | PER HR = | $ | 100.00 |

## MISC. (VEHICLE / AIR FARE / RENTAL / SPECIAL EQUIP./ ETC.)

| Date | Item | Qty | Unit | | Rate | | Amount |
|------|------|-----|------|---|------|---|--------|
| 9/21-22/2004 | vehicle | 730 | Miles@ | $ | 0.75 | PER MILE= $ | 547.50 |
| 10/2-7/04 | vehicle & trailer | 803 | Miles@ | $ | 1.00 | PER MILE= $ | 803.00 |

## PARTS, FABRICATIONS & MATERIALS

New FRP tank Bottom w/ 24" Shell                                          $1,446.00

**JOB TOTAL:** $9,636.50

*AF 302*