# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| N.A. WATER SYSTEMS, LLC, as successor by merger to USFILTER ENGINEERING & CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> V. <br><br> AUGUSTA FIBERGLASS COATINGS, INC. and SNYDER INDUSTRIES, INC., <br><br> Defendants. | CIVIL ACTION NO.: 2:06-CV-335-MEF |

### DEFENDANT AUGUSTA FIBERGLASS COATINGS, INC.'S PRIVILEGE LOG

Defendant Augusta Fiberglass Coatings, Inc. (hereinafter "AFC") identifies the following items of information withheld under claim of privilege:

<u>Rule 26(a)(1) Initial Disclosures:</u>

1. Page AF 01: Portion of email September 24, 2004, from Craig Winningham of AFC to legal counsel.

   Basis: Attorney-Client Privilege.

2. Page AF 02: Portion of email September 24, 2004, from Craig Winningham of AFC to legal counsel.

   Basis: Attorney-Client Privilege.

/s/ Jack Owen<br>
JACK OWEN (ASB-4805-N66C)<br>
Attorney for Defendant<br>
Augusta Fiberglass Coatings, Inc.

OF COUNSEL:

BALL, BALL, MATTHEWS & NOVAK, P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148
(334) 387-7680
(334) 387-3222 (Fax)
Email: ccowen@ball-ball.com

## CERTIFICATE OF SERVICE

I certify that the foregoing document has been served upon the following by email and by placing copy of same in the United States Mail, first class postage prepaid and properly addressed this date:

September 5, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jack Owen
　　　　　　　　　　　　　　　　　　　　　　　　OF COUNSEL

E. Mabry Rogers, Esq.
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue, N.
Birmingham, AL 35203
Email: rcaviedes@bradleyarant.com
　　　　　mrogers@bradleyarant.com

Dorothy A. Powell, Esq.
Parsons, Lee & Juliano, P. C.
300 Protective Center
2801 Highway 280 South
Birmingham, AL 35223-2480
Email: dpowell@pljpc.com