# EXHIBIT K

**EXHIBIT K**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| N.A. WATER SYSTEMS, LLC, as successor by merger to USFILTER ENGINEERING & CONSTRUCTION, INC., | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO.: 2:06-CV-335-MEF ) ) |
| AUGUSTA FIBERGLASS COATINGS, INC., SNYDER INDUSTRIES, INC., | ) ) ) |
| Defendants. | ) |

**ORDER**

Upon consideration of Plaintiff's Motion Under Rule 37 to Compel Production of Documents by Augusta Fiberglass Coatings, Inc. ("AFC"), and all briefs and arguments related thereto,

It is ORDERED, ADJUDGED, and DECREED that AFC has waived any protection as to the documents withheld based on the work product doctrine, or the doctrine does not apply, that AFC should (a) produce all documents as follows: test procedures and manuals, procurement manuals, quality control and quality assurance manuals, purchase order procedures manuals for its fabrication work or for its purchases or for both, all documents that relate in any way to testing, shop testing, shop test procedures, or inspection of the tanks fabricated, or sold, by AFC and supplied to the Project pursuant to the Purchase Order, and the distributorship agreement (and amendments) with Snyder, including all documents or things related to these documents reasonably necessary to understand them in the context of this litigation, (b) provide all documents withheld under assertion of the work product doctrine and the two redacted documents on the AFC privilege log of September 4, 2006, (c) produce 30(b)(6) witness or

1

witnesses forthwith in Montgomery, Alabama, to answer questions about the documents and the facts of this case, (d) that Mr. Boyd be deposed in Montgomery, Alabama, and (e) that discovery of fact witnesses be extended for 30 days beyond October 15, 2006, solely for this discovery, and that AFC should appear to show cause why it should not pay the fees, expenses, and costs of plaintiff in bringing this motion.

    This the _____ day of _____, 2006.

_____
CHIEF UNITED STATES DISTRICT JUDGE