IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| N. A. WATER SYSTEMS, LLC, | ) | |
| as successor by merger to USFILTER | ) | |
| ENGINEERING & CONSTRUCTION, | ) | |
| INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv335-MEF |
| | ) | |
| AUGUSTA FIBERGLASS COATINGS, | ) | |
| INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of plaintiff's motions to compel (Doc. # 10, 12), filed Setember

12, 2006 and September 13, 2006, and for good cause, it is

ORDERED that defendants may file a response to the motions on or before September

25, 2006.

Done, this 14th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE