IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| N.A. WATER SYSTEMS, LLC, as successor by merger to USFILTER ENGINEERING & CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AUGUSTA FIBERGLASS COATINGS, INC., SNYDER INDUSTRIES, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO.: 2:06-CV-335-MEF <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT SNYDER INDUSTRIES, INC.'S
NOTICE OF FILING EVIDENTIARY MATERIALS
IN RESPONSE TO PLAINTIFF'S MOTION TO COMPEL**

COMES NOW Snyder Industries, Inc., one of the Defendants in the above-styled cause, and gives notice of filing the following Exhibits in Response to the Plaintiff's Motion to Compel.

Ex. 1:   Plaintiff's Requests for Production to Snyder Industries, Inc.

Ex. 2:   Defendant's Objections to Plaintiff's Requests for Production served on July 24, 2006;

Ex. 3:   Correspondence to Rhonda Andreen dated July 24, 2006;

Ex. 4:   E-mail communications to and from Mark Lee and Mabry Rogers;

Ex. 5:   E-mail communication to Rhonda Andreen from Dorothy Powell;

Ex. 6:   Defendant's Objections and Response to Plaintiff's First Request

for Production of Documents served on August 9, 2006;

Ex. 7:    Amended Notice to take the Deposition of 30(b)(5) and (6) Representative of Snyder Industries, Inc. and Requests for Production of Documents served on August 15, 2006;

Ex. 8:    Defendant Snyder Industries, Inc.'s Objections to Plaintiff's Amended Notice to Take the Deposition of 30(b)(6) Representative of Snyder Industries, Inc. served on August 22, 2006;

Ex. 9:    Correspondence to Rhonda Andreen and Jack Owen dated August 22, 2006;

Ex. 10:   Correspondence to Rhonda Andreen, Mabry Rogers and Jack Owen dated August 29, 2006;

Ex. 11:   E-mail communication from Becky Smith dated September 1, 2006;

Ex. 12:   Correspondence from Rhonda Andreen dated September 1, 2006;

Ex. 13:   Correspondence to Rhonda Andreen from Dorothy Powell dated September 8, 2006;

Ex. 14:   Correspondence to Rhonda Andreen from Dorothy Powell dated September 15, 2006;

Ex. 15:   Correspondence to Rhonda Andreen from Jack Owen dated September 15, 2006;

Ex. 16:   Portions of the deposition of Darrell Oltman, 30(b)(6)

representative of Snyder Industries, Inc. (pp. 62, 65-68, 78-79, 120, 241-247, 268, 351-352).

Ex. 17: Correspondence from David Choate to Thomas (D.Y.) Chang Bates Stamp 138-1) Hyundai Docs. 00008-00011;

Ex. 18: Correspondence to Rhonda Andreen and Mabry Rogers from Jack Owen dated September 8, 2006;

Ex. 19: Kaverner's Brief in Opposition to Danieli's Motion to Compel in the case styled *Ipsco Steel (Alabama) Inc. v. Kvaerner U.S. Inc.*, CV-01-0730-CB-C;

Ex. 20: Correspondence to Rhonda Andreen and Jack Owen dated September 20, 2006;

Ex. 21: Correspondence to Mabry Rogers, Rhonda Andreen and Jack Owen dated September 20, 2006 (revised privilege log);

Ex. 22: Snyder Industries, Inc.'s Objections and Supplemental Response to Plaintiff's Requests for Production served on September 20, 2006;

Ex. 23: Snyder Industries, Inc.'s Supplemental Rule 26 Disclosures served on September 20, 2006;

Ex. 24: Correspondence to Dorothy A. Powell from Rhonda Andreen dated September 19, 2006 with enclosures;

Ex. 25: Portions of the deposition of Jerry Wolfe, 30(b)(6) representative of N.A. Water Systems, pp. 253-260;

Ex. 26: E-mail communication to Dana Janssen at Snyder Industries, Inc. from Craig Winningham at Augusta Fiberglass dated September 16, 2004 (Bates Stamp 00198); and

Ex. 27:   Correspondence to Dana Janssen and Mike Spurrier from Craig Winningham dated September 24, 2006 (Bates Stamp 00227).

\s\ Mark W. Lee
MARK W. LEE

\s\ Dorothy A. Powell
DOROTHY A. POWELL

**OF COUNSEL:**

PARSONS, LEE & JULIANO, P.C.
2801 Highway 280 South
300 Protective Center
Post Office Box 530630 (35253)
Birmingham, AL 35223-2480
(205) 326-6600

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 25th day of September, 2006, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. E. Mabry Rogers, Ms. Rhonda Caviedes Andreen and Mr. Jack Owen

/s/ Dorothy A. Powell
OF COUNSEL