July 24, 2006

Ms. Rhonda C. Andreen
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue, N.
Birmingham, AL 35203

    Re:   N.A. Watersystems, LLC v. Snyder Industries, et al.
           Our File:   138-1

Dear Rhonda:

I am enclosing objections to the discovery requests served on Snyder Industries. As I advised, I am still working on substantive responses to the discovery, and expect to have answers and responses to the requests within the next several weeks.

Very truly yours,

PARSONS, LEE & JULIANO, P.C.

*[signature]*

Dorothy A. Powell

DAP/sph
Enclosures

EXHIBIT 3