## Dorothy Powell

| | |
|---|---|
| From: | Mark Lee |
| Sent: | Friday, July 28, 2006 12:44 PM |
| To: | Rogers, E. Mabry |
| Cc: | Dorothy Powell; Andreen, Rhonda C.; Benschoter, Amy |
| Subject: | 0138-00001 N.A. Watersystems, LLC, v. Snyder Industries : RE: NA Water Systemys vs Snyder Industries |
| AssocURL: | http://EXCH2k/exchange/dpowell/Inbox/0138-00001 N.A. Watersystems, LLC, v. Snyder Industries %3A RE%3A NA Water Systemys vs Snyder Industries.EML |
| CaseSK: | 5550 |
| DatabaseName: | CPSQL |
| lblNumAttach: | 0 |
| Matter: | 0138-00001 |
| MatterStyle: | 0138-00001 N.A. Watersystems, LLC, v. Snyder Industries |
| MessageGUID: | {86E59713-CEDF-49AE-823D-B491A7F58DCE} |
| MessageID: | 0 |
| MsgHeaderID: | <46704021DEA1EB41ACC9381AFF625E6E0C20BA@exch2k.pljpc.com> |
| OriginalDate: | 7/28/2006 12:44:00 PM |
| ProfileName: | CPSQL |
| Style: | N.A. Watersystems, LLC, v. Snyder Industries |

To be completely accurate, it is based upon a difficulty in reply communications. This may be because of completely innocent reasons (vacation, illness, etc.). I simply do not know the reasons.


Mark W. Lee
PARSONS, LEE & JULIANO, P.C.
300 Protective Center
2801 Highway 280 South
Birmingham, Alabama 35223
Mailing Address:
P.O. Box 530630
Birmingham, Alabama 35253-0630
(205) 326-6600
(205) 324-7097 - Fax

-----Original Message-----
From: Rogers, E. Mabry [mailto:mrogers@bradleyarant.com]
Sent: Friday, July 28, 2006 12:39 PM
To: Mark Lee
Cc: Dorothy Powell; Andreen, Rhonda C.; Benschoter, Amy
Subject: RE: NA Water Systemys vs Snyder Industries

I confirm, based upon your telling me that you have simply had trouble getting the client to provide the information or documents.


9/14/2006

EXHIBIT 4

**From:** Mark Lee [mailto:mlee@pljpc.com]
**Sent:** Friday, July 28, 2006 12:38 PM
**To:** Rogers, E. Mabry
**Cc:** Dorothy Powell
**Subject:** NA Water Systemys vs Snyder Industries

Mabry,
This is confirming our agreement that Snyder's discovery responses are now due Monday August 7.

Thank you for the extension.
Mark