## Dorothy Powell

| | |
|---|---|
| From: | Dorothy Powell |
| Sent: | Monday, August 07, 2006 3:09 PM |
| To: | randreen@bradleyarant.com |
| Subject: | 0138-00001 N.A. Watersystems, LLC, v. Snyder Industries : |
| AssocURL: | http://EXCH2k/exchange/dpowell/Sent Items/0138-00001 N.A. Watersystems, LLC, v. Snyder Industries %3A-11.EML |
| CaseSK: | 5550 |
| DatabaseName: | CPSQL |
| lblNumAttach: | 0 |
| Matter: | 0138-00001 |
| MatterStyle: | 0138-00001 N.A. Watersystems, LLC, v. Snyder Industries |
| MessageGUID: | {448649B8-E4AE-4AA7-A95A-30172CC6C72C} |
| MessageID: | 0 |
| MsgHeaderID: | <46704021DEA1EB41ACC9381AFF625E6E04A1D6@exch2k.pljpc.com> |
| OriginalDate: | 8/7/2006 3:09:00 PM |
| ProfileName: | CPSQL |
| Style: | N.A. Watersystems, LLC, v. Snyder Industries |

Rhonda:

I got your voice mail. [redacted] Finally, I am waiting on one last item with respect to the discovery requests, and had expected to get this concluded today. If I do not, you will certainly have the discovery by mid-week (as I have to be in Dothan all day tomorrow).

[redacted]

Dorothy

9/14/2006

EXHIBIT 5