**Dorothy Powell**

| | |
|---|---|
| From: | Smith, Becky [BSmith@bradleyarant.com] |
| Sent: | Friday, September 01, 2006 6:27 PM |
| To: | Dorothy Powell |
| Cc: | ccowan@ball-ball.com; Andreen, Rhonda C.; Rogers, E. Mabry |
| Subject: | 0138-00001 N.A. Watersystems, LLC, v. Snyder Industries : N.A. Water Systems v. Augusta Fiberglass, et al. |
| Attachments: | Letter to Dorothy Powell.pdf |
| AssocURL: | http://EXCH2k/public/Client%20Profiles/CPSQL/Matter%20Info/5550/Messages/{FAF749EF-FC15-4EBA-8511-68737190D3D5}.eml |
| CaseSK: | 5550 |
| DatabaseName: | CPSQL |
| lblNumAttach: | 1 |
| Matter: | 0138-00001 |
| MatterStyle: | 0138-00001 N.A. Watersystems, LLC, v. Snyder Industries |
| MessageGUID: | {6B861312-BB62-46AB-BE0B-A7040BA3E897} |
| MsgHeaderID: | <49574B5C668B514B81E523645EC90C4302411B43@BHMEXVS1.bradleyarant.com> |
| OriginalDate: | None |
| ProfileName: | CPSQL |
| Style: | N.A. Watersystems, LLC, v. Snyder Industries |

Ms. Powell:

Attached is Rhonda Andreen's letter dated today. If you have any problems opening the attachment, please do not hesitate to let me know. You will be receiving the original via U.S. Mail.


Becky Smith
Legal Secretary/Admin. Assistant
to E. Mabry Rogers
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Phone: (205) 521-8104
Fax: (205) 488-6104
Email: bsmith@bradleyarant.com

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

9/14/2006

EXHIBIT 11