# BALL, BALL, MATTHEWS & NOVAK, P.A.
### ATTORNEYS AT LAW
### EST. 1891

RICHARD A. BALL, JR.
TABOR R. NOVAK, JR.
CLYDE C. OWEN, JR.
C. WINSTON SHEEHAN, JR.
WILLIAM H. BRITTAIN II
E. HAMILTON WILSON, JR.
RICHARD E. BROUGHTON
T. COWIN KNOWLES
GERALD C. SWANN, JR.
MARK T. DAVIS
JAMES A. RIVES
ALLISON ALFORD INGRAM

2000 INTERSTATE PARK DRIVE, SUITE 204
MONTGOMERY, ALABAMA 36109-5413
POST OFFICE BOX 2148
MONTGOMERY, ALABAMA 36102-2148
TELEPHONE (334) 387-7680
TELEFAX (334) 387-3222

EMAIL: FIRM@BALL-BALL.COM

WRITER'S EMAIL: CCOWEN@BALL-BALL.COM

N. GUNTER GUY, JR.
B. SAXON MAIN
EMILY C. MARKS
W. EVANS BRITTAIN
FRED B. MATTHEWS
WILLIAM D. MONTGOMERY, JR.*
JASON R. WATKINS
W. CHRISTOPHER WALLER, JR.
E. BRYAN PAUL

*ALSO ADMITTED TO PRACTICE IN FLORIDA

ONE TIMBER WAY, SUITE 200
DAPHNE, ALABAMA 36527
TELEPHONE (251) 621-7680
TELEFAX (251) 621-7681

September 15, 2006

Via Fax (205) 521-8800

Mrs. Rhonda C. Andreen
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue, N.
Birmingham, AL 35203

Re: N.A. Water Systems, LLC, etc. v. Augusta Fiberglass Coatings, Inc., et al.
U. S. District Court, Middle District of Ala., Case No. 2:06-CV-335-MEF

Dear Rhonda:

I just received a copy of your fax letter of today to Dorothy Powell, regarding additional requested documents. While it is directed to Snyder, I think it appropriate to note that I sent you copies of the Snyder drawings for the sulfuric acid tank identified in paragraph 2 of your letter, on September 8, 2006.

If you did not receive these, please let me know.

Sincerely yours,

Jack Owen

cc:   Ms. Dorothy A. Powell

EXHIBIT 15