**N.A. WaterSystems**

September 23, 2004

Ref. No: 7041-01

Mr. Thomas (D.Y.) Chang
Senior Paint Shop Manager
HMMA
700 Hyundai Blvd.
Montgomery, AL 36105

Re:   Report On Sulfuric Acid Discharge to the Containment Area

Dear Mr. Chang:

As requested, Veolia Water offers this report of our preliminary findings of the sulfuric acid line discharge to the acid containment area that occurred on September 14, 2004.

## History

The sulfuric acid tank and piping was commissioned on April 20, 2004. Veolia Water purchased the nominal 5,000-gallon capacity polyethylene tank from Augusta Fiberglass. The tank was manufactured by Synder Industries. At that time 2,896 gallons of 93% sulfuric acid was introduced to the tank that was subsequently used for start up and commissioning of the treatment system. On Friday September 10, 2004, HMMA had additional 93% sulfuric acid delivered, and the tank was filled to its 4,650-gallon straight shell capacity.

## Failure Event

On Saturday September 11, 2004, Veolia Water's Start-up Manager (Rey Six) was called into the Plant and told that a small leak had developed at the CPVC flange adaptor of the 3" base fitting for the sulfuric acid tank level transmitter. The leak did not appear to getting worse with time, and there was no reason to believe that the integrity of the flange glue joint was unstable. Rey Six contacted the chemical supplier to get a tanker to remove the acid from the tank so that repairs could be made. The earliest that they could arrive was Wednesday September 15th. Rey attempted to contact other carriers to no avail. HMMA was apprised of this problem and offered the use of empty acid totes that could be used to lower the acid level in the tank to reduce the head pressure at the leak until Veolia Water could get additional totes or the tanker arrived. Arrangements were made with Veolia Water's installing contractor (B.L. Harbert) to transfer the acid to the totes. At approximately 1:00 PM on Tuesday, September 14th,

N.A. WATER SYSTEMS
0 Professional Drive, Suite 380, Gaithersburg, Maryland 20879
301-670-0741/ Fax 301-948-9258
www.veoliawatersystems.com



EXHIBIT 17    138-1) Hyundai Docs. 00008

Mr. Thomas Chang
HMMA
September 23, 2004

Rey Six was supervising B.L. Harbert personnel as they entered the containment area (with protective clothing) to remove the tank level transmitter from the shutoff valve connected to the 3" flange adaptor fitting such that a temporary connection could be made to the tank to pump the sulfuric acid to the totes. As the contractor started to remove the level transmitter, the leaking flange on the flange adaptor blew off. Approximately 4,500 gallons of the 93% sulfuric acid flowed out of the tank into the acid containment area. A spill responder arrived at the site at approximately 3:30 AM on September 15th, and the containment area was substantially pumped out at that time. Later in the day of September 15th, the containment area was hosed out and approximately 200 gallons of the residual diluted sulfuric acid solution (pH between 2 and 4) was transferred to the wastewater tanks.

### Initial Inspection and Countermeasures

After the passing of Hurricane Ivan, David Choate, Jerry Wolfe, and Rey Six of Veolia Water completed an initial inspection on September 20th and 21st of the failed flange adaptor and all equipment located within the containment area that was exposed to the sulfuric acid.

Cullen Estes, a representative of Snyder Industries was on-site on September 20th to inspect the failed flange adaptor, polyethylene tank installation, and the other tank fittings. Based on discussions with Mr. Estes completed after his initial inspection, he offered the following observations and comments:

- The point of failure was the glue joint between the 3" CPVC pipe and CPVC slip-on flange that make up the flange adaptor piece. This glue joint was completed at the Snyder Industries factory, and the flange adaptor unit was shipped loose for field installation.

- In his approximately six years with Snyder Industries, he did not recall a similar failure on the flange adaptor.

- There appears to be residual orange glue on the failed glue joint, which confirms that the flange was glued to the pipe stub. Orange is the color of the CPVC glue that is used in the factory, which indicates that the correct glue was used. There also appears to be residual purple primer on the failed glue joint, which is also the correct color of the CPVC primer used in the factory.

- It is likely that the other CPVC flange adaptor units on the sulfuric acid tank were glued with the same batch of glue as the failed joint, therefore he recommended the replacement of the other base tank fittings. The replacement flange adaptor units have been ordered and will be field installed by B.L. Harbert.



138-1) Hyundai Docs.
00009

Mr. Thomas Chang
HMMA
September 23, 2004

- Nothing with regards to the installation would have contributed to the failure of the flange adaptor.

- Two fittings on the sodium hydroxide tank, which was also provided by Snyder Industries, are PVC fittings. These fittings use a different type of glue, therefore even if it is determined that a material deficiency of the CPVC glue is the root cause of the joint failure, the likelihood of a similar failure on this tank are extremely low.

These observations and comments are based on notes of my conversation with Mr. Estes. Mr. Estes has promised a formal summary of his initial findings next week. The failed flange adaptor will be sent to a 3rd parting testing agency for further analysis, after which a formal root cause report will be prepared.

The following is a summary of findings and countermeasures regarding the other equipment located in the containment area that was exposed to the sulfuric acid:

- *Kynar Piping (sulfuric acid pump suction line)*. The kynar piping used for the sulfuric acid piping runs is highly resistant to concentrated sulfuric acid, and submergence of the piping will have no impact on its integrity. No repair or replacement is required for this piping run, however additional flexible tubing will be added in the suction line to further reduce any stress that could be imposed on the tank fitting.

- *PVC Piping (ferric sulfate pump suction line)*. Per numerous published chemical compatibility charts, PVC is recommended as an acceptable material for use with concentrated sulfuric acid at ambient temperatures. The pipe shows no evidence of softening or degradation from the less than 18 hours of exposure to the concentrated sulfuric acid. No repair or replacement is required for this piping run, however additional flexible tubing will be added in the suction line to further reduce any stress that could be imposed on the tank fitting.

- *Tank Level Probes*. The tank level probes are still operable, however both the ferric sulfate tank level probe and sulfuric acid tank level probe will be replaced in kind to ensure long term operability.

- *Tank Level Transmitters*. The tank level transmitters are still operable, however both the ferric sulfate tank level probe and sulfuric acid tank level transmitters will be replaced in kind to ensure long term operability.

- *Rigid and Flexible Conduit*. All conduit exposed to the sulfuric acid will be replaced in kind.

- *Eyewash Station*. The base plate of the eyewash station shows significant corrosion and will be replaced in kind.


VEOLIA
Water

138-1) Hyundai Docs.
00010

> *Stairs.* The paint on the stairs was burned off, however only superficial corrosion is evident on the steel. The stairs will be cleaned and repainted to their original condition.

> *Flange Gaskets.* The sulfuric acid system has Viton gaskets, and the ferric sulfate system has EPDM gaskets between all of the tank fittings and piping/instruments. Viton is extremely resistant to concentrated sulfuric acid, and EPDM has a good resistance. The EPDM gaskets will be replaced with Viton as a precautionary measure.

> *Containment Area Coating.* The coating subcontractor will be pressure washing, steam cleaning, and reapplying the coating system for the entire containment area.

> *FRP Tank (Ferric Sulfate Tank).* A representative from Augusta Fiberglass was on-site September 22nd to inspect the FRP tank. The gel coating on the FRP tank, which is applied to all FRP tanks for UV protection in case of an outdoor installation, is visibly damaged. There was also evidence of slight softening of the tank along the bottom edge of the tank. The tank manufacturer recommended neutralizing the surface of the tank to ensure that any residual sulfuric acid does not continue to soften the FRP. This was completed the afternoon of September 22nd. He then recommended lifting the tank and re-coating the fiberglass sides and bottom where it was exposed to the sulfuric acid. This will be completed once the containment area is recoated and the ferric sulfate can be pumped out to a temporary holding vessel. We expect a formal report from Augusta Fiberglass later this week.

We regret that this event occurred, and are taking every countermeasure to ensure that the site is returned to its original condition. Jerry Wolfe is on-site overseeing the construction efforts, and we are expediting the repairs as quickly as possible. If you have any questions about this report please do not hesitate to contact us.

Very Truly Yours,


David Choate
Project Manager - Engineering

Jerry Wolfe
Project Manager - Construction



138-1) Hyundai Docs.
00011