# BALL, BALL, MATTHEWS & NOVAK, P.A.
### ATTORNEYS AT LAW
### EST. 1891

RICHARD A. BALL, JR.
TABOR R. NOVAK, JR.
CLYDE C. OWEN, JR.
C. WINSTON SHEEHAN, JR.
WILLIAM H. BRITTAIN II
E. HAMILTON WILSON, JR.
RICHARD E. BROUGHTON
T. COWIN KNOWLES
GERALD C. SWANN, JR.
MARK T. DAVIS
JAMES A. RIVES
ALLISON ALFORD INGRAM

2000 INTERSTATE PARK DRIVE, SUITE 204
MONTGOMERY, ALABAMA 36109-5413
POST OFFICE BOX 2148
MONTGOMERY, ALABAMA 36102-2148
TELEPHONE (334) 387-7680
TELEFAX (334) 387-3222

EMAIL: FIRM@BALL-BALL.COM

N. GUNTER GUY, JR.
B. SAXON MAIN
EMILY C. MARKS
W. EVANS BRITTAIN
FRED B. MATTHEWS
WILLIAM D. MONTGOMERY, JR.*
JASON R. WATKINS
W. CHRISTOPHER WALLER, JR.
E. BRYAN PAUL

*ALSO ADMITTED TO PRACTICE IN FLORIDA

ONE TIMBER WAY, SUITE 200
DAPHNE, ALABAMA 36527
TELEPHONE (251) 621-7680
TELEFAX (251) 621-7681

WRITER'S EMAIL: CCOWEN@BALL-BALL.COM

September 8, 2006



Mr. E. Mabry Rogers
Ms. Rhonda C. Andreen
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue, N.
Birmingham, AL 35203



Re:   N.A. Water Systems, LLC, etc. v. Augusta Fiberglass Coatings, Inc., et al.
      U. S. District Court, Middle District of Ala., Case No. 2:06-CV-335-MEF

Dear Mabry and Rhonda:

Enclosed are full-sized (as delivered to me) copies of the Augusta Fiberglass Coatings drawings for the sulfuric acid tank: initial, as first returned by U. S. Filter, and first and second revisions, marked "AF 396" through "AF 399;" a phone note of October 29 to Craig from Dave Parker (AF 400); Snyder Industries' drawings of the sulfuric tank: 10568 (9/22/03), 10568a (10/23/03), and 10568b (10/27/03) (AF 401 – AF 403); and a fax note enclosing drawings for the sodium hydroxide tank and drawing 10568c (10/29/03) for the sulfuric tank, with fax confirmation data (AF 404 – AF 408). These are tendered in supplementation of Augusta Fiberglass Coatings' Responses to N. A. Water Systems' Request for Production directed to it. I have enclosed copies of these documents only in the envelopes to Rhonda and Dorothy, in the belief that Rhonda is the more proper recipient of these for the plaintiff.

Also enclosed (to all) is a copy of Augusta Fiberglass Coatings' Amended and Supplemental Objections to Plaintiff's first Request for Production.

Sincerely yours,

Jack Owen

cc:   Ms. Dorothy A. Powell

EXHIBIT 18