September 20, 2006

Ms. Rhonda C. Andreen
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue, N.
Birmingham, AL 35203

Mr. Jack Owen
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery AL 36102-2148

      Re:    N.A. Watersystems, LLC v. Snyder Industries, et al.
            Our File:    138-1

Dear Rhonda and Jack:

    I am enclosing the following:

1. Snyder Industries, Inc.'s Objections and Supplemental Response to Plaintiff's First Requests for Production with attached documents.

2. Snyder Industries, Inc.'s Supplemental Rule 26 Disclosures.

3. Document Bates Stamp 00206-A which is intended to replace document Bates Stamp 00206.

4. Revised privilege log.

EXHIBIT 20

Ms. Rhonda C. Andreen
Mr. Jack Owen
September 20, 2006
Page 2

Very truly yours,

PARSONS, LEE & JULIANO, P.C.

*[signature: Dorothy A. Powell]*

Dorothy A. Powell

DAP/sph
Enclosures