September 20, 2006

Mr. E. Mabry Rogers
Ms. Rhonda C. Andreen
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue, N.
Birmingham, AL 35203

Mr. Jack Owen
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery AL 36102-2148

      Re:    N.A. Watersystems, LLC v. Snyder Industries, et al.
              Our File:    138-1

Dear Counsel:

      The following is the revised privilege log which constitutes the documents which the Defendant maintains are communications which were generated after the claim was asserted by N.A. Water Systems seeking damages from Snyder Industries, Inc. with respect to a product manufactured by Snyder. These documents are privileged as being prepared in anticipation of litigation pursuant to Rule 26(b) as each was prepared because of the prospect of litigation (or resolution thereof) surrounding the said incident.

    1.    Internal communication from Mike Spurrier to Steve Hansen, copy to Dana Janssen, Gary Ahrens and Tom O'Connell, dated December 2, 2005.

EXHIBIT 21

Mr. E. Mabry Rogers
Ms. Rhonda Andreen
Mr. Jack Owen
Page Two
September 20, 2006

2. Internal communication from Steve Hansen to Mike Spurrier, copy to Dana Janssen, Gary Ahrens and Tom O'Connell, dated December 1, 2005.

3. E-mail communication from Dave Rodgers at Claims Resource Management to Steve Hansen, copy to Kathy Fridholm and Jack Struyk at Holmes Murphy & Associates, dated December 1, 2005.

4. E-mail communication to Steve Hansen from Kathy Fridholm, copy to Jack Struyk and Dave Rogers, dated October 18, 2005.

5. Internal communication from Gary Ahrens to Mike Spurrier, copy to Steve Hansen, Tom O'Connell, Dana Janssen, Dave Gentry and Kevin Williams, dated October 14, 2005.

6. Internal communication from Mike Spurrier to Gary Ahrens, copy to Steve Hansen, Tom O'Connell and Dana Janssen, dated October 14, 2005.

7. Internal communication from Gary Ahrens to Mike Spurrier, copy to Steve Hansen, Tom O'Connell and Dana Janssen, dated October 14, 2005.

8. Internal communication to Gary Ahrens and Tom O'Connell, copy to Dana Janssen, Steve Hansen and John Wobig, from Mike Spurrier dated February 7, 2005.

9. Internal communication to Darrell Oltman and Mike Spurrier, copy to John Wobig and Steve Hansen, from Dana Janssen dated October 14, 2004.

10. Internal communication to Dana Janssen and Mike Spurrier from Darrell Oltman dated October 14, 2004.

11. Internal communication to Mike Spurrier, copy to Steve Hansen and Gary Ahrens, from Dana Janssen dated October 14, 2004.

Mr. E. Mabry Rogers
Ms. Rhonda Andreen
Mr. Jack Owen
Page Three
September 20, 2006

12. Internal communication to Dana Janssen and Gary Ahrens, copy to Robert Pitts, Dale Givens, Darrell Oltman and Russ McDonald, from Cullen Estes dated September 22, 2004.

13. Internal communication to Complaint Team from Dana Janssen dated September 17, 2004.

14. E-mail communication to Dave Rodgers from Steve Hansen dated October 17, 2005.

15. Internal communication from Tom O'Connell to Mike Spurrier and Gary Ahrens, copy to Steve Hansen, Dana Janssen, Dave Gentry and Kevin Williams, dated October 16, 2005.

16. Internal communication from Mike Spurrier to Gary Ahrens, copy to Steve Hansen, Tom O'Connell, Dana Janssen, Dave Gentry and Kevin Williams, dated October 14, 2005.

17. Correspondence to Dave Rodgers from Kathy Fridholm, copy to Steve Hansen and Jack Struyk, dated August 4, 2005.

18. Internal communication to Cullen Estes, Gary Ahrens and Dana Janssen, copy to Dale Givens, Robert Pitts, John Wobig, Jason Lenhoff and Mike Spurrier, from Darrell Oltman dated September 22, 2004.

19. Internal communication to Gary Ahrens and Dana Janssen, copy to Dale Givens, Robert Pitts, John Wobig, Jason Lenhoff and Mike Spurrier, from Cullen Estes dated September 22, 2004.

20. Internal communication to Cullen Estes and Dana Janssen, copy to Dale Givens, Darrell Oltman, Robert Pitts, John Wobig, Jason Lenhoff and Mike Spurrier, from Gary Ahrens dated September 22, 2004.

21. Internal communication to Gary Ahrens from Mike Spurrier, copy to Steve Hansen, Tom O'Connell and Dana Janssen dated October 14, 2005.

Mr. E. Mabry Rogers
Ms. Rhonda Andreen
Mr. Jack Owen
Page Four
September 20, 2006


The following is the list of individuals identified in the above documents to which a claim of privilege has been asserted:

1. Michael Spurrier
   Vice President, Sales & Marketing
   Snyder Industries, Inc.

2. Thomas P. O'Connell
   President
   Snyder Industries, Inc.

3. Stephen M. Hansen
   Director of Human Resources
   Snyder Industries, Inc.

4. Dana Janssen
   Customer Service Manager
   Snyder Industries, Inc.

5. Gary Ahrens
   Corporate Director of Quality
   Snyder Industries, Inc.

6. Cullen Estes
   Production Engineer
   Snyder Industries, Inc.

7. David E. Rodgers
   Assistant Vice President
   Claims Resource Management
   Claims adjusting service for Axis Surplus Insurance Company

8. Dana Janssen
   Customer Service Manager
   Snyder Industries, Inc.

Ms. Rhonda Andreen
Mr. Jack Owen
Page Five
September 20, 2006


9. Darrell Oltman
   Industrial Products Engineer
   Snyder Industries, Inc.

10. Dave Gentry
    Vice President of Finance and Administration and Chief Financial Officer
    Snyder Industries, Inc.

11. Kevin Williams
    Former Vice President of Operations
    Snyder Industries, Inc.

12. John Wobig
    Sr. Sales Manager
    Snyder Industries, Inc.

13. Robert Pitts
    Former Plant Manager of the Marked Tree, AR Facility
    Snyder Industries, Inc.

14. Russ McDonald
    Quality Control Supervisor at Lincoln facility
    Snyder Industries, Inc.

15. Jason Lenhoff
    Account Manager for Industrial and Intermediate Bulk Containers for the Southeast region
    Snyder Industries, Inc.

16. Dale Givens
    Former Director of Operations
    Snyder Industries, Inc.

17. Kathy Fridholm
    Assistant Vice President
    Holmes Murphy & Associates
    Insurance Agent

18. Jack Struyk
    Holmes Murphy & Associates
    Insurance Agent

The Complaint Team is comprised of the following individuals: Alan Markowski, Bill Anderson, Betsy Straley, Brad Knisely, Chuck Lupori, Cullen Estes, Curt Downey, Dale Givens, Dale Ohlrich, Dana Janssen, Darrell Oltman, Darwin Garton, Dave Kelley, Dave Staley, Don Scherer, Gary Ahrens, Jaquetta Morgan, Jason Harrington, Jason Lenhoff, John Wobig, Jon Ellerbrake, Karen McLaughlin, Kevin Williams, Lester Losh, Lora Parker, Mike Isner, Mike Spurrier, Peg Reynolds, Renee Conrad, Reyes Morales, Reynaldo Dominguez, Rick Wagner, Robert Pitts, Ron Davis, Russ McDonald, Shannon Garcia, Stan Lukow, and Suzanne Butler.

The individuals not identified above are as follows:

19. Alan Markowski
    Operations Manager, Lincoln
    Snyder Industries, Inc.

20. Bill Anderson
    National Sales Manager-Ag Chem products
    Snyder Industries, Inc.

21. Betsy Straley
    Administrative Assistant, WV
    Snyder Industries, Inc.

22. Brad Knisely
    Sales Manager, CA
    Snyder Industries, Inc.

23. Chuck Lupori
    Sales Account Manager, Lnk
    Snyder Industries, Inc.

Ms. Rhonda Andreen
Mr. Jack Owen
Page Seven
September 20, 2006

24. Curt Downey
Buyer
Snyder Industries, Inc.

25. Dale Ohlrich
Dry Handling Product Sales Manager
Snyder Industries, Inc.

26. Darwin Garton
Design Engineer
Snyder Industries, Inc.

27. Dave Kelley
Director of Sales-Septic & Water Products
Snyder Industries, Inc.

28. Dave Staley
Transportation Manager
Snyder Industries, Inc.

29. Don Scherer
Corporate Purchasing Manager
Snyder Industries, Inc.

30. Jaquetta Morgan
Senior Customer Service Representative
Snyder Industries, Inc.

31. Jason Harrington
National Sales Manager - Ind. and IBC products
Snyder Industries, Inc.

32. Jon Ellerbrake
Plant Manager
Snyder Industries, Inc.

Ms. Rhonda Andreen
Mr. Jack Owen
Page Eight
September 20, 2006

33. Karen McLaughlin
    Transportation Assistant
    Snyder Industries, Inc.

34. Lester Losh
    Production Supervisor
    Snyder Industries, Inc.

35. Lora Parker
    Customer Service Representative, AR
    Snyder Industries, Inc.

36. Mike Isner
    Quality Control Technician, WV
    Snyder Industries, Inc.

37. Peg Reynolds
    Senior Customer Service Representative
    Snyder Industries, Inc.

38. Bruce Cameron
    Quality Assurance
    Snyder Industries, Inc.

39. Renee Conrad
    Credit and Collection Manager
    Snyder Industries, Inc.

40. Reyes Morales
    Plant Supervisor, CA
    Snyder Industries, Inc.

41. Reynaldo Dominguez
    Quality Assurance Tech, CA
    Snyder Industries, Inc.

Ms. Rhonda Andreen
Mr. Jack Owen
Page Nine
September 20, 2006

    42.    Rick Wagner
            Ag. Sales Manager
            Snyder Industries, Inc.

    43.    Ron Davis
            Plant Manager, WV
            Snyder Industries, Inc.

    44.    Shannon Garcia
            Customer Service Rep. CA
            Snyder Industries, Inc.

    45.    Stan Lukow
            Factory Outlet Manager
            Snyder Industries, Inc.

    46.    Suzanne Butler
            Senior Customer Service Rep.
            Snyder Industries, Inc.

Very truly yours,

PARSONS, LEE & JULIANO, P.C.

*[signature]*

Dorothy A. Powell

DAP/sph