IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| N.A. WATER SYSTEMS, LLC, as successor by merger to USFILTER ENGINEERING & CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AUGUSTA FIBERGLASS COATINGS, INC., SNYDER INDUSTRIES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION NO.: 2:06-CV-335-MEF |

**DEFENDANT SNYDER INDUSTRIES, INC.'S
SUPPLEMENTAL RULE 26 DISCLOSURES**

COMES NOW Snyder Industries, Inc., one of the Defendants in the above-styled cause, and hereby supplements its disclosures pursuant to Rule 26(a)(1), *Federal Rules of Civil Procedure*:

A.  **WITNESSES**

The following individuals are likely to have discoverable information concerning the factual issues in this case:

1. Steve Hansen
   Snyder Industries, Inc.
   4700 Fremont Street
   Lincoln, Nebraska 68504

2. Gary Ahrens
   Snyder Industries, Inc.
   4700 Fremont Street
   Lincoln, Nebraska 68504

EXHIBIT 23

3. Dana Jannsen
   Snyder Industries, Inc.
   4700 Fremont Street
   Lincoln, Nebraska 68504

4. Daryll Oltman
   Snyder Industries, Inc.
   4700 Fremont Street
   Lincoln, Nebraska 68504

5. Cullen Estes
   Snyder Industries, Inc.
   602 Industrial Street
   Marked Tree, Arkansas 72365

6. Thomas P. O'Connell
   Snyder Industries, Inc.
   4700 Fremont Street
   Lincoln, Nebraska 68504

7. Michael Spurrier
   Snyder Industries, Inc.
   4700 Fremont Street
   Lincoln, Nebraska 68504

8. Kenneth Kubrick
   Legal Counsel
   Veolia Water Systems
   250 Airside Drive
   Moon Township, PA 15108-2793

9. Jerry Wolfe
   N.A. Watersystems, LLC
   400 Professional Drive, Ste 380
   Gaithersburg, Maryland 20879

10. David Choate
    N.A. Watersystems, LLC
    400 Professional Drive, Ste 380
    Gaithersburg, Maryland 20879

11. Reynolds Six
    N.A. Watersystems, LLC
    400 Professional Drive, Ste 380

        Gaithersburg, Maryland 20879

12. John Boyd
    Augusta Fiberglass Coatings, Inc.
    86 Lake Cynthia Road
    Blackville, SC 29817

13. Russ Dempsey
    Augusta Fiberglass Coatings, Inc.
    86 Lake Cynthia Road
    Blackville, SC 29817

14. Craig Winningham
    Augusta Fiberglass Coatings, Inc.
    86 Lake Cynthia Road
    Blackville, SC 29817

15. Bud Krebs

16. Mike Kellar

17. Dave Parker

18. Representatives of Hyundai Motor Manufacturing Alabama, LLC

19. Representatives of B.L. Harbert International, LLC

20. Individuals identified during depositions taken in the case.

21. Individuals identified from documents produced in the case.

The above individuals are expected to have discoverable factual information regarding the purchase and/or installation and/or required testing and/or failure to test and/or warnings and/or instructions and/or guidelines with respect to the product made the basis of the Plaintiff's Complaint as well as the subsequent spill.

B. **EXHIBITS**

Pursuant to Rule 26(a)(1)(B), the Defendant has produced copies of the documents in possession of the Defendant that the Defendant may use in support of its defenses in this case. The Defendant further identifies the following:

1. Documents produced by Snyder Industries, Inc. in this case in response to discovery requests.

2. Documents produced by the Plaintiff in this case.

3. Documents produced by Augusta Fiberglass Coatings, Inc. in this case.

4. Documents produced by Hyundai Motor Manufacturing Alabama, LLC pursuant to a civil subpoena stamped #1 through #314.

5. Documents produced by B.L. Harbert International, LLC pursuant to a civil subpoena stamped #1 through #221.

C. N/A.

D. A copy of the insurance agreement which may be liable to satisfy any judgment which may be rendered against this Defendant is produced (premiums and data for gross receipts redacted).

/s/ Mark W. Lee
MARK W. LEE
DOROTHY A. POWELL

**OF COUNSEL:**

PARSONS, LEE & JULIANO, P.C.
2801 Highway 280 South
300 Protective Center
Post Office Box 530630 (35253)
Birmingham, AL 35223-2480
(205) 326-6600

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 20th day of September, 2006, served a copy of the foregoing via United States mail, postage prepaid and properly addressed on counsel for all parties as follows:

Mr. E. Mabry Rogers  (Hand Deliver)
Ms. Rhonda Caviedes Andreen
One Federal Place
1819 Fifth Ave. N.
Birmingham, AL 35203

Mr. Jack Owen
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery AL 36102-2148

_____
OF COUNSEL