

# Bradley Arant
BRADLEY ARANT ROSE & WHITE LLP

ONE FEDERAL PLACE
1819 FIFTH AVENUE NORTH
BIRMINGHAM, AL 35203-2119
205.521.8000   FAX 205.521.8800
WWW.BRADLEYARANT.COM

Rhonda C. Andreen

Direct Dial: (205) 521-8683
Direct Fax: (205) 521-8800
randreen@bradleyarant.com

September 19, 2006

**VIA FACSIMILE and U.S. MAIL**

Dorothy A. Powell, Esq.
Parsons, Lee & Juliano, P.C.
Post Office Box 530630
Birmingham, AL 35253-0630

Re:   *N.A. Water Systems v. Augusta Fiberglass, et al.*

Dear Dorothy:

This is in response your letter of September 15, 2006. Specifically, this is a response to your questions regarding N.A. Water Systems, LLC ("Water Systems") privilege log. Beginning in the fourth paragraph on page three of your letter, it appears you are insinuating that Water Systems has withheld documents not on its privilege log. For clarification, all documents withheld by Water Systems as privileged are listed on its privilege log dated July 17, 2006, other than documents created after the filing of the lawsuit.

Next, we are unclear as to what the fifth paragraph on page three and continuing to page four of your letter means. If Water Systems response in the above paragraph does not sufficiently respond to your inquiry in the fifth paragraph on page three and continuing to page four of your letter, please clarify your request, and we will address it promptly.

As a result of your queries regarding Water Systems production of documents and its privilege log, we re-examined each document on Water Systems July 17, 2006 Privilege Log and have determined the following:

(1) Item 64 on Water Systems July 17, 2006 Privilege Log, a three-page September 15, 2004 e-mail string is attached hereto and is Bates labeled N002_0051 to 0052. Accordingly, also attached, is Water Systems updated Privilege Log dated September 19, 2006, reflecting this change; and

(2) Please replace the Water Systems document Bates labeled N001_00289 to 00290 with the attached document Bates labeled the same.

I am continuing to review and respond to other questions you raised in your letter of September 15, 2006, and will respond as soon as possible; however, given the importance of privilege logs, I wanted to promptly respond and resolve any concerns you may have regarding

Dorothy A. Powell, Esq.
September 18, 2006
Page 2

Water Systems privilege log. I am available to meet and confer with you about any other issues you may have regarding Water Systems privilege log, and to respond promptly to any of those issues.

Very truly yours,

Rhonda C. Andreen

RRCA/rfa
Enclosure

cc:   E. Mabry Rogers, Esq.

1/1492745.1

*N.A. Water Systems, LLC v. Augusta Fiberglass Coatings, Inc., et al.*
(Case No. CV-335-MEF)
Revised Privilege Log Dated September 19, 2006

| No. | Doc. Date | Doc. Type | Description | Author | Recipient | CC | Other Senders or Recipients in String | Page Count | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 01/03/06 | Letter | Letter from in-house counsel to outside attorney requesting an initial assessment of claim. | Kubrick, Esq., Kenneth | Rogers, Esq., E. Mabry | Thery, Frederic Yendell, Craig Wolfe, Jerry | | 2 | A/C; WP |
| 2. | 09/15/04 | E-mail String | E-mail from in-house counsel providing legal advice relating to insurance coverage. E-mail string begins on 9/14/04. | Kubrick, Esq., Kenneth | Craig Yendell | Stroud, Esq., David G. Wolfe, Jerry Krebs, Bud Choate, David Six, Reynold Recinos, Scott Kellar, Ike Brown, Jim Thery, Frederic | | 1 | A/C; WP |
| 3. | 12/31/05 | E-mail String | E-mail from in-house counsel providing legal advice relating to a claim regarding the spill and potential litigation. Privileged information redacted. Non-privileged parts of the e-mail string were produced. E-mail string begins on 12/28/05. | Kubrick, Esq., Kenneth | Yendell, Craig Mracna, Joseph | Wolfe, Jerry Thery, Frederic | | 4 | A/C; WP |
| 4. | 12/30/05 | E-mail String | E-mail from in-house counsel providing legal advice relating to a claim regarding the spill and potential litigation. Privileged information redacted. Non-privileged parts of the e-mail string were produced. E-mail string begins on 12/28/05. | Kubrick, Esq., Kenneth | Yendell, Craig | Wolfe, Jerry Thery, Frederic Stroud, Esq., David G. | Dempsey, Russ | 4 | A/C; WP |
| 5. | 12/28/05 | E-mail String | E-mail from in-house counsel providing legal advice relating to a claim regarding the spill and potential litigation. Privileged information redacted. Non-privileged parts of the e-mail string were produced. E-mail string begins on 12/28/05. | Kubrick, Esq., Kenneth | Yendell, Craig Wolfe, Jerry | | Dempsey, Russ Winningham, Craig Boyd, John | 3 | A/C; WP |
| 6. | 12/28/05 | E-mail String | E-mail from in-house counsel providing legal advice relating to potential litigation. E-mail string begins on 09/30/05. | Kubrick, Esq., Kenneth | Yendell, Craig | Wolfe, Jerry Mracna, Joseph | MacQueen, Gregg Stroud, Esq., David G. Moser, Jacquelyn | 3 | A/C; WP |
| 7. | 12/28/05 | E-mail String | Request for legal advice regarding potential litigation. E-mail string. | Yendell, Craig | Kubrick, Esq., Kenneth Mracna, Joseph | Wolfe, Jerry | | 3 | A/C |

1/1492754.1

Page 1 of 8

*N.A. Water Systems, LLC v. Augusta Fiberglass Coatings, Inc., et al.*
(Case No. CV-335-MEF)
Revised Privilege Log Dated September 19, 2006

| No. | Doc. Date | Doc. Type | Description | Author(s) | Recipient(s) | Other Senders or Recipients in String | Page Count | Privilege |
|---|---|---|---|---|---|---|---|---|
| 8. | 12/28/05 | E-mail String | begins on 12/27/05. | Wolfe, Jerry | Yendell, Craig; Kubrick, Esq., Kenneth | | 2 | A/C |
| 9. | 12/28/05 | E-mail String | Responding to counsel's request for information. E-mail string begins on 12/27/05. | Kubrick, Esq., Kenneth | Yendell, Craig; Wolfe, Jerry | | 2 | A/C; WP |
| 10. | 12/28/05 | E-mail String | E-mail from in-house counsel providing legal advice relating to potential litigation. E-mail string begins on 12/27/05. | Yendell, Craig | Kubrick, Esq., Kenneth; Wolfe, Jerry | | 2 | A/C |
| 11. | 12/27/05 | E-mail | Responding to counsel's request for information. E-mail string begins on 12/27/05. | Kubrick, Esq., Kenneth | Wolfe, Jerry | Yendell, Craig | 1 | A/C; WP |
| 12. | 12/27/05 | E-mail | Counsel's request for information. | Stroud, Esq., David G. | Kubrick, Esq., Kenneth | | 2 | A/C; WP |
| 13. | 12/12/05 | Memo | Seeking legal advice regarding draft letter. | Kubrick, Esq., Kenneth | File | | 1 | A/C; WP |
| 14. | 10/10/05 | E-mail | Counsel's internal memo relating to telephone call with opposing counsel. | Wolfe, Jerry | Kubrick, Esq., Kenneth | | 1 | A/C |
| 15. | 09/30/05 | E-mail String | Seeking legal advice relating to a claim regarding the spill and potential litigation. E-mail string begins on 10/07/05. | Mracna, Joseph | Moser, Jacquelyn | Wolfe, Jerry; Yendell, Craig; MacQueen, Gregg; Stroud, Esq., David G. | 2 | A/C |
| 16. | 09/30/05 | E-mail String | Responding to counsel's request for information relating to a claim regarding the spill and potential litigation. E-mail string begins on 9/30/05. | Mracna, Joseph | Kubrick, Esq., Kenneth | MacQueen, Gregg; Stroud, Esq., David G.; Moser, Jacquelyn | 2 | A/C |
| 17. | 09/30/05 | E-mail String | E-mail from in-house counsel providing legal advice and seeking information relating to a claim regarding the spill and potential litigation. | Kubrick, Esq., Kenneth | Wolfe, Jerry; Yendell, Craig | Mracna, Joseph; Stroud, Esq., David | 1 | A/C; WP |
| 18. | 09/28/05 | E-mail String | E-mail from in-house counsel providing legal advice relating to a claim regarding the spill and potential litigation. E-mail string begins on 9/21/05. | Kubrick, Esq., Kenneth | Yendell, Craig | Wolfe, Jerry | 3 | A/C; WP |
| 19. | 09/28/05 | E-mail String | E-mail from in-house counsel providing legal advice relating to a | Kubrick, Esq., Kenneth | Wolfe, Jerry | Yendell, Craig | 2 | A/C; WP |

*N.A. Water Systems, LLC v. Augusta Fiberglass Coatings, Inc., et al.*
(Case No. CV-335-MEF)
Revised Privilege Log Dated September 19, 2006

| No. | Document Date | Type | Description | Author | Recipient | CC | Other Senders/Recipients in String | Page Count | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 20. | 09/21/05 | E-mail | claim regarding the spill and potential litigation. E-mail string begins on 9/21/05. | Wolfe, Jerry | Kubrick, Esq., Kenneth | | | 1 | A/C |
| 21. | 07/20/05 | E-mail String | Request to counsel for information relating to a claim regarding the spill and potential litigation. | Sarisky, Thomas | Wolfe, Jerry Kubrick, Esq., Kenneth | | | 1 | A/C |
| 22. | 07/20/05 | E-mail | Responding to counsel's request for information relating to a claim regarding the spill and potential litigation. E-mail string begins on 7/20/05. | Wolfe, Jerry | Sarisky, Thomas Kubrick, Esq., Kenneth | | | 1 | A/C |
| 23. | 07/07/05 | E-mail String | Responding to counsel's request for information relating to a claim regarding the spill and potential litigation. | Stroud, Esq., David G. | Golden, James | Kubrick, Esq., Kenneth | | 2 | A/C |
| 24. | 07/07/05 | E-mail String | Counsel's request for information regarding a claim regarding the spill and potential litigation. Non-privileged parts of the e-mail string were produced. E-mail string begins on 07/07/05. | Kubrick, Esq., Kenneth | Stroud, Esq., David | Wolfe, Jerry Yendell, Craig | Nance, Esq. Greg | 2 | A/C; WP |
| 25. | 07/05/05 | E-mail String | Responding to counsel's request for information relating to a claim regarding the spill and potential litigation. E-mail string begins on 06/30/05. | Wolfe, Jerry | Kubrick, Esq., Kenneth | Mitchell, Kim | Nance, Esq. Greg | 2 | A/C |
| 26. | 07/05/05 | E-mail String | Counsel's request for information regarding a claim regarding the spill and potential litigation. E-mail string begins on 06/30/05. | Kubrick, Esq., Kenneth | Wolfe, Jerry | | Zeno, Donna | 2 | A/C |
| 27. | 07/05/05 | E-mail String | Responding to counsel's request for information relating to a claim regarding the spill and potential litigation. E-mail string begins on 06/30/05. | Wolfe, Jerry | Kubrick, Esq., Kenneth | | Zeno, Donna | 1 | A/C |
| 28. | 06/30/05 | E-mail String | Responding to counsel's request for information relating to a claim | Wolfe, Jerry | Kubrick, Esq., Kenneth | | | 1 | A/C |

*N.A. Water Systems, LLC v. Augusta Fiberglass Coatings, Inc., et al.*
(Case No. CV-335-MEF)
Revised Privilege Log Dated September 19, 2006

| # | Date | Doc Type | Description | Author | Recipients | CC | Other Senders/Recipients-in-String | Page Count | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 29. | After 2/21/05 | List | Timeline relating to spill prepared in preparation for litigation. | Kubrick, Esq., Kenneth | | | | 1 | A/C; WP |
| 30. | 06/30/05 | E-mail | Counsel's request for information relating to a claim regarding the spill and potential litigation. | Kubrick, Esq., Kenneth | Wolfe, Jerry | | | 1 | A/C; WP |
| 31. | 05/05/05 | E-mail | Providing information to counsel relating to outstanding claim to Augusta Fiberglass. | Choate, David | Stroud, Esq., David G. Kubrick, Esq., Kenneth | | | 1 | A/C |
| 32. | 03/01/05 | E-mail | Responding to counsel's request for information relating to a claim regarding the spill and potential litigation. E-mail string begins on 2/21/05. | Stroud, Esq., David G. | Kubrick, Esq., Kenneth | Wolfe, Jerry | | 2 | A/C |
| 33. | 02/28/05 | E-mail | Responding to information regarding meeting relating to a claim regarding the spill and potential litigation. E-mail string begins on 2/28/05. | Choate, David | Kubrick, Esq., Kenneth | | | 1 | A/C |
| 34. | 02/23/05 | E-mail String | Responding to counsel's request for information relating to a claim regarding the spill and potential litigation. E-mail string begins on 2/22/05. | Yendell, Craig | Kubrick, Esq., Kenneth Choate, David Stroud, Esq., David G. | Yendell, Craig Stroud, Esq., David G. Wolfe, Jerry | | 1 | A/C |
| 35. | 02/22/05 | E-mail String | Counsel's request for information regarding a claim regarding the spill and potential litigation, and providing advice relating to potential litigation. E-mail string begins on 2/21/05. | Kubrick, Esq., Kenneth | Choate, David Yendell, Craig Stroud, Esq., David G. | | | 1 | A/C; WP |
| 36. | 02/21/05 | E-mail | Seeking legal advice from counsel relating to response to letter from Snyder. | Choate, David | Yendell, Craig Stroud, Esq., David G. Kubrick, Esq., Kenneth | | | 1 | A/C |
| 37. | 02/21/05 | E-mail | Seeking legal advice from counsel relating to response to letter from Snyder. | Choate, David | Yendell, Craig Stroud, Esq., David G. Kubrick, Esq., Kenneth | | | 1 | A/C |
| 38. | 01/03/05 | E-mail String | Seeking legal advice from counsel relating to draft letter regarding backcharge for spill. E-mail string begins on 12/30/04. | Stroud, Esq., David G. | Choate, David Wolfe, Jerry Kubrick, Esq., Kenneth | | Zeno, Donna Yendell, Craig | 9 | A/C |
| 39. | 10/20/04 | E-mail | Draft letter and comments from Kubrick, Esq., Kenneth | | Choate, David | | | 6 | A/C; WP |

1/1492754.1

Page 4 of 8

*N.A. Water Systems, LLC v. Augusta Fiberglass Coatings, Inc., et al.*
(Case No. CV-335-MEF)
Revised Privilege Log Dated September 19, 2006

| No. | Doc Date | Doc Type | Description | Author | Recipient | CC | Other Senders or Recipients in String | Page Count | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 40. | 10/19/04 | E-mail String | E-mail string regarding letter to Augusta. | Wolfe, Jerry | Wolfe, Jerry Stroud, Esq., David G. | | | 1 | A/C |
| 41. | 10/01/04 | E-mail String | Seeking legal advice from counsel regarding letter to Augusta. | | Kubrick, Esq., Kenneth Stroud, Esq., David G. | Choate, David | | 3 | A/C; WP |
| 42. | 10/01/04 | E-mail String | Counsel's response to request for legal advice. Non-privileged parts of the e-mail string were produced. E-mail string begins on 10/01/04. | Kubrick, Esq., Kenneth | Choate, David Stroud, Esq., David G. | Kellar, Mike | | 3 | A/C; WP |
| 43. | 10/01/04 | E-mail String | Seeking legal advice from counsel. Non-privileged parts of the e-mail were produced. | Wolfe, Jerry | Stroud, Esq., David G. Kubrick, Esq., Kenneth | Kellar, Mike | | 3 | A/C |
| 44. | 10/01/04 | E-mail String | Seeking legal advice from counsel in anticipation of litigation. Non-privileged parts of the e-mail string were produced. E-mail string begins on 09/22/04. | Choate, David | Stroud, Esq., David G. Kubrick, Esq., Kenneth Cotter, Jeanne | Wolfe, Jerry Parker, David | Bullock, Warren King, Patrick Bowyer, Judy | 4 | A/C; WP |
| 45. | 09/30/04 | E-mail String | Seeking legal advice from counsel in anticipation of litigation. Non-privileged parts of the e-mail string were produced. E-mail string begins on 09/22/04. | Freeland, Abraham (Abe) | Hauck, Darrell Stroud, Esq., David G. Choate, David Cotter, Jeanne | Freeland, Abraham (Abe) | Bullock, Warren King, Patrick Bowyer, Judy | 3 | A/C |
| 46. | 09/30/04 | E-mail String | Counsel's response to request for legal advice. Non-privileged parts of the e-mail string were produced. E-mail string begins on 09/22/04. | Stroud, Esq., David | Choate, David Kubrick, Esq., Kenneth Cotter, Jeanne | Yendell, Craig Freeland, Abraham (Abe) Hauck, Darrell | Bullock, Warren King, Patrick Bowyer, Judy | 3 | A/C; WP |
| 47. | 09/24/04 | E-mail String | Reflecting mental impressions of counsel relating to draft letter to Augusta. E-mail string begins on 9/23/04. | Kubrick, Esq., Kenneth | Stroud, Esq., David G. Choate, David | | | 4 | A/C; WP |
| 48. | 09/24/04 | E-mail String | Seeking legal advice from counsel. E-mail string begins on 9/23/04. | Choate, David | Stroud, Esq., David G. | Kubrick, Esq., Kenneth | | 4 | A/C |
| 49. | 09/15/04 | E-mail String | Responding to counsel's request for information relating to a claim regarding the spill and potential litigation. Non-privileged parts of the e-mail string were produced. E-mail string begins on 09/14/04. | Freeland, Abraham | Kubrick, Esq., Kenneth | Stroud, Esq., David | Yendell, Craig Wolfe, Jerry Krebs, Bud Choate, David Six, Reynold Recinos, Scott | 5 | A/C; WP |

1/1492754.1

Page 5 of 8

*N.A. Water Systems, LLC v. Augusta Fiberglass Coatings, Inc., et al.*
(Case No. CV-335-MEF)
Revised Privilege Log Dated September 19, 2006

| No. | Date | Doc. Type | Description | Author | Recipient | CC | Other Senders/Recipients in String | Page Count | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 50. | 09/15/04 | E-mail String | Seeking legal advice from counsel. Privileged information redacted. Non-privileged parts of the e-mail string were produced. E-mail string begins on 09/14/04. | Stroud, Esq., David G. | Yendell, Craig Kubrick, Esq., Kenneth Wolfe, Jerry Krebs, Bud Choate, David Six, Reynold | Recinos, Scott Kellar, Mike Brown, Jim Thery, Frederic | Kellar, Mike Brown, Jim Thery, Frederic | 2 | A/C |
| 51. | 09/15/04 | E-mail String | Counsel's request for information relating to a claim regarding the spill and potential litigation. Non-privileged parts of the e-mail string were produced. E-mail string begins on 09/14/04. | Kubrick, Esq., Kenneth | Guilbaud, Esq., Yann | | Yendell, Craig Stroud, Esq., David G. Wolfe, Jerry Krebs, Bud Choate, David Six, Reynold Recinos, Scott Kellar, Mike Brown, Jim Thery, Frederic | 2 | A/C; WP |
| 52. | 09/15/04 | E-mail String | Counsel's request for information relating to a claim regarding the spill and potential litigation. Non-privileged parts of the e-mail string were produced. E-mail string begins on 09/14/04. | Kubrick, Esq., Kenneth | Guilbaud, Esq., Yann | | | 2 | A/C |
| 53. | 03/09/06 | Letter | Engagement letter from attorney regarding terms and conditions of legal services. | Rogers, E. Mabry | Kubrick, Esq., Kenneth | | | 6 | A/C; WP |
| 54. | 10/20/05 | E-mail String | Counsel providing legal advice relating to a claim regarding the spill and potential litigation. Privileged information redacted. Non-privileged parts of the e-mail string were produced. E-mail string begins on 10/20/05. | Kubrick, Esq., Kenneth | Wolfe, Jerry Yendell, Craig | | Stroud, Esq., David G. MacQueen, Gregg | 2 | A/C; WP |
| 55. | 08/24/05 | E-mail | Seeking information from counsel | Wolfe, Jerry | Kubrick, Esq., Kenneth | | Nance, Esq. | 1 | A/C |

1/492754.1

Page 6 of 8

**N.A. Water Systems, LLC v. Augusta Fiberglass Coatings, Inc., et al.**
(Case No. CV-335-MEF)
Revised Privilege Log Dated September 19, 2006

| No. | Date | Doc. Type | Description | Author | Recipient | CC | Other Senders or Recipients in String | Page Count | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 56. | 10/19/04 | E-mail String | Seeking information from counsel regarding advice relating to a claim regarding the spill and potential litigation. Privileged information has been redacted from e-mail string. Non-privileged parts of the e-mail string were produced. E-mail string begins on 07/07/05. | Choate, David | Kubrick, Esq., Kenneth | Wolfe, Jerry | Janssen, Dana | Greg Yendell, Craig Stroud, Esq., David | 4 | A/C |
| 57. | 09/30/04 | E-mail String | Seeking information from counsel regarding advice relating to a claim regarding the spill and potential litigation. Privileged information has been redacted from e-mail string. Non-privileged parts of the e-mail string were produced. E-mail string begins 10/19/04. | Choate, David | Stroud, Esq., David Kubrick, Esq., Kenneth Cotter, Jeanne | | Bullock, Warren King, Patrick Bowyer, Judy | 6 | A/C |
| 58. | 09/15/04 | E-mail String | Seeking information from counsel regarding advice relating to a claim regarding the spill and potential litigation. Privileged information has been redacted from e-mail string. Non-privileged parts of the e-mail string were produced. E-mail string begins 9/30/04. | Yendell, Craig | Kubrick, Esq., Kenneth Stroud, Esq., David G. Choate, David Krebs, Bud Mracna, Joseph | | Brown, Jim Thery, Frederic | 6 | A/C |
| 59. | 09/15/04 | E-mail String | Counsel providing information relating to a claim regarding the spill and potential litigation. Non-privileged parts of the e-mail string were produced. E-mail string starts on 9/14/04. | Kubrick, Esq., Kenneth | Choate, David Krebs, Bud Yendell, Craig Stroud, Esq., David G. Wolfe, Jerry Six, Reynold | | Recinos, Scott Keller, Mike Brown, Jim Thery, Frederic Mracna, Joseph Cotter, Jeanne Roth, Paul | Freeland, Abraham (Abe) | 4 | A/C; WP |
| 60. | 09/15/04 | E-mail String | Providing information relating to a claim regarding the spill and potential litigation. Non-privileged parts of the e-mail string were produced. E-mail string starts on 9/14/04. | Yendell, Craig | Wolfe, Jerry Choate, David Stroud, Esq., David G. | | Kubrick, Esq., Kenneth Krebs, Bud Mracna, Joseph Brown, Jim Thery, Frederic | Freeland, Abraham (Abe) Recinos, Scott Kellar, Mike Six, Reynold | 5 | A/C |
| 61. | 09/15/04 | E-mail | Response to request for legal advice. | Wolfe, Jerry | Choate, David | | Yendell, Craig | Freeland, Abraham | 4 | A/C |

*N.A. Water Systems, LLC v. Augusta Fiberglass Coatings, Inc., et al.*
(Case No. CV-335-MEF)
Revised Privilege Log Dated September 19, 2006

| No. | Doc. Date | Doc. Type | Description | Author | Recipient | CC | Other Senders/Recipients in String | Page Count | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 62. | 09/15/04 | E-mail String | Non-privileged parts of the e-mail string were produced. E-mail string starts on 9/14/04. | Stroud, David G. | Kubrick, Esq., Kenneth Krebs, Bud | | | | |
| 63. | 09/15/04 | E-mail String | Response to request for legal advice. Non-privileged parts of the e-mail string were produced. E-mail string starts on 9/14/04. | Choate, David | Stroud, Esq., David G. | | Freeland, Abraham (Abe) Hauck, Darrell Recinos, Scott Six, Reynold Kellar, Mike Brown, Jim Thery, Frederic | 4 | A/C |
| 64. | 09/15/04 | E-mail String | Response to request for legal advice. Non-privileged parts of the e-mail string were produced. E-mail string starts on 9/14/04. | Stroud, Esq., David G. | Choate, David | Yendell, Craig Kubrick, Esq., Kenneth Wolfe, Jerry Krebs, Bud | Freeland, Abraham (Abe) Hauck, Darrell Six, Reynold Recinos, Scott Kellar, Mike Brown, Jim Thery, Frederic | 4 | A/C |
| 65. | 09/15/04 | E-mail String | Response to request for legal advice. Non-privileged parts of the e-mail string were produced. E-mail string starts on 9/14/04. | Choate, David | Krebs, Bud Yendell, Craig Stroud, Esq., David G. Kubrick, Esq., Kenneth Wolfe, Jerry Six, Reynold | Recinos, Scott Kellar, Mike Brown, Jim Thery, Frederic Mracna, Joseph Cotter, Jeanne Roth, Paul | Freeland, Abraham (Abe) Hauck, Darrell | 3 | Produced 9/19/06 |
| | | E-mail String | Response regarding request for information relating to a claim | Stroud, Esq., David G. | Choate, David Kubrick, Esq., Kenneth | Sarisky, Thomas Yendell, Craig Winder, Christie Mracna, Joseph Wolfe, Jerry | | 2 | A/C; WP |
| | 10/28/04 | | regarding the spill and potential litigation. | | | | | | |

1/1492754.1

Page 8 of 8

*N.A. Water Systems, LLC v. Augusta Fiberglass Coatings, Inc., et al.*
(Case No. CV-335-MEF)
Privilege Log Dated September 19, 2006
List of Names for Privilege Log

| LAST NAME | FIRST NAME | POSITION | COMPANY |
|---|---|---|---|
| Bowyer | Judy | | American Plant Services |
| Boyd | John | President | Augusta Fiberglass Coatings, Inc. |
| Brown | Jim | Vice President | Veolia Water Systems |
| Bullock | Warren | Senior Manager | Hyundai Motor Manufacturing Alabama, LLC |
| Choate | David | Engineering Manager | North American Water Systems, LLC |
| Cotter | Jeanne | Vice President in Charge of Quality Control | Veolia Water Systems |
| Dempsey | Russ | General Counsel for August Fiberglass Coding, Inc. | Augusta Fiberglass Coatings, Inc. |
| Freeland | Abraham "Abe" | Risk Manager | Veolia Water North America Operating Systems, LLC |
| Golden | James | Senior Buyer | Veolia Water Systems |
| Guilbaud | Yann | General Counsel | Veolia Water Systems |
| Hauck | Darrell | Assistant to A. Freeland | Veolia Water North America Operating Systems, LLC |
| Janssen | Dana | Customer Service Manager | Snyder Industries, Inc. |
| Kellar | Mike | Safety Manager | Veolia Water Systems |
| King | Patrick | Assistant Manager | Hyundai Motor Manufacturing Alabama, LLC |
| Krebs | Gregory "Bud" | Start-up Group Manager | Veolia Water Systems |
| Kubera | Karen | Expediter, Purchasing Department | Veolia Water Systems |
| Kubrick | Ken | In-House Counsel | Veolia Water Systems |
| MacQueen | Greg | Controller | North American Water Systems, LLC |
| Mitchell | Kim | Document Controller | North American Water Systems, LLC |
| Moser | Jacquelyn | Subcontracting Agent | North American Water Systems, LLC |
| Mracna | Joseph | Vice President Field Supervisor | North American Water Systems, LLC |
| Nance | Greg | Attorney | AIG Insurance |
| Parker | Dave | Project Engineer | Veolia Water Systems |
| Recinos | Scott | Vice President | North American Water Systems, LLC |
| Rogers | Mabry | Attorney | Bradley Arant Rose & White LLP |
| Roth | Paul | Senior Purchaser | Veolia Water Systems |
| Sarisky | Thomas | Project Architect | North American Water Systems, LLC |
| Six | Reynold | Start-up Manager | North American Water Systems. LLC |
| Stroud | David | Contract Manager | North American Water Systems, LLC |
| Thery | Frederic | Vice President | Veolia North America Operating Systems |
| Winder | Christie | Assistant Controller | Veolia Water Systems |
| Winningham | Craig | Sales/Project Manager | Augusta Fiberglass Coatings, Inc. |
| Wolf | Jerry | Construction Project Manager | North American Water Systems, LLC |
| Yendell | Craig | Vice President Project Manager | North American Water Systems, LLC |
| Zeno | Donna | Adminstrative Assistant | Veolia Water Systems |

1/1471886.1

**REDACTED**

-----Original Message-----
**From:** Yendell, Craig
**Sent:** Wednesday, September 15, 2004 8:06 AM
**To:** Stroud, Dave; Kubrick, Ken; Wolfe, Jerry; Krebs, Bud; Choate, David; Six, Reynold
**Cc:** Recinos, Scott; Kellar, Mike; Brown, Jim (HPD); Thery, Frederic
**Subject:** RE: Hyundai acid spill

Dave Stroud and Ken, Please see Dave Choate's message below. Let's get our position together immediately, so that we can respond to Hyundai.

Dave Choate, Bud, Rey and Jerry, Please keep all of those copied on this message informed of the status of the cleanup.

Thanks,

Craig Yendell

-----Original Message-----

1

**From:** Choate, Dav...
**Sent:** Tuesday, September 14, 2004 11:13 PM
**To:** Yendell, Craig
**Cc:** Recinos, Scott; Wolfe, Jerry; Kellar, Mike; Krebs, Bud; Six, Reynold
**Subject:** Hyundai acid spill
**Importance:** High

All-

I received word late this afternoon that a pipe spool attached to our sulfuric acid tank at the Hyundai site had ruptured as we were in the process of repairing a small leak, spilling the contents (approximately 5000 gallons) of sulfuric into the containment area. There were no injuries resulting from the incident. Rey Six was on site and the Hyundai environmental response team was immediately engaged. Rey contacted Bud Krebs, and Mike Kellar was also notified. Hyundai reported to Rey that they had a tanker en route to pump out the contents, therefore Rey had Bud stop his efforts to find a spill response company. To complicate matters, Hurricane Ivan is bearing down on Alabama which caused massive backups on the interstate. The tanker truck finally arrived to the site early this evening, only to discover that it could not handle concentrated sulfuric acid and it subsequently turned around and left the site. I received a panicked call from the client this evening insisting that we immediately help them find an emergency spill responder to deal with the situation tonight, as they had concern that the sulfuric could compromise the other tank or piping in the containment area thus causing the second tank to rupture and overspilling the containment area. I talked to Rey about the situation. He did not see compromising of the second tank as a likely scenario, however given the time of day there was no way to verify this with the process group. As such, I saw it prudent to follow up with Hyundai's request to try and get someone in tonight if possible. I contacted three firms to initiate the process of finding a tanker truck that could handle concentrated sulfuric. However by 10:30PM (before I had received confirmation back from any of the companies I called) Hyundai had located a spill response company and had ordered a tanker truck to the site. They reported to Rey and I that it would be on-site at approximately 3:30AM. Rey is going to return to the site at that time to oversee the pump out efforts. This acid will need to be trucked off site for disposal.

Hyundai has already made it be known that it is there position that all costs associated with this incident will be our responsibility. We have substantially completed the project, and they have taken beneficial occupancy of the facility. We are still completing punchlist items and also need to complete the performance test, so we had not reached final completion yet. Clearly the pipe failure was a warranty issue, but I don't know what associated costs are our responsibility (I don't have a copy of the contract at home). This is a contractual issue that we will need to be looked at ASAP. Jerry, I am out in the morning. Please take a look at the contract and engage legal as necessary. I also am not sure on what leverage (if any) we would have on backcharging either the supplier or the contractor.

That is the situation as it stands right now. I will keep everyone informed as I hear more.

**David Choate**
Engineering Manager
N.A. Water Systems
Municipal Design-Build Group
400 Professional Drive, Suite 380
Gaithersburg, MD 20879
Direct Phone: (301) 840-6716 Facsimile: (301) 948-9258
david.choate@veoliawater.com
www.veoliawatersystems.com

Confidentiality Note: This e-mail message and any attachments to it are intended only for the named recipients and may contain confidential information. If you are not one of the intended recipients, please do not duplicate or forward this e-mail message and immediately delete it from your computer.

N001_00290

**Kubrick, Ken**

| | |
|---|---|
| From: | Choate, David |
| Sent: | Wednesday, September 15, 2004 10:26 AM |
| To: | Krebs, Bud; Yendell, Craig; Stroud, Dave; Kubrick, Ken; Wolfe, Jerry; Six, Reynold |
| Cc: | Recinos, Scott; Kellar, Mike; Brown, Jim (HPD); Thery, Frederic; Mracna, Joseph; Cotter, Jeanne; Roth, Paul |
| Subject: | RE: Hyundai acid spill |

Importance: High

All-

I just talked to Rey Six again. He confirmed Bud's statement below that the glue joint failed on the outer flange of the bulkhead fitting for the tank level transducer. This flange was provided by the tank manufacturer (Augusta Fiberglass). The Supplier Corrective Action Report is attached.

Rey has also been forwarded a Triple I Environmental Incident form and the NAWS Safety Bulletin to fill out, however with the hurricane all of the roads are completely jammed and he can't get back to his hotel to download (we need him at the site to continue the cleanup effort and get the situation under control). We will distribute this form as soon as we can get it in Rey's hands to complete.


SCAR-AF001.doc

**David Choate**
Engineering Manager
N.A. Water Systems
Municipal Design-Build Group
400 Professional Drive, Suite 380
Gaithersburg, MD 20879
Direct Phone: (301) 840-6716 Facsimile: (301) 948-9258
david.choate@veoliawater.com
www.veoliawatersystems.com

Confidentiality Note: This e-mail message and any attachments to it are intended only for the named recipients and may contain confidential information. If you are not one of the intended recipients, please do not duplicate or forward this e-mail message and immediately delete it from your computer.

-----Original Message-----

| | |
|---|---|
| From: | Krebs, Bud |
| Sent: | Wednesday, September 15, 2004 8:40 AM |
| To: | Yendell, Craig; Stroud, Dave; Kubrick, Ken; Wolfe, Jerry; Choate, David; Six, Reynold |
| Cc: | Recinos, Scott; Kellar, Mike; Brown, Jim (HPD); Thery, Frederic |
| Subject: | RE: Hyundai acid spill |

I talked to Rey this morning and the truck to cleanup the acid arrived at the site last night about 3:30 AM. The containment was pumped out into the tanker and Rey flushed the containment. The tanker will be taken to a disposal site today about 8:30 AM. Rey indicated that the it appears that the glued joint failed. The pipe was intact and it appeared that it came out of the fitting. Rey will return to the site to continue to flush the containment.

The acid stripped some of the coating off of the containment and some paint off of the Ferric Chloride tank which is in the same containment. Level instrumentation is still working. If you have any questions or comments give me a call.

-----Original Message-----
From: Yendell, Craig
Sent: Wednesday, September 15, 2004 8:06 AM
To: Stroud, Dave; Kubrick, Ken; Wolfe, Jerry; Krebs, Bud; Choate, David; Six, Reynold
Cc: Recinos, Scott; Kellar, Mike; Brown, Jim (HPD); Thery, Frederic
Subject: RE: Hyundai acid spill

Dave Stroud and Ken, Please see Dave Choate's message below. Let's get our position together immediately, so that we can respond to Hyundai.

Dave Choate, Bud, Rey and Jerry, Please keep all of those copied on this message informed of the status of the cleanup.

Thanks,

Craig Yendell

-----Original Message-----
From: Choate, David
Sent: Tuesday, September 14, 2004 11:13 PM
To: Yendell, Craig
Cc: Recinos, Scott; Wolfe, Jerry; Kellar, Mike; Krebs, Bud; Six, Reynold
Subject: Hyundai acid spill
Importance: High

All-

I received word late this afternoon that a pipe spool attached to our sulfuric acid tank at the Hyundai site had ruptured as we were in the process of repairing a small leak, spilling the contents (approximately 5000 gallons) of sulfuric into the containment area. There were no injuries resulting from the incident. Rey Six was on site and the Hyundai environmental response team was immediately engaged. Rey contacted Bud Krebs, and Mike Kellar was also notified. Hyundai reported to Rey that they had a tanker en route to pump out the contents, therefore Rey had Bud stop his efforts to find an spill response company. To complicate matters, Hurricane Ivan is bearing down on Alabama which caused massive backups on the interstate. The tanker truck finally arrived to the site early this evening, only to discover that it could not handle concentrated sulfuric acid and it subsequently turned around and left the site. I received a panicked call from the client this evening insisting that we immediately help them find an emergency spill responder to deal with the situation tonight, as they had concern that the sulfuric could compromise the other tank or piping in the containment area thus causing the second tank to rupture and overspilling the containment area. I talked to Rey about the situation. He did not see compromising of the second tank as a likely scenario, however given the time of day there was no way to verify this with the process group. As such, I saw it prudent to follow up with Hyundai's request to try and get someone in tonight if possible. I contacted three firms to initiate the process of finding a tanker truck that could handle concentrated sulfuric. However by 10:30PM (before I had received confirmation back from any of the companies I called) Hyundai had located a spill response company and had ordered a tanker truck to the site. They reported to Rey and I that it would be on-site at approximately 3:30AM. Rey is going to return to the site at that time to oversee the pump out efforts. This acid will need to be trucked off site for disposal.

Hyundai has already made it be known that it is there position that all costs associated with this incident will be our responsibility. We have substantially completed the project, and they have taken beneficial occupancy of the facility. We are still completing punchlist items and also need to complete the performance test,

# SUPPLIER CORRECTIVE ACTION REQUEST

SCAR NO.: **AF001**

Completion Instructions: The supplier completes Section 2 (shaded) and returns SCAR form to the Construction Manager or Project Manager originating this report by **9/17/04** via email or fax.
(date)

## SECTION 1

| | | | |
|---|---|---|---|
| Project Name: | Hyundai Motor Manufacturing | Project No.: | 7041-01 |
| Supplier: | Agusta Fiberglass | Prepared By: | Jerry Wolfe |
| P.O. No.: | 7041-01-009 | Date: | 9/15/04 |
| Drawing/Rev.: | NA | Specification/Rev.: | Drwg SK-0316 Item Mark B |

### NONCONFORMANCE

Requirements: Provide CPVC Double Flange Bolted fitting for Sulfuric Acid Tank (Supplied with tank)

Deficiency: Glue joint failed at flange and fitting pulled apart at flange while in use.

### RECOMMENDED DISPOSITION/CORRECTIVE ACTION

☐ Rework*   ☒ Scrap   ☐ Use-As-Is   ☐ Repair*   ☐ Return to Supplier

Comments: Acid tank emptied into containment area. Damages from acid spill will be assessed.

☒ Other   New fitting required.   *Attach quote if field rework/repair recommended

Construction Manager: Jerry Wolfe, PM; Rey Six Onsite Start up Manager   Date: 9/15/04

## SECTION 2 — SUPPLIER DISPOSITION

☐ Return to supplier   ☐ Supplier to repair in field   ☐ Subcontractor to repair in field
(per quote provided by the CM)

☐ Other

Supplier Acknowledgement: _____   Date: _____

### CORRECTIVE ACTION

Describe why the issue occurred:

Cause: [SELECT CAUSE]   If other is selected explain: _____

List required corrective actions to resolve deficiency (include completion date for each action):

### CORRECTIVE ACTION / DISPOSITION APPROVAL

Supplier PM: _____   Date: _____
Supplier Quality Rep.: _____   Date: _____

## SECTION 3 — VERIFICATION & FOLLOW-UP

E&C PM: _____   Date: _____

Corrective Actions Complete Date: _____

Actions Completed:
  Satisfactory  ☐ Yes  ☐ No   QC: _____   Date: _____

Final Inspection/Close Out:
  Satisfactory  ☐ Yes  ☐ No   CM: _____   Date: _____

### COST OF POOR QUALITY (completed by E&C PM)

Back Charge ($): _____
Cost Impact ($): _____   Schedule Impact (days): _____

cc:  Supplier – Project Manager     E&C Buyer        Construction Manager
     E&C Project Manager            E&C VP Quality   Project File

SCAR-AF001   Revised 03/04