# TYLER EATON
### TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

```
1        IN THE UNITED STATES DISTRICT COURT
2            MIDDLE DISTRICT OF ALABAMA
3                 NORTHERN DIVISION
4
5     CIVIL ACTION NO. 2:06-CV-335-MEF
6
7     N.A. WATER SYSTEMS, LLC, as successor by
8     merger to USFILTER ENGINEERING &
9     CONSTRUCTION, INC.,
10              Plaintiff,
11    vs.
12    AUGUSTA FIBERGLASS COATINGS, INC.,
13    SNYDER INDUSTRIES, INC.,
14              Defendants.
15
16                  DEPOSITION
17                      OF
18                  JERRY WOLFE
19                August 30, 2006
20
21    REPORTED BY:  Eleanor S. Pickett
22                  Certified Shorthand Reporter
23                  and Notary Public
```

EXHIBIT 25

One Federal Place • Suite 1020 • 1819 Fifth Avenue North • Birmingham, Alabama 35203
(205) 252-9152 • Toll-Free (800) 458-6031 • Fax (205) 252-0196 • www.TylerEaton.com

**TYLER EATON**
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1 discovered -- if it had been empty and he
2 discovered that that was the problem, then
3 great.
4     Q.    What day did this event occur?
5     MS. ANDREEN:  Object to the
6 form.
7     Q.    This catastrophic event, I'm
8 sorry.  What day did this catastrophic
9 failure occur?
10     A.    I'm not sure if it was Tuesday
11 or Wednesday.
12     Q.    We have been produced -- what
13 are field operations notes?
14     A.    Excuse me?
15     Q.    What are field operation
16 reports?  What are those documents?
17     A.    This is Rey's -- he fills that
18 out every day supposedly of what he's done
19 that day and who's on site and what
20 happened and what is done and what is not
21 done.
22     Q.    Is that required of Mr. Six to
23 fill out these --

One Federal Place • Suite 1020 • 1819 Fifth Avenue North • Birmingham, Alabama 35203
(205) 252-9152 • Toll-Free (800) 458-6031 • Fax (205) 252-0196 • www.TylerEaton.com

TYLER EATON
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1    A.    Yes, he's supposed to send us
2  reports.  Now, sometimes he gets behind,
3  and we may get four reports in one e-mail.
4    Q.    Sure.  But whatever he does
5  every day should be documented somewhere?
6    A.    Sure.  That's what this is
7  supposed to do.
8    Q.    Okay.  And if he doesn't
9  document it, then he's not doing his job?
10   A.    (Witness nods head
11 affirmatively.)
12   Q.    Is that true?
13   A.    Yes.
14   Q.    We have been produced field
15 notes that go from September the 13th of
16 2004 -- field operation report from
17 September 13th, 2004, the day before, and
18 then there is a gap from September the
19 13th until September the 20th with no
20 field reports.  Can you explain that?
21   A.    I'd have to see what Rey was
22 doing.  He might --
23   Q.    That's when the failure

One Federal Place • Suite 1020 • 1819 Fifth Avenue North • Birmingham, Alabama 35203
(205) 252-9152 • Toll-Free (800) 458-6031 • Fax (205) 252-0196 • www.TylerEaton.com

TYLER EATON
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

```
 1   occurred.
 2        A.    Yeah, I know.  But there is a
 3   possibility that Rey wasn't the only
 4   person down there.  Why he wouldn't submit
 5   a report, I'm not sure.
 6        Q.    Well, I mean, it was your
 7   expectation that reports would be
 8   submitted --
 9        A.    Yeah --
10        Q.    -- particularly in light of
11   this catastrophic failure?
12        A.    Sure.  Sure.
13        Q.    And is it your belief that
14   they were submitted?
15        A.    They should have been.
16        Q.    Is it your belief that they
17   were?
18        A.    I'm not sure.
19        Q.    Do you recall --
20        A.    I mean, obviously --
21        Q.    Do you recall having read them
22   after this event occurred?
23        A.    I don't recall dates on them,
```

One Federal Place • Suite 1020 • 1819 Fifth Avenue North • Birmingham, Alabama 35203
(205) 252-9152 • Toll-Free (800) 458-6031 • Fax (205) 252-0196 • www.TylerEaton.com

TYLER EATON
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

```
 1  no.
 2        Q.    Well, how did you learn about
 3  this catastrophic failure?
 4        A.    Oh, I got phone calls.
 5        Q.    Did you go down to the plant?
 6        A.    I went to the plant, yes.
 7        Q.    Where were you when you got
 8  your call?
 9        A.    Like I said, you asked me
10  before what day it was, and I wasn't sure.
11  I don't know if --
12        Q.    Now I'm asking you where you
13  were.
14        A.    Where I was?
15        Q.    Physically located.
16        A.    I don't know.  I was in the
17  office or at home, one or the other.
18        Q.    You were back in Maryland?
19        A.    Yes.  This happened pretty
20  late at night.
21        Q.    All right.  When did you go to
22  Montgomery?
23        A.    I'd have to check my calendar.
```

One Federal Place • Suite 1020 • 1819 Fifth Avenue North • Birmingham, Alabama 35203
(205) 252-9152 • Toll-Free (800) 458-6031 • Fax (205) 252-0196 • www.TylerEaton.com

TYLER EATON
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1   I'm not sure.
2           MR. LEE:  Rhonda, do you have
3   any explanation for why these have not
4   been produced?
5           MS. ANDREEN:  No, Mark.  We
6   have produced all the documents our
7   clients made available to us and have been
8   responsive based on your request.
9           MR. LEE:  Well, apparently the
10  field reports are responsive.
11          MS. ANDREEN:  Oh, absolutely.
12  Absolutely, they are.  And we have
13  produced what we have been provided based
14  on the client's best review of their
15  documents and existing files.
16          MR. LEE:  Are you all making
17  the representation that there are no field
18  operation report for around the date of
19  the -- around the time of this
20  catastrophic event?
21          MS. ANDREEN:  As counsel, I'm
22  not making that representation.  We will
23  have the client recheck their files to see

One Federal Place • Suite 1020 • 1819 Fifth Avenue North • Birmingham, Alabama 35203
(205) 252-9152 • Toll-Free (800) 458-6031 • Fax (205) 252-0196 • www.TylerEaton.com

TYLER EATON
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1  if they can find anything else.  But as of
2  this day and as of the production, we had
3  not found -- the client had not located
4  any other reports.  If we find them, we
5  will certainly supplement our production
6  to you.
7           MR. LEE:  Will you make this
8  30(b)(5) and (6) witness available to be
9  deposed on that?
10          MS. ANDREEN:  If they exist,
11 we can revisit that.
12          MR. LEE:  I know we can
13 revisit it.  I'm asking you if you will
14 make him available.  We are visiting it
15 now.
16          MS. ANDREEN:  Can we take a
17 break?
18          MR. LEE:  Yeah.
19          MS. ANDREEN:  Off the record.
20          (Off-the-record discussion.)
21          (Whereupon, a break was had
22           from 4:20 p.m. until 4:27 p.m.)
23          MR. LEE:  We reserve the right

**TYLER EATON**
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

```
 1   to resume the Rule 30(b)(5) and (6)
 2   representative deposition upon the finding
 3   of additional documents that are
 4   responsive to our request.  And if y'all
 5   object, you object.  And we'll deal with
 6   it.
 7            MS. ANDREEN:  And we object at
 8   this point, and we'll reserve our right to
 9   deal with that issue if the documents are
10   located and if they have relevant
11   information that would warrant bringing
12   back a 30(b)(6) deponent.
13       Q.    What was the purpose that Jim
14   Stephens -- why on earth was he going down
15   there in the first place?
16       A.    You mean why was he going into
17   the containment area when he saw the leak?
18       Q.    Yeah, all suited up.
19       A.    He wanted to investigate where
20   the leak was coming from to see what it
21   would take to fix it.
22       Q.    Was he going to fix it?
23       A.    No.
```

TYLER EATON
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1   Q.   Before pumping it out?
2   A.   I don't think he was going to
3 fix it. I think he wanted to go see what
4 he had to do.
5   Q.   He was not trying to go down
6 there and take that transmitter off, was
7 he?
8   A.   I don't believe so.
9   Q.   Well, that wouldn't have been
10 too smart, would it?
11        MS. ANDREEN: Object to the
12 form.
13        THE DEPONENT: Yeah, I know.
14   Q.   Let's put it in proper legal
15 form.
16        Would it have been in
17 compliance with good construction practice
18 to go down and try to remove a transmitter
19 or a valve or transmitter from the bottom
20 of a five-thousand-gallon tank of sulfuric
21 acid that is leaking?
22   A.   No. And I don't think he
23 would do that when he saw -- you know, if

One Federal Place • Suite 1020 • 1819 Fifth Avenue North • Birmingham, Alabama 35203
(205) 252-9152 • Toll-Free (800) 458-6031 • Fax (205) 252-0196 • www.TylerEaton.com

TYLER EATON
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

```
 1              C E R T I F I C A T E
 2
 3
 4   STATE OF ALABAMA)
 5   JEFFERSON COUNTY)
 6
 7           I hereby certify that the
 8   above and foregoing deposition was taken
 9   down by me in stenotypy, and the questions
10   and answers thereto were reduced to
11   typewriting under my supervision, and that
12   the foregoing represents a true and
13   correct transcript of the deposition given
14   by said witness upon said hearing.
15           I further certify that I am
16   neither of counsel nor of kin to the
17   parties to the action, nor am I in anywise
18   interested in the result of said cause.
19
20
21
22              Elleanor S. Pickett
23              COMMISSIONER - NOTARY PUBLIC
```

One Federal Place • Suite 1020 • 1819 Fifth Avenue North • Birmingham, Alabama 35203
(205) 252-9152 • Toll-Free (800) 458-6031 • Fax (205) 252-0196 • www.TylerEaton.com