

*Redacted*

---

From: c.winningham@augustafiberglass.com [mailto:c.winningham@augustafiberglass.com]

Sent: Thursday, September 16, 2004 1:37 PM

To: Dana Janssen

Subject: Fw: PO# P-0418 Drawing 10568c Fitting B

Dana,

I would highly suggest that SII may want to get involved with this quickly and take a pro-active stance, and possibly send someone to Hyundai in Montgomery, AL since it is a failed glue joint that SII put together. US Filter and Hyundai are talking about back charges for environmental clean up, lost production, damages to nearby tanks, damage to dyke coating, etc.

Craig Winningham

Core-B Tanks

----- Original Message -----

From: c.winningham@augustafiberglass.com

To: Dana Janssen

Sent: Thursday, September 16, 2004 1:18 PM

Subject: PO# P-0418 Drawing 10568c Fitting B

**EXHIBIT 26**

N.A. Water Sys. v. Snyder Ind.
00198