

CORROSION AND CHEMICAL RESISTANT COATINGS FOR INDUSTRY

# Augusta Fiberglass
**Manufacturing Facility & Staging Area**

86 Lake Cynthia Rd.     Blackville, SC 29817     803-284-2246     TELEFAX-803-284-2309

September 24, 2004

Mr. Dana Janssen / Mike Spurrier
Snyder Industries
Lincoln, NE

**VIA FACSIMILE**

Subject:   **Damages at Hyundai**

Attached is a copy of the most recent letter concerning the damages at the Hyundai Plant. As you can see, the damages that they may claim are significant, and since it appears that your company's flange caused the damages, please put your insurance carrier on notice of the potential claim.

Sincerely,
AUGUSTA FIBERGLASS

Craig Winningham
Project Manager

Attachment: NA Water Systems Facsimile (3 pages)

EXHIBIT 27

N.A. Water Sys. v. Snyder Ind.
00227

SAND BLASTING — PAINTING — FLOOR TOPPING — FANS — AIR WASHERS — HOODS — SYSTEM DESIGNS