# AFC
## Augusta Fiberglass

CORROSION AND CHEMICAL RESISTANT COATINGS FOR INDUSTRY

Manufacturing Facility & Staging Area

86 Lake Cynthia Rd.   Blackville, SC 29817   803-284-2246   TELEFAX-803-284-2309



July 8, 2003

US FILTER E&C / AIRSIDE BUSINESS PARK
250 AIRSIDE DRIVE
MOON TOWNSHIP, PA 15108

FAXED 7/8/03

ATTENTION: PAUL J. ROTH

SUBJECT:   QUOTATION / PROJECT #7041-01-01
           AFC REF #7790(307-036)GM
           REF: HYUNDAI MOTOR MFG / MONTGOMERY, AL

Gentlemen:

AUGUSTA FIBERGLASS is pleased to furnish this quotation per your request.

DESCRIPTION OF QUOTE:   AFC'S QUOTATION IS CONDITIONED UPON THE
                        ATTACHED COMMERCIAL TERMS.

FABRICATION:   HAND LAY-UP PER NBS PS 15-69 AND/OR
               FILAMENT WOUND PER ASTM D 3299-88

DESCRIPTION OF WORK: ITEM #716

(1) FILAMENT WOUND FRP 10,000 GALLON TREATED EFFLUENT TANK 12' ID X 12' STRAIGHT SHELL HEIGHT WITH FLAT BOTTOM, OPEN TOP WITH FLANGE.

RESIN: ISOPHTHALIC OR EQUAL

THICKNESS*: SHELL @ .30", BOTTOM @ 5/16"

NOZZLES, ETC.:

2 – CARBON STEEL GALVANIZED LIFTING EYES
4 – CARBON STEEL GALVANIZED HOLD DOWN LUGS
1 – 3" FLANGED NOZZLE
1 – 4" FLANGED NOZZLE
1 – 12" FLANGED NOZZLE
1 – 30" SIDE MANWAY
1 – CARBON STEEL GALVANIZED TOP PLATFORM 3' X 12' WITH LADDER, HANDRAILS, GRATING, AND TOE RAIL

PRICE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . EACH $ 9591.00

SAND BLASTING — PAINTING — FLOOR TOPPING — FANS — AIR WASHERS — HOODS — SYSTEM DESIGNS

N001_00024



US FILTER
AFC REF #7790
PAGE TWO

DESCRIPTION OF WORK: ITEM #712

(1) FILAMENT WOUND FRP 5000 GALLON FERRIC SULFATE TANK 8'6" ID X 12'0" STRAIGHT SHELL HEIGHT WITH FLAT BOTTOM, DOME TOP.

RESIN: ISOPHTHALIC OR EQUAL

THICKNESS*: SHELL @ .30", BOTTOM @ 5/16", TOP @ 5/16"

NOZZLES, ETC.:

1 – CARBON STEEL GALVANIZED LADDER WITH CLIPS
2 – CARBON STEEL GALVANIZED LIFTING LUGS
4 – CARBON STEEL GALVANIZED HOLD DOWN LUGS
1 – 24" TOP BOLTED MANWAY
4 – 2" FLANGED NOZZLES
1 – 3" FLANGED NOZZLE
1 – 4" FLANGED NOZZLE

PRICE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . EACH $ 6124.00

*All thickness exceed standard design by 1/16"

FREIGHT for FRP (to Montgomery, AL) . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 1850.00

DESCRIPTION OF WORK: Sodium Hydroxide Tank # 711

One (1) 6000–gallon High Density Linear Polyethylene Tank, 102" O.D. x 178.5" Straight Shell Height (188" overall), flat bottom, dome top, designed for 1.9 Specific Gravity.

NOZZLES, ETC.:

1 – 2" PVC Double Flange Bolted Fitting (EPDM gasket & 316 Bolting) w/ Flange Adapter (pump suction)
1 – 3" PVC Double Flange Bolted Fitting (EPDM gasket & 316 Bolting) w/ Flange Adapter (level monitor)
1 – 2" PVC Double Flange Bolted Fitting (EPDM gasket & 316 Bolting) w/ Flange Adapter (level switch)
1 – 2" PVC Bulkhead Threaded Fitting (EPDM gasket) w/ Flange Adapter (fill)
1 – 18" O.D. Polyethylene Threaded Standard Top Manway
1 – 2" PVC Bulkhead Threaded Fitting (EPDM gasket) w/ Flange Adapter (level switch)
1 – 4" PVC Bulkhead Threaded Fitting (EPDM gasket) w/ Flange Adapter (vent)
1 – Painted Carbon Steel (OSHA) Ladder
4 – Molded-in Lifting Lugs (top mounted)

N001_00025



US FILTER
AFC REF #7790
PAGE THREE

4 – Molded-in Hold Down Lugs (top mounted)
1 – Seismic Cable Tie Down Assembly (110 MPH & Seismic Zone 4)
1 – Shop Hydrotest

Price (each) ............................................................................................. $ 8,150.00

DESCRIPTION OF WORK: Sulfuric Acid Tank # 713

One (1) 6000–gallon High Density Linear Polyethylene Tank, 102" O.D. x 178.5" Straight Shell Height (188" overall), flat bottom, dome top, designed for 1.9 Specific Gravity. Tank is made with #880046 Linear HDPE resin formulated for storage of 98% sulfuric acid at ambient temperature.

NOZZLES, ETC.:

1 – 2" CPVC Double Flange Bolted Fitting (Viton gasket & Hastelloy Bolting) w/
    Flange Adapter (pump suction)
1 – 3" CPVC Double Flange Bolted Fitting (Viton gasket & Hastelloy Bolting) w/
    Flange Adapter (level monitor)
1 – 2" CPVC Double Flange Bolted Fitting (Viton gasket & Hastelloy Bolting) w/
    Flange Adapter (level switch)
1 – 2" CPVC Bulkhead Threaded Fitting (Viton gasket) w/ Flange Adapter (fill)
1 – 18" O.D. Polyethylene Threaded Standard Top Manway
1 – 2" CPVC Bulkhead Threaded Fitting (Viton gasket) w/ Flange Adapter (level
    switch)
1 – 4" CPVC Bulkhead Threaded Fitting (Viton gasket) w/ Flange Adapter (vent)
1 – Painted Carbon Steel (OSHA) Ladder
4 – Molded-in Lifting Lugs (top mounted)
4 – Molded-in Hold Down Lugs (top mounted)
1 – Seismic Cable Tie Down Assembly (110 MPH & Seismic Zone 4)
1 – Shop Hydrotest

Price (each) ............................................................................................. $ 10,500.00

Estimated freight (poly) to Montgomery, AL is $ 1,300.00

**NOTES FOR FRP:**
1. All 18-8 stainless steel bolting and Buna N gaskets, etc. will be provided for the manways.
2. The tanks are designed for the following:
   Specific Gravity         1.0 for effluent, 1.5 for ferric sulfate
   Pressure                 Atmospheric
   Temperature              130°F effluent, 100°F ferric sulfate
   Wind Load                90 mph
   Seismic Zone             0



US FILTER
AFC REF #7790
PAGE FOUR

3. In lieu of O&M manuals, we will send our "Installation & Handling" brochure instead.
4. We estimate that the FRP tanks will come as five items. Item #716 ~2400 lbs., 13' wide X 13' high X 12' long (all nominal). Platform for #716 3' wide X 4' high X 12' 6" long (all nominal), ~1000 lbs. Ladder for #716 3'6" wide X 1' high, X 16' long (all nominal), ~300 lbs. Ladder for #712 3'6" wide X 1' high X 16' long (all nominal), ~300 lbs. Item #712 ~1650 lbs., 9'6" wide X 9'6" high X 13'9" long (all nominal.
5. Items discussed but NOT in our scope or pricing:
    Startup and training (5.0)
    Spare Parts (7.0)
    Field Services/Visits
6. AFC agrees to extend our standard warranty period, as in the terms and conditions attached, to 12 months after successful start-up or 18 months after shipment, whichever occurs first.

**HDPE Tank Notes, Exceptions or Clarifications:**
1. Tanks are designed for atmosphere pressure and ambient temperature per ASTM D1998.
2. It is unclear as t what Data Sheet Line 24 refers to concerning the pressure / vacuum relief. We provided a Flanged Vent only. Any pressure/vacuum relief device is not included in our scope. Polyethylene tanks are not designed for any positive or negative pressure.
3. Each data sheet (line 12) calls for XLPE. For the specified services we recommend using Linear HDPE at 1.9 SG design, with the specialized #880046 Linear being utilized for the sulfuric acid storage. We quoted using our recommendations.

TERMS OF PAYMENT:

90% INVOICED AS ITEMS ARE COMPLETED
1 ½% 10; Net 45 days from date of invoice.

10% RETAINAGE
Not to exceed 120 days from shipment.

A finance charge of 1 ½% per month (18% APR) will be assessed on any balance not paid within 30 days of the invoice date. If it is necessary to place the account into collection proceedings, purchaser shall be responsible for all collection costs including witness's and attorney's fees.

PRICE IS F.O.B. POINT OF SHIPMENT, NO FREIGHT OR TAXES INCLUDED, AND WILL BE FIRM FOR 90 DAYS.

DELIVERY:   2     weeks for approval drawings ARO
            5-6   weeks for shop fabrication ARAD

DELIVERY TO BE CONFIRMED AT TIME OF ORDER PLACEMENT.

Please call if delivery is not acceptable.



US FILTER
AFC REF #7790
PAGE FIVE

Please feel free to call if additional information is needed.

We are looking forward to working with you on this project and promise the finest in FRP craftsmanship and expertise.

                      Sincerely,

                      AUGUSTA FIBERGLASS

                      Gerald M. Meggs
                      Project Engineer

GM/jlg

PHONE: 412-809-6182
FAX:     412-209-6188
EMAIL:  RothP@usfilter.com

Cc:      P&R Products   724-927-2646

# AUGUSTA FIBERGLASS
## TERMS AND CONDITIONS

1. The prices quoted are expressly conditioned upon the terms and conditions in this document. The terms hereinafter stated supersede all other terms, understandings and customs inconsistent with this document.

    A. The prices quoted will be effective for a period of sixty (60) days from the date of this quotation. If Augusta Fiberglass (hereinafter "AFC") receives Purchaser's acceptance after the expiration date, the quoted prices, and such acceptance shall only be binding upon AFC by AFC's written confirmation of such prices.

    B. Prices for undelivered portions of continuing installment orders are subject to change whenever AFC's costs are affected by Federal or State legislation, changes in costs of raw materials and/or labor rates, together with applicable overhead for such costs.

2. AFC warrants that the goods provided shall be free of defects in our design, material and workmanship for a period of one year.

    THE WARRANTY SET FORTH ABOVE IS EXCLUSIVE AND IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED BY LAW OR TRADE USAGE. SELLER IS NOT LIABLE FOR DEFECTS OR DAMAGE DUE TO NEGLIGENCE (OTHER THAN THAT OF THE SELLER), ACCIDENT, ABUSE, IMPROPER INSTALLATION (OTHER THAT BY SELLER) IMPROPER OPERATION, OR MAINTENANCE, OR ABNORMAL CONDITIONS.

    SELLER SHALL NOT BE LIABLE FOR ANY INCIDENTAL OR CONSEQUENTIAL DAMAGES. SELLER'S WARRANTY LIABILITY IS LIMITED TO THE REPAIR OR REPLACEMENT OF THE GOODS AT THE SELLER'S DISCRETION. SELLER SHALL NOT BE RESPONSIBLE FOR COSTS IN EXCESS OF THE PURCHASE PRICE.

3. AFC shall not be responsible for errors, or defects in the work on account of plans, designs, specifications or drawings furnished by the Purchaser. AFC's quotation is based upon reliance in the accuracy of data supplied by Purchaser.

4. AFC will not recognize claims or make allowances for replacement of materials or correction of AFC's error unless AFC is given notice in writing of such defect at least 10 days prior to the Purchaser incurring any cost or expense on account thereof.

5. AFC shall not be considered in default in the performance of its obligations hereunder if such performance of its obligations is prevented or delayed by an Act of God, Outbreak of Hostilities, War, Revolution, Civil Commotion, Riot, Epidemic, Wind, Flood, Earthquake, any Law Order, Proclamation, Regulation, or Ordinance of any Government or subdivision of Government, delay in delivery of materials, delay of subcontractors, or any other cause, whether similar or different from those listed, which are beyond the reasonable control of the party affected.

6. All goods shall be subject to normal manufacturing variations of Seller and its raw materials supplies such as are recognized in the reinforced plastics industry.

7. In the event of a dispute arising from the manufacture, sale, delivery, or performance of a purchase order issued pursuant to the attached bid, jurisdiction and venue for such dispute is vested in the Court of Common Pleas, Barnwell County, South Carolina, and construed in accordance with the laws of the State of South Carolina.

8. Quotations and sales are F.O.B. Point of Shipment unless otherwise expressly stipulated.

N001_00029