

Airside Business Park
260 Airside Drive
Moon Township, PA 15108-2793
Phone 412-809-6000
FAX 412-809-6188

VENDOR:

AUGUSTA FIBERGLASS
HIGHWAY 3 SOUTH
RTE 2 BOX 138
BLACKVILLE, SC 29817
United States

| PURCHASE ORDER | | |
|---|---|---|
| PURCHASE ORDER NUMBER | REVISION | PAGE |
| 7041-01-013 | 0 | 1 |

This Purchase Order Number must appear on all order acknowledgements, packing lists, cartons, and correspondence.

SHIP TO: PLEASE CALL USFILTER FOR
SHIPPING INSTRUCTIONS
412-809-6000
United States

BILL TO: Accounts Payable Dept.
USF Engineering and Construction
Airside Business Park
260 Airside Drive
Moon Township, PA. 15108

| CUSTOMER ACCT NO | VENDOR NO | DATE OF ORDER/BUYER | REVISED DATE/BUYER |
|---|---|---|---|
| 1000061 | 1000081 | 25-AUG-00   ROTH, P | |
| PAYMENT TERMS | | SHIP VIA | F.O.B. |
| NET 30 | | | SHIPPING POINT |
| FREIGHT TERMS | | REQUESTOR/DELIVERY | CONFIRM TO/TELEPHONE |
| Prepaid | | Meny | GUESS, C    (803) 284-2246 |

SPECIAL NOTES PAGE

Gerald Meggs 803-284-2246 phone, 803-284-2309 fax
Bob Wittebort 724-927-9381 phone, 724-927-2646 fax

Please acknowledge receipt of this order by signing and returning one copy within seven days.

This order is in accordance with USFilter Specification 7041-01-008 and all documents included in our RFQ and August Fiberglass Proposal #7790(307-036)GM.

Please contact Karen Kubera at 412-809-6184 for delivery instructions 72 hours prior to shipment. Packing lists and bills of lading including weights and dimensions must be faxed to 412-809-6188 prior to shipment. Unscheduled deliveries may be refused at shipper's expense. All correspondence including order acknowledgements, document transmittals, shipping papers and invoices must reference USFilter PO 7041-01-013.

Please prepay freight charges and add to your material invoice including copies of all freight bills. Freight has been estimated at $1,300.00 for this order. USFilter will reimburse up to 110% of that estimate with proper supporting documentation.

Payment Terms:
  90% upon delivery at job site
  10% upon start-up not to exceed 180 days from shipment.
Payable Net 45 days from receipt of invoice.

The equipment purchased on this order is exempt from Alabama State Sales Tax as it will be resold to a third party. The Alabama Department of Revenue will accept USFilter's Pennsylvania Resale Certificate as this is

a drop ship arrangement.



DEFENDANT'S
EXHIBIT
17
Wolfe

ACKNOWLEDGEMENT



**USFilter**
Airside Business Park
250 Airside Drive
Moon Township, PA 15108-2793
Phone 412-809-6000
FAX   412-809-6188

## PURCHASE ORDER

| PURCHASE ORDER NUMBER | REVISION | PAGE |
|---|---|---|
| 7041-01-013 | 0 | 2 |

This Purchase Order Number must appear on all order acknowledgements, packing lists, cartons, and correspondence.

**SHIP TO:** PLEASE CALL USFILTER FOR SHIPPING INSTRUCTIONS
412-809-6000
United States

**BILL TO:** Accounts Payable Dept.
USF Engineering and Construction
Airside Business Park
250 Airside Drive
Moon Township, PA. 15108

**VENDOR:**
AUGUSTA FIBERGLASS
HIGHWAY 3 SOUTH
RTE 2 BOX 138
BLACKVILLE, SC 29817
United States

| CUSTOMER ACCT.NO | VENDOR NO | DATE OF ORDER/BUYER | REVISED DATE/BUYER |
|---|---|---|---|
| 1000061 | 1000001 | 25-AUG-03  ROTH, P | |

| PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|
| NET 30 | | SHIPPING POINT |

| FREIGHT TERMS | REQUESTOR/DELIVERY | CONFIRM TO/TELEPHONE |
|---|---|---|
| Prepaid | Many | GUESS, C.  (803) 284-2240 |

| ITEM | DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED | T |
|---|---|---|---|---|---|---|---|
| 1 | HDPE 5100 GAL 102" OD x 144" STRAIGHT SHELL HEIGHT (160.5" OVERALL) FLAT BOTTOM DOME TOP W/ FLANGES AND NOZZLES TAG T-711 SODIUM HYDROXIDE TANK<br><br>SHIP TO:<br>Address at top of page | 07-OCT-03<br>4-5wk ARAD am | 1.00 | EACH | 5100 | 5,100.00 | |
| 2 | 5100 GAL HDPE TANK 102" OD X 144' STRAIGHT SHELL HEIGHT (160.5" OVERALL) FLAT BOTTOM, DOME TOP TAG T-713 SULFURIC ACID TANK<br><br>SHIP TO:<br>Address at top of page | 07-OCT-03<br>4-5wk ARAD am | 1.00 | EACH | 7125 | 7,125.00 | N |
| 3 | FREIGHT TO DELIVER TO MONTGOMERY, AL<br>SHIP TO:<br>Address at top of page | 07-OCT-03<br>4-5wk ARAD am | 1.00 | EACH | 1300 | 1,300.00 | N |
| 4 | LOT OF SUBMITTAL DOCUMENTATION AS REQUIRED IN THE ATTACHED VENDOR DATA REQUIREMENTS DOCUMENT<br><br>SHIP TO:<br>AIRSIDE BUSINESS PARK<br>250 AIRSIDE DR<br>MOON TOWNSHIP, PA 15108<br>United States<br>DELIVER TO: ROTH, Mr. PAUL  J (1.00) | 06-SEP-03<br>12 am | 1.00 | EACH | 0 | 0.00 | N |
| | | | | | TOTAL | 13,525.00 | |

**NOTES: NO ORDER IS TO BE SHIPPED UNLESS AUTHORIZED FOR RELEASE BY BUYER**
1. Material Safety Data Sheets: One copy with delivery of order and one copy submitted with remittance invoice
2. This Purchase Order, along with all documents attached and incorporated herein by reference, constitutes the entire agreement between Supplier/Subcontractor and USFilter with respect to the subject matter hereof. No attempt to change the terms of this purchase order, whether by conflicting acknowledgement or otherwise, shall be binding upon USFilter unless accepted by an authorized official USFilter in writing. Completion by the date stipulated above is imperative.

Purchasing Authorized Signature     8/25/03
ROTH, P / Agent     Date Signed
Procurement/Equipment Buyer

Seller Acceptance Signature     9/5/03
Authorized Signature/Title     Date Signed

ACKNOWLEDGEMENT