

# ENVIRONMENTAL INCIDENT
## INJURY/ILLNESS/INJURY FREE EVENT

Triple I Form

### 1. INCIDENT

| | | | |
|---|---|---|---|
| Case No.: | | Facility Number: | |
| Incident Date/Time: | 9/14/04 1:00 PM | Facility Name: | Hyundai Motors Manufacturing America |
| Date Incident Reported: | 9/14/04 2:00 PM | Facility Location: | Montgomery Alabama |
| Incident Location: | Waste Water Treatment Plant | Business Unit: | VWS Field Service |

- ☐ Odor or Vapor
- ☐ Evacuation Required
- ☐ Emissions Air
- ☐ Emissions Water
- ☐ Emissions Soil
- ☐ Emissions Sewer

### 2. CHEMICAL / MATERIAL RELEASE

- ☒ Release / Overflow / Bypass / Spill
- ☒ Spill Contained

| | | | |
|---|---|---|---|
| Chemical Released (e.g. ferric chloride): | 93% Sulfuric Acid | Quantity: | 4500 |
| Other Product/Material Release (e.g. sewage): | N/A | Units: | Gallons ▼ |
| Clean-Up Contractor: | AMERICAN PLANT SERVICES, LLC 1-866-314-5702 | | |

### 3. PERMIT

| | |
|---|---|
| ☐ Permit Excursion | Permit Number: |
| ☐ Failure to Report Incident | Permit Name: |

### 4. PARAMETERS VIOLATED

| Parameters | | | No of Samples Analyzed: | |
|---|---|---|---|---|
| Violation Type | | ▼ | Analytical Results: | |
| Permit Limit | | Units: | ▼ | |

### 5. INCIDENT DETAILS

| | |
|---|---|
| What Occurred: | While attempting to remove the tank level transmitter from the shutoff valve, to install a temporary connection to pump out the Sulfuric Tank, the leaking flange blew off. |
| Root Cause: | Upon inspection after the containment was drained, it appears that a defective glue connection by the tank supplier was the root cause of the incident. |

### 6. CORRECTIVE ACTION

| | | | |
|---|---|---|---|
| Responsible Party: | Augusta Fiberglass (or one of their qualified representatives) | | |
| Target Completion Date: | September 20, 2004 | Actual Completion Date: | |
| Required Corrections: | Qualified vendor will re-install the flange adaptor piece on site under the direction of Rey Six. The qualified vendor also shall inspect both tanks in the contaiment area to verify that other flange connections are acceptable, and to check for damage to the tanks as a result of the acid discharge. The vendor shall certify (documented) the tanks upon completion of the inspection or recommend repair/replacement. | | |
| Responsible Party: | Rey Six Rey Six (VWS Field Service)   , Jerry Wolfe (VWS Project Management). | | |
| Target Completion Date: | September 20, 2004 | Actual Completion Date: | |

Triple I - Environmental
Rev. 09/04

Page 1 of 2

N001_00237



| Required Corrections: | VWS reprtative will be responsible to oversee that above required correction is properly completed.<br>An evaluation will be performed on the secondary containment coating and any equipment within the secondary containment. |
|---|---|

### 7. VWS NOTIFICATION

| Person Contacted: | Bud Krebs, Jerry Wolfe, Mike Kellar | | |
|---|---|---|---|
| Title: | FS Manager, Project Manager, Safety | Date: | 9/14/04 |
| Comment: | Bud and Jerry were notified of the incident by Rey Six. Bud Krebs notified Mike Kellar | | |

### 8. SIGNATURES

| Probability of Re-Occurrence: | ☐Medium  ☒Low  ☐High | | |
|---|---|---|---|
| Supervisor: | | Supervisor Review Date: | |
| Local PM: | | Local PM Review Date: | |
| Incident Investigator: | | Incident Review Date: | |
| Other Participants: | | | |

### 9. AGENCY NOTIFICATION

| Agency Notified: | | | |
|---|---|---|---|
| Person Contacted: | | Date: | |
| Comment: | | | |

### 10. AGENCY ACTION

| Agency Action: | | Date: | |
|---|---|---|---|
| Comment: | | | |

