# BALL, BALL, MATTHEWS & NOVAK, P.A.
### ATTORNEYS AT LAW
### EST. 1891

| | | |
|---|---|---|
| RICHARD A. BALL, JR.<br>TABOR R. NOVAK, JR.<br>CLYDE C. OWEN, JR.<br>C. WINSTON SHEEHAN, JR.<br>WILLIAM H. BRITTAIN II<br>E. HAMILTON WILSON, JR.<br>RICHARD E. BROUGHTON<br>T. COWIN KNOWLES<br>GERALD C. SWANN, JR.<br>MARK T. DAVIS<br>JAMES A. RIVES<br>ALLISON ALFORD INGRAM | 2000 INTERSTATE PARK DRIVE, SUITE 204<br>MONTGOMERY, ALABAMA 36109-5413<br>POST OFFICE BOX 2148<br>MONTGOMERY, ALABAMA 36102-2148<br>TELEPHONE (334) 387-7680<br>TELEFAX (334) 387-3222<br><br>EMAIL: FIRM@BALL-BALL.COM<br>WRITER'S EMAIL: CCOWEN@BALL-BALL.COM | N. GUNTER GUY, JR.<br>B. SAXON MAIN<br>EMILY C. MARKS<br>W. EVANS BRITTAIN<br>FRED B. MATTHEWS<br>WILLIAM D. MONTGOMERY, JR.*<br>JASON R. WATKINS<br>W. CHRISTOPHER WALLER, JR.<br>E. BRYAN PAUL<br><br>*ALSO ADMITTED TO PRACTICE IN FLORIDA<br><br>ONE TIMBER WAY, SUITE 200<br>DAPHNE, ALABAMA 36527<br>TELEPHONE (251) 621-7680<br>TELEFAX (251) 621-7681 |

August 4, 2006

Ms. Rhonda C. Andreen
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue, N.
Birmingham, AL 35203


EXHIBIT M

Ms. Dorothy A. Powell
Parsons, Lee & Juliano, P. C.
300 Protective Center
2801 Highway 280 South
Birmingham, AL 35223-2480

COPY

    Re:    N.A. Water Systems, LLC, *etc.* v. Augusta Fiberglass Coatings, Inc., *et al.*
           U. S. District Court, Middle District of Ala., Case No. 2:06-CV-335-MEF

Dear Rhonda and Dorothy:

Enclosed herewith please find the signed Responses of Augusta Fiberglass Coatings to N. A. Water Systems' Interrogatories, and Augusta's Objections. I do not think we withheld any information in reliance on the objections. I have Augusta's documents, and when they have been numbered, will provide each of you with copies. I hope to conclude that task early next week.

Augusta's Responses to N. A. Water Systems' Interrogatories provides substantially all of the information sought in Snyder's Interrogatories, and I expect to have the executed responses to those in hand by this time next week.

I also think it would be worthwhile if we had a short conference call to work out a schedule for taking the depositions of the party representatives. I told Rhonda that Augusta wants to stand on its right to have the venue of its representatives' depositions in South Carolina, and I understand that to be Snyder's position as well (not South Carolina, but its home base). In light of this, perhaps we could try to schedule these in a back-to-back fashion, allowing for necessary intervening travel days. That looks like it would take the better part of a week.

                                  Sincerely yours,

                                  Jack Owen

Encl.

cc:    Ms. Angela R. Rogers (w/ Encl.)