EXHIBIT N

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| N.A. WATER SYSTEMS, LLC, as successor by merger to USFILTER ENGINEERING & CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> V. <br><br> AUGUSTA FIBERGLASS COATINGS, INC. and SNYDER INDUSTRIES, INC., <br><br> Defendants. | CIVIL ACTION NO.: 2:06-CV-335-MEF |

**DEFENDANT AUGUSTA FIBERGLASS COATINGS, INC.'S SUPPLEMENTAL OBJECTIONS TO PLAINTIFF'S SECOND AMENDED NOTICE TO TAKE DEPOSITION OF 30(b)(6) REPRESENTATIVE AND 30(b)(5) DOCUMENT REQUEST**

Defendant Augusta Fiberglass Coatings, Inc. (hereinafter "AFC") supplements its August 29, 2006, objections to elements of the Plaintiff's Amended Notice to Take the Deposition of 30(b)(6) Representative of Augusta Fiberglass Coatings, Inc., and 30(b)(5) Document Request, dated August 25, 2006, by adding the following:

    4.    Specifically, Augusta objects to all numbered items of the Plaintiff's Rule 30(b)(5) Request for Production requesting production of: all documents and other items, however defined or described, that relate to AFC's manufacturing and/or business practices and/or to the "Project," as that term is defined in the Plaintiff's Request for Production, except for those items that relate to the "Tank," as that term is defined in the Plaintiff's Request for Production, and to the spill incident made the basis of the plaintiff's Complaint.

As grounds, AFC asserts that the above-requested items of testimony and documents are not within the scope of the issues raised by the Plaintiff's Complaint, are irrelevant, and testimony and production of the requested documents is not reasonably calculated to lead to the discovery of admissible evidence.

As further grounds, AFC asserts paragraphs 1 through 4 of its Objections to Plaintiff's First Request for Production, dated August 9, 2006.

JACK OWEN  (ASB-4805-N66C)
Attorney for Defendant
Augusta Fiberglass Coatings, Inc.

OF COUNSEL:

BALL, BALL, MATTHEWS & NOVAK, P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148
(334) 387-7680
(334) 387-3222 (Fax)
Email: ccowen@ball-ball.com

2

## CERTIFICATE OF SERVICE

I certify that the foregoing document has been served upon the following email and by placing copy of same in the United States Mail, first class postage prepaid and properly addressed this date:

September 9, 2006.

_____
OF COUNSEL

E. Mabry Rogers, Esq.
Rhonda C. Andreen, Esq.
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue, N.
Birmingham, AL 35203
Email:  mrogers@bradleyarant.com
        randreen@bradleyarant.com

Dorothy A. Powell, Esq.
Parsons, Lee & Juliano, P. C.
300 Protective Center
2801 Highway 280 South
Birmingham, AL 35223-2480
Email: dpowell@pljpc.com