**Jack Owen**

EXHIBIT

| | |
|---|---|
| **From:** | "Rogers, E. Mabry" <mrogers@bradleyarant.com> |
| **To:** | <ccowen@ball-ball.com> |
| **Cc:** | <dpowell@plipc.com>; "Andreen, Rhonda C." <randreen@bradleyarant.com>; "Smith, Becky" <BSmith@bradleyarant.com> |
| **Sent:** | Friday, September 01, 2006 3:10 PM |
| **Subject:** | Water Systems vs. Augusta and Snyder |

Dear Jack:

In reply to your Objection to the Second Amended Deposition Notice of Augusta's 30 b 6 representative, dated August 29, please let me know if we can meet and confer about your objections today.

The items objected to in your Paragraph 1 is relevant, and at least likely to lead to relevant evidence regarding the tank which failed and caused a catastrophic loss of sulfuric acid. The tank had an Augusta nameplate on it, and it is governed by an Augusta submittal regarding, among other things, Augusta's testing program. The tank is also subject to the terms and conditions of the contract between Augusta and Water Systems, which calls for quality control and quality assurance by Augusta as to the 5 tank systems purchased.

The items objected to in your Paragraph 2 are relevant, if I understand the objection, for the reasons set forth in the preceding paragraph. Even if Augusta applied different and inconsistent standards (quality, testing, or any other standard) to the tanks it supplied, that fact too is relevant, or likely to lead to relevant evidence.

The items objected to in your Paragraph 3 are relevant. Moreover, you have waived any privilege that might have applied. No privilege applies to such communications. Moreover, your cover letter of August 4 affirmatively represents that your client withheld no documents of any kind based on any objections. It now appears that your client withheld documents but planned not to disclose the withholding of relevant evidence.

I will call you at 4 pm today to discuss your objections.


E. Mabry Rogers
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
emr@bradleyarant.com
www.bradleyarant.com
Phone: (205) 521-8225
Fax: (205) 521-8800

9/1/2006