## Jack Owen

**From:** "Rogers, E. Mabry" <mrogers@bradleyarant.com>
**To:** "Rogers, E. Mabry" <mrogers@bradleyarant.com>; "Jack Owen" <ccowen@ball-ball.com>
**Cc:** "Andreen, Rhonda C." <randreen@bradleyarant.com>; "Smith, Becky" <BSmith@bradleyarant.com>
**Sent:** Friday, September 01, 2006 4:09 PM
**Subject:** RE: Water Systems vs. Augusta and Snyder

I left word with the receptionist just now, asking that you return my call.

---

**From:** Rogers, E. Mabry
**Sent:** Friday, September 01, 2006 4:01 PM
**To:** 'Jack Owen'
**Cc:** Andreen, Rhonda C.; Smith, Becky
**Subject:** RE: Water Systems vs. Augusta and Snyder

EXHIBIT Q

Thank you for the prompt reply.

I'd like to discuss this at 4 today; is that agreeable?

As to your last paragraph, I cannot recall any conversations with you yesterday that anything other than cordial. Please remind me of the accusatory tone which was directed to you by me (or anyone) during the Oltman deposition.

As to the facts, I hope you can illuminate me during the meet and confer, but here is what I understand:
1. on August 29, you objected to "documents exchanged between AFC and its insurance carrier related to the incident..."
2. In a letter dated August 4, you stated "I do not think we withheld any information in reliance on the objections."
3. I am unaware of a privilege log you filed on behalf of Augusta; indeed, based on 2, I assumed that the lack of a privilege log was because of the position stated in 2.
4. Because I thought AFC had called on its carrier, notwithstanding 2 and 3, I added the inquiry to the 30 b 5 document request and 30 b 6 notice, in light of the disclosure of insurance coverage made by Augusta on June 15, 2006.

In that regard, will you send the American International Specialty lines policy available, as contemplated by the Federal Rules? I do not believe we have a copy.

---

**From:** Jack Owen [mailto:ccowen@ball-ball.com]
**Sent:** Friday, September 01, 2006 3:31 PM
**To:** Rogers, E. Mabry
**Subject:** Re: Water Systems vs. Augusta and Snyder

I will review your position with my client and advise.

The comments of the last paragraph of your letter assume misconduct on my part, and appear to be a continuation of the accusatory tone that developed during the Oltman deposition. I will respond appropriately and will appreciate your withholding judgment until you are a bit better informed of the facts related to the responses I made on behalf of my client. None of this is necesasary to a resolution of disagreements on such matters.

9/1/2006