

**Bradley Arant**
BRADLEY ARANT ROSE & WHITE LLP

ONE FEDERAL PLACE
1819 FIFTH AVENUE NORTH
BIRMINGHAM, AL 35203-2119
205.521.8000   FAX 205.521.8800
WWW.BRADLEYARANT.COM

Rhonda Caviedes Andreen

Direct Dial: (205) 521-8683
Direct Fax: (205) 488-6683
randreen@bradleyarant.com

August 16, 2006

EXHIBIT S

**VIA FACSIMILE AND U.S. MAIL**

Dorothy A. Powell, Esq.
Parsons, Lee & Juliano, P.C.
Post Office Box 530630
Birmingham, AL 35253-0630

    Re:   *N.A. Water Systems, LLC v. Augusta Fiberglass Coatings, Inc., et al.*

Dear Dorothy:

    We are in receipt of Snyder Industries, Inc.'s Amended 30(b)(5) & (6) Notice to take the deposition of N.A. Water Systems, LLC's ("Water Systems") representative. Pursuant to the Amended Notice and our prior agreement, we will make available in Birmingham, Alabama, the individual who we think will be able to testify as to the items set forth in the Amended Notice.

    In the event, additional individuals are required to be deposed in response to Snyder's 30(b)(5) & (6), Water Systems reserves its right to have future depositions in other venues more convenient to the deponent(s). We also reserve the right to object to bringing anyone to testify, if Augusta Fiberglass continues to refuse to bring a deponent to Alabama

    Should you have any questions or comments, please do not hesitate to contact me.

                        Very truly yours,

                        Rhonda Caviedes Andreen

RRCA/rfa

cc:   E. Mabry Rogers, Esq.
       Jack Owen, Esq.

1/1481706.1  BIRMINGHAM    CHARLOTTE    HUNTSVILLE    JACKSON    MONTGOMERY    WASHINGTON, DC