# BALL, BALL, MATTHEWS & NOVAK, P.A.
## ATTORNEYS AT LAW
### EST. 1891

RICHARD A. BALL, JR.
TABOR R. NOVAK, JR.
CLYDE C. OWEN, JR.
C. WINSTON SHEEHAN, JR.
WILLIAM H. BRITTAIN II
E. HAMILTON WILSON, JR.
RICHARD E. BROUGHTON
T. COWIN KNOWLES
GERALD C. SWANN, JR.
MARK T. DAVIS
JAMES A. RIVES
ALLISON ALFORD INGRAM

2000 INTERSTATE PARK DRIVE, SUITE 204
MONTGOMERY, ALABAMA 36109-5413
POST OFFICE BOX 2148
MONTGOMERY, ALABAMA 36102-2148
TELEPHONE (334) 387-7680
TELEFAX (334) 387-3222

EMAIL: FIRM@BALL-BALL.COM

WRITER'S EMAIL: CCOWEN@BALL-BALL.COM

N. GUNTER GUY, JR.
B. SAXON MAIN
EMILY C. MARKS
W. EVANS BRITTAIN
FRED B. MATTHEWS
WILLIAM D. MONTGOMERY, JR.*
JASON R. WATKINS
W. CHRISTOPHER WALLER, JR.
E. BRYAN PAUL

*ALSO ADMITTED TO PRACTICE IN FLORIDA

ONE TIMBER WAY, SUITE 200
DAPHNE, ALABAMA 36527
TELEPHONE (251) 621-7680
TELEFAX (251) 621-7681

August 16, 2006

Via Fax (205) 521-8683


EXHIBIT T

Ms. Rhonda C. Andreen
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue, N.
Birmingham, AL 35203

Re: N.A. Water Systems, LLC, etc. v. Augusta Fiberglass Coatings, Inc., et al.
U. S. District Court, Middle District of Ala., Case No. 2:06-CV-335-MEF

Dear Rhonda:

I have received the copy of your fax letter of today to Dorothy Powell regarding the depositions. With respect to reserving the right to object to bringing anyone (from N. A. Water Systems) to testify, if Augusta Fiberglass continues to refuse to bring a deponent to Alabama, I must point out that N.A. Water Systems is the plaintiff in this action, and selected the forum. I believe that Salter v. Upjohn Company, 593 F.2d 649 (5th Cir. 1979), is still the law of the Eleventh Circuit on the venue for depositions of defendant corporate representatives. As yet Augusta Fiberglass has not objected to the venue for the N. A. Water Systems (and Snyder) Rule 30 depositions in Birmingham, out of the Middle District of Alabama, as a gesture of cooperation. I know of no authority justifying a corporate plaintiff's refusal to produce a Rule 30 witness for deposition in the selected forum, but remain open to enlightenment.

Sincerely yours,

Jack Owen

cc: Ms. Dorothy A. Powell