IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISIONS



EXHIBIT
V

| | |
|---|---|
| N.A. WATER SYSTEMS, LLC, as successor by merger to USFILTER ENGINEERING & CONSTRUCTION, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>AUGUSTA FIBERGLASS COATINGS, INC., SNYDER INDUSTRIES, INC.,<br><br>    Defendants. | CIVIL ACTION NUMBER: 2:06-CV-325-MEF |

## NOTICE OF DEPOSITION OF CRAIG WINNINGHAM

Please take notice that pursuant to Federal Rules of Civil Procedure 30(b)(5) and (6), on the date and at the time and place indicated below, the Plaintiff, N.A. Water Systems, LLC, will take the deposition upon oral examination of the person named. The deposition will be taken for purposes of discovery or for use as evidence in this action pursuant to the Federal Rules of Civil Procedures. The deposition will be taken before a court reporter and/or some other officer authorized by law to administer oaths. The deposition will continue from hour to hour and day to day until completed pursuant to the Federal Rules of Civil Procedure. You are invited to attend the deposition and examine the witness as you see fit.

**DEPONENT(S):** Craig Winningham
**DATE:** Thursday, August 31, 2006 (or thereafter on September 1, 2006)
**TIME:** After 30(b)(6) of Augusta
**PLACE:** Augusta Fiberglass
86 Lake Cynthia Road
Blackville, SC 29817

Or as an alternative:

Winton Inn
8273 Marlboro Avenue
Barnwell, SC 29812

Respectfully submitted,

_____
Attorney for N.A. Water Systems, LLC

OF COUNSEL:
BRADLEY ARANT ROSE & WHITE LLP
E. Mabry Rogers, Esq. (ROG005)
Rhonda Caviedes Andreen (CAV008)
Angela R. Rogers (RAI 017)
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing NOTICE OF DEPOSITION OF CRAIG WINNINGHAM on:

Jack Owen
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148
(334) 387-7680
(334) 387-3222 (Fax)
Email: ccowen@ball-ball.com

Dorothy A. Powell, Esq.
Parsons, Lee & Juliano, P. C.
300 Protective Center
2801 Highway 280 South
Birmingham, AL 35223-2480
Email: dpowell@pljpc.com

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing addresses, on this 24th day of August, 2006.

_____
OF COUNSEL