# BALL, BALL, MATTHEWS & NOVAK, P.A.
### ATTORNEYS AT LAW
### EST. 1891

RICHARD A. BALL, JR.
TABOR R. NOVAK, JR.
CLYDE C. OWEN, JR.
C. WINSTON SHEEHAN, JR.
WILLIAM H. BRITTAIN II
E. HAMILTON WILSON, JR.
RICHARD E. BROUGHTON
T. COWIN KNOWLES
GERALD C. SWANN, JR.
MARK T. DAVIS
JAMES A. RIVES
ALLISON ALFORD INGRAM

2000 INTERSTATE PARK DRIVE, SUITE 204
MONTGOMERY, ALABAMA 36109-5413
POST OFFICE BOX 2148
MONTGOMERY, ALABAMA 36102-2148
TELEPHONE (334) 387-7680
TELEFAX (334) 387-3222

EMAIL: FIRM@BALL-BALL.COM

WRITER'S EMAIL: CCOWEN@BALL-BALL.COM

N. GUNTER GUY, JR.
B. SAXON MAIN
EMILY C. MARKS
FRED B. MATTHEWS
W. EVANS BRITTAIN
WILLIAM D. MONTGOMERY, JR.*
W. CHRISTOPHER WALLER, JR.
E. BRYAN PAUL

*ALSO ADMITTED TO PRACTICE IN FLORIDA

ONE TIMBER WAY, SUITE 200
DAPHNE, ALABAMA 36527
TELEPHONE (251) 621-7680
TELEFAX (251) 621-7681

August 25, 2006

Mr. E. Mabry Rogers
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue, N.
Birmingham, AL 35203





Re: N.A. Water Systems, LLC, etc. v. Augusta Fiberglass Coatings, Inc., et al.
U. S. District Court, Middle District of Ala., Case No. 2:06-CV-335-MEF

Dear Mabry:

This acknowledges receipt of your August 24, 2006, letter and Amended Deposition Notice for Augusta Fiberglass Coatings, Inc., and the Deposition Notice for Craig Winningham. I understand by virtue of the email of last evening, that the intent was to name September 14 and 15, 2006 for the depositions of the AFC representative and Mr. Winningham. We will proceed on the basis of that understanding.

Augusta Fiberglass Coatings has facilities sufficient to accommodate parties for purposes of this deposition, and will make those available beginning September 14, 2006 at 10:00 a.m. in accordance with your Notice.

Should you desire any assistance in securing a court reporter from the Barnwell area, please let me know and I am sure that we can help in that respect.

Sincerely yours,

Jack Owen

cc: Ms. Dorothy A. Powell