

EXHIBIT Y

Welcome, **Clyde** Sign in/Sign out          My Itineraries   My Account   Customer Support

**Getting Started**
**Find a Map**
**Get Driving Directions**
**My Maps & Routes**

Travel Resources
- LOW FARES from Augusta
  - $285 to Atlanta
  - $527 to Las Vegas
  - $411 to Chicago
  - $553 to San Francisco
- HOTELS in Blackville
  Choose a different city
- CAR RENTALS in Augusta
- GUIDE Travel Information

## Search Results

**From:** Augusta, Georgia, United States
**To:** 86 Lake Cynthia Rd, Blackville, SC, 29817-4126

Print this route    Save this route    E-mail this route



| Directions | Distance | Time |
|---|---|---|
| **Start:** Depart Start on US-25 Bus [SR-4] (South) | < 0.1 | < 1min |
| **1:** Turn LEFT (East) onto US-25 Bus [Broad St] | 1.2 | 0:04 |
| **2:** Road name changes to SR-28 [Broad St] | 5.2 | 0:07 |

http://www.expedia.com/pub/agent.dll                                              9/15/2006



You have been invited to share your opinions in a brief online survey.

Are you willing to participate and are you over the age of 18?

Yes
No

| Entering South Carolina | | |
|---|---|---|
| 3: Keep STRAIGHT onto US-278 [SR-28] | 21.7 | 0:27 |
| 4: Turn LEFT (North-East) onto SR-781 | 3.6 | 0:06 |
| 5: Keep STRAIGHT onto US-78 [Charleston Hwy] | 12.7 | 0:16 |
| 6: Turn RIGHT (South) onto SR-3 [Solomon Blatt Ave] | 1.4 | 0:02 |
| 7: Bear LEFT (South) onto Lake Cynthia Rd | 0.1 | 0:01 |
| End: Arrive End | < 0.1 | < 1min |
| Total Route | 45.9 mi | 1 hr 2 mins |

See a list of hotels in Blackville

Select an option

Save to My Maps & Routes

Reverse this route

Search for a new route

Maps and routes on Expedia.com use data from many sources, and from time to time, errors may appear. Expedia.con intends any offense to users. If you find an error, please send us Feedback.

© 2006 Microsoft Corporation and/or its suppliers. All rights reserved.
© 2000 Navigation Technologies. All rights reserved.
© Copyright 2000 by Compusearch Micromarketing Data and Systems Ltd. All rights reserved.
© 2000 Geographic Data Technology, Inc. All rights reserved.

QUESTIONS?

Maps FAQ's

Need help with Maps?

about Expedia.com | press room | investor relations | Expedia, Inc. terms of use | updated privacy policy | become an affiliate | advertisir
home | flights | hotels | cars | cruises | site map

Expedia, Inc. is not responsible for content on external Web sites. ©2006 Expedia, Inc. All rights reserved.
Photos: Getty Images, Corbis

Plus sign (+) means taxes and fees are additional.

http://www.expedia.com/pub/agent.dll                                    9/15/2006