Results **1-10** of about **1,280** for **hotels** near Augusta, GA

EXHIBIT 2

A. **Country Inn & Suites**
3 9th St, Augusta, GA
(706) 774-1400 - 0.4 mi N

B. **Days Inn**
906 Molly Pond Rd, Augusta, GA
(706) 722-4545 - 3 reviews - 2.3 mi SW

C. **Partridge Inn**
2110 Walton Way, Augusta, GA
(706) 737-8888 - 17 reviews - 2.6 mi W

D. **Days Inn**
3654 Wheeler Rd, Augusta, GA
(706) 868-8610 - 1 review - 7.4 mi W

E. **Days Inn**
3026 Washington Rd, Augusta, GA
(706) 738-0131 - 1 review - 5.7 mi NW

F. **Radisson Riverfront Hotel Augusta**
2 10th St, Augusta, GA
(706) 722-8900 - 4 reviews - 0.5 mi NW

G. **Super 8 Motel**
2137 Gordon Hwy, Augusta, GA
(706) 738-5018 - 2 reviews - 5.9 mi W

H. **Courtyard by Marriott: Augusta**
1045 Stevens Creek Rd, Martinez, GA
(706) 737-3737 - 6 reviews - 5.3 mi NW

I. **Ramada Plaza Hotel**
640 Broad St, Augusta, GA
(706) 722-5541 - 2 reviews - 0.1 mi NE

J. **Wingate Inn**
2123 Noland Connector, Augusta, GA
(706) 729-1616 - 6.6 mi W

