EXHIBIT

AA

*The Partridge Inn*
The Grand Hotel of the Classic South

RESERVATIONS
ACCOMMODATIONS
SPECIALS & PACKAGES
DINING & NIGHTLIFE
MEETINGS
WEDDINGS

OUR GUIDE TO AUGUSTA

HOME   AMENITIES   CALENDAR OF EVENTS   LOCATION   CONTACT US

## ACCOMMODATIONS

### Maintaining A Standard Of Excellence For Augusta Accommodations

A hotel is, first and foremost, lodging. And at **The Partridge Inn**, we excel at providing you with world-class living quarters. Upon arrival at our full-service, newly refurbished hotel, you'll discover why more than a century's worth of travelers has made us the preferred choice of Augusta accommodations. Here, a deep sense of history and tradition endures amid warm woods, breezy walkways, overstuffed sofas and loveseats, and covered outdoor verandahs. Delight in a tranquil ambiance that -- while just minutes from the excitement of downtown -- transports you to the gentler rhythms of the Old South. A truly unique address for business travelers and vacationers alike, these time-honored Georgia accommodations include:

### CHECK AVAILABILITY

| Checkin Date | SEP | 15 | 2006 |
| Nights | 1 | 1 | 0 |

GO





**145 refined guest rooms,**

featuring modern comforts such as voicemail, high-speed Internet access, coffeemakers, and hairdryers

**Studios and suites,** providing additional living space, upgraded amenities, and balconies or porches

Click here for more about the Features & Services at this Augusta Georgia Lodging Choice.

## Exquisite, Newly Renovated Augusta Georgia Accommodations

At our classic Augusta inn, we believe a hotel should feel like your home - complete with the unique and distinctive qualities that define its character. When you visit The Partridge Inn, you can select from 145 elegant guest rooms, no two of which seem alike. Some are singles while others are studios or suites. Some have kitchens, and others feature balconies or porches. One even has a patio. But each offers all the pleasures of home – as well as voicemail, complimentary high-speed wireless Internet access, coffeemakers, and hairdryers. An artful blend of style, elegance, and comfort, these refined Augusta Georgia accommodations include:



- Complimentary high-speed Internet access
- One King or two Queen beds
- Connecting rooms, which can be created into suites
- Period-style furnishings, including overstuffed sofas and loveseats
- Balcony or porch, for peaceful and relaxing moments
- Large sitting area, for families and groups of friends
- Kitchen, with a host of appliances
- Health spa amenities, in your bathroom
- Coffeemaker
- Two-line cordless phone, with voicemail and data ports
- Iron and ironing board
- Spacious, well-lit work area
- Daily maid service

Click here for our Augusta Georgia Vacation Packages & Getaway Deals.

Celebrate the splendor of the Old South at The Partridge Inn - a full-service hotel that has defined excellence in Augusta since 1892. Nestled in the heart

*Moonlight & Romance*

The Perfect Package for a honeymoon, anniversary, birthday, or any special time.   **Learn more...**

**E-MAIL EXCLUSIVES**

Enter your e-mail address below and be the first to hear about Partridge Inn exclusives!

Enter E-Mail Address

**SUBMIT**

Privacy Policy

**The Partridge Inn**
2110 Walton Way, Augusta, Georgia 30904
1-800-476-6888
Local: (706) 737-8888, Fax: (706) 731-0826

**Have a Question?**
Email us: info@partridgeinn.com

**Sales and Reservations**
(706) 262-1111, salesadmin@partridgeinn.com

of the historic Summerville district, this newly renovated landmark features luxurious accommodations, elegant event venues, and more than a quarter mile of verandahs and balconies wrapping around the hotel. Book your reservations at our classic Augusta inn online today for our exclusive rates.

Reservations | Accommodations | Specials & Packages | Amenities | Dining & Nightlife | Local Attractions
Calendar of Events | Meetings | Weddings | Location | Contact Us | Home

The Partridge Inn, 2110 Walton Way, Augusta, Georgia 30904 | 1-800-476-6888
Copyright © 2006 The Partridge Inn, All Rights Reserved. | Privacy Policy

Site Powered by TIG Global

Augusta Lodging, Georgia Inns, GA Accommodations & Southern Holiday Travel - The Partridge Inn



HOME   AMENITIES   CALENDAR OF EVENTS   LOCATION   CONTACT US

## AMENITIES

### The Ideal Augusta Lodging Choice For Business Travelers And Vacationers

An alluring blend of rich tradition and modern comfort, **The Partridge Inn** offers you distinctive Augusta Georgia lodging. This newly renovated luxury hotel provides business and leisure travelers with a relaxing sanctuary that will inspire and rejuvenate. Enjoy an invigorating workout in our modern fitness room. Begin your morning with a refreshing swim in our secluded outdoor pool, or stroll through our exquisite network of outdoor verandahs. But no matter how you spend your day, an enchanting evening of cocktails, hors d'oeuvres, and backgammon in our rooftop lounge is not to be missed. Some of the features available at our full-service Augusta lodging destination include:

### The Partridge Inn

*The Grand Hotel of the Classic South*

RESERVATIONS
ACCOMMODATIONS
SPECIALS & PACKAGES
DINING & NIGHTLIFE
MEETINGS
WEDDINGS

OUR GUIDE TO AUGUSTA

### CHECK AVAILABILITY

| SEP | 15 | 2006 |
| 1 | 1 | 0 |

GO



