- **More than 5,000 square feet of meeting space,** accommodating up to 250, offering the greatest variety of function rooms in the region
- **Business center,** offering computers and secretarial, fax, printing, and copying services
- **The Verandah Grill,** offering three sumptuous meals daily, our award-winning Sunday brunch, and Augusta's popular bar and lounge
- **Bamboo Room,** serving martinis and live jazz
- **Secluded courtyard pool,** where you can lounge and unwind
- **Modern exercise facility,** with state-of-the-art cardio and weightlifting equipment
- **More than a quarter-mile of verandahs and balconies,** outside of the guest rooms, wrapping around the hotel

Click here for Facilities & Services at our Augusta Wedding Site.

## A Service-Rich Choice For Augusta Georgia Lodging

Upon arrival, you'll discover immediately why The Partridge Inn is centuries apart from standard Georgia accommodations. Conventional hotels are so overloaded with the ordinary -- average meals, indifferent service, uninspired settings - that excellent service is actually considered a novel idea. But at our prestigious Augusta Georgia inn, we've maintained an unrivaled standard of brilliance since 1892. From our dedicated concierge to our attentive maid and room service, we display a refreshing commitment to your comfort -- a grand tradition honed by more than a century of premier southern hospitality. Featuring the finest in Georgia lodging, our comprehensive services include:



- Dedicated concierge, to recommend local attractions, arrange historic tours, and obtain theater and concert tickets
- Complimentary high-speed Internet access, in all guest rooms and suites
- Expert event planners and catering, helping you create memorable conferences and social affairs
- Complimentary airport shuttle, for added convenience
- Maid service, provided daily
- Laundry / valet, to help you look your best
- Room service, bringing our renowned dining choices to your doorstep



*Moonlight & Romance*

The Perfect Package for a honeymoon, anniversary, birthday, or any special time. **Learn more...**

### E-MAIL EXCLUSIVES

Enter your e-mail address below and be the first to hear about Partridge Inn exclusives!

Enter E-Mail Address

**SUBMIT**

Privacy Policy

**The Partridge Inn**
2110 Walton Way, Augusta, Georgia 30904
1-800-476-6888
Local: (706) 737-8888, Fax: (706) 731-0826

**Have a Question?**
Email us: info@partridgeinn.com

**Sales and Reservations**
(706) 262-1111, salesadmin@partridgeinn.com

Click here for more about our Augusta Georgia Conference Facilities & Meeting Services.

Celebrate the splendor of the Old South at The Partridge Inn - a full-service hotel that has defined excellence in Augusta since 1892. Nestled in the heart of the historic Summerville district, this newly renovated landmark features luxurious accommodations, elegant event venues, and more than a quarter mile of verandahs and balconies wrapping around the hotel. Book your Augusta lodging and accommodations online today for our exclusive rates.

Reservations | Accommodations | Specials & Packages | Amenities | Dining & Nightlife | Local Attractions
Calendar of Events | Meetings | Weddings | Location | Contact Us | Home

The Partridge Inn, 2110 Walton Way, Augusta, Georgia 30904 | 1-800-476-6888
Copyright © 2006 The Partridge Inn, All Rights Reserved. | Privacy Policy

Site Powered by **TIG Global**