

Results **1-10** of about **4,665** for **hotels** near Aiken, SC

**EXHIBIT BB**

- A. **Hotel Aiken**
  235 Richland Ave W, Aiken, SC
  (803) 648-4265 - 6 reviews - 0.1 mi NW

- B. **Willcox Inn**
  100 Colleton Ave SW, Aiken, SC
  (803) 648-1898 - 4 reviews - 0.3 mi S

- C. **Days Inn-Downtown**
  1204 Richland Ave W, Aiken, SC
  (803) 649-5524 - 1 review - 1.0 mi NW

- D. **Ramada Limited**
  1850 Richland Ave E, Aiken, SC
  (803) 648-6821 - 1.6 mi E

- E. **Holiday Inn Express**
  155 Colony Pkwy, Aiken, SC
  (803) 648-0999 - 1 review - 1.7 mi S

- F. **Fairfield Inn & Suites**
  185 Colony Pkwy, Aiken, SC
  (803) 648-7808 - 3 reviews - 1.7 mi S

- G. **Hojo Inn by Howard Johnson**
  1936 Whiskey Rd, Aiken, SC
  (803) 649-5000 - 2 reviews - 2.7 mi S

- H. **Econo Lodge**
  3560 Richland Ave W, Aiken, SC
  (803) 649-3968 - 2.8 mi W

- I. **Houndslake Guest House**
  897 Houndslake Dr, Aiken, SC
  (803) 648-9535 - 2.8 mi SW

- J. **Trinity Lutheran Home**
  213 Laurens St NW, Aiken, SC
  (803) 643-4200 - 0.3 mi N



©2006 Google - Map data ©2006 NAVTEQ™ - Terms of Use