






**Comfort & Luxury at Affordable Price**

- Home
- Amenities
- Breakfast Bar
- Executive Room
- Guest Rooms
- Rates & Contact
- Real Estate

### Amenities

The Guest House is a comfortable and luxurious 34-room lodge with golf course views located in the heart of Houndslake Country Club.

When you stay at The Guest House, membership privileges to Houndslake Country Club are extended to you for the duration of your visit. Privileges include use of:

- 27-hole championship golf course
- Variety of dining options, including a formal dining room that serves breakfast, lunch and dinner
- Various size meeting rooms at Houndslake Country Club
- Tennis Courts
- Olympic Size Pool

Amenities within The Guest House include:

- Complimentary Continental Breakfast
- Executive Meeting Room
- Massage Therapy Room
- Free Wireless Internet

PLEASE NOTE: No Denim is allowed at Houndslake Country Club.

**Secluded • Quiet • Fine Dining • Golf • Water Sports • Tennis**

Copyright 2002-2005 The Guest House at Houndslake/7th Street Media





**Comfort & Luxury at Affordable Price**



- Home
- Amenities
- Breakfast Bar
- Executive Room
- ▶ Guest Rooms
- Rates & Contact
- Real Estate

### Guest Rooms

Whether you are planning a golf outing, a family gathering or a business meeting, you and your friends will appreciate the elegance and convenience of the unique Guest House at Houndslake.

The Guest House provides 34 luxuriously appointed rooms with all the amenities of a five-star facility. Each guest room features a relaxing view of the golf course, original artwork, individual temperature control, remote controlled television, and telephones in both bedroom and bath.

As a guest, you receive privileges to use all the Club's amenities.

**Secluded • Quiet • Fine Dining • Golf • Water Sports • Tennis**

Copyright 2002-2005 The Guest House at Houndslake/7th Street Media

   

**Comfort & Luxury at Affordable Price**

- Home
- Amenities
- Breakfast Bar
- Executive Room
- Guest Rooms
- ▶ Rates & Contact
- Real Estate

## Contact Us

The Guest House at Houndslake  
897 Houndslake Drive  
Aiken, SC 29803  
Local: 803-648-9535  
Toll-free: 1-800-735-4587  
Fax: 1-803-641-4584  
Email: Reservations@houndslake.net

## Rates

The Guesthouse at Houndslake offers five distinct room layouts specially designed to appeal to your personal taste. The Executive Studio and the Double Studio rooms come with a comfortable sitting area and game table. The Four Poster Queen features a handsome four-poster mahogany queen size bed.

| Room Type | Room Rate |
|---|---|
| Guest House Double (2 double beds) | $85.00 |
| Double Studio (2 double beds) | $95.00 |
| Executive Studio (1 king bed) | $95.00 |
| Guest House King (1 king bed) | $85.00 |
| Four Poster Queen (1 queen bed) | $95.00 |

Corporate and group rates are available. With twenty confirmed guest room reservations, the Executive Meeting Room (23' x 36' is available to your group at no extra charge. The Executive Room, adjacent to the lobby, is an ideal meeting or hospitality room.

**Secluded • Quiet • Fine Dining • Golf • Water Sports • Tennis**

Copyright 2002-2005 The Guest House at Houndslake/7th Street Media

http://www.houndslakeguesthouse.com/rates.html          9/15/2006