

**EXHIBIT DD**

Welcome, *Clyde* Sign in/Sign out                        My Itineraries   My Account   Customer Support

Getting Started
Find a Map
**Get Driving Directions** ▶
My Maps & Routes

## Search Results

**From:** 897 Houndslake Dr, Aiken, SC, 29803-5921
**To:** 86 Lake Cynthia Rd, Blackville, SC, 29817-4126

**Print this route**     **Save this route**     **E-mail this route**

**Travel Resources**
LOW FARES
from Augusta
$285 to Atlanta
$527 to Las Vegas
$411 to Chicago
$553 to San Francisco

HOTELS
in Blackville
Choose a different city

CAR RENTALS
in Augusta

GUIDE
Travel Information



| Directions | Distance | Time |
|---|---|---|
| **Start:** Depart Start on Houndslake Dr SW (North-West) | 0.5 | 0:01 |
| **1:** Turn RIGHT (East) onto SR-118 [Hitchcock Pkwy] | 1.1 | 0:02 |
| **2:** Keep STRAIGHT onto SR-302 [Pine Log Rd] | 0.4 | 0:01 |

http://www.expedia.com/pub/agent.dll                                                9/15/2006

Take This INFLUENTIAL Survey

| | | |
|---|---|---|
| 3: Keep STRAIGHT onto SR-302 [E Pine Log Rd] | 2.6 | 0:04 |
| 4: Bear LEFT (North) onto SR-302 | 0.4 | 0:01 |
| 5: Turn RIGHT (East) onto US-78 [SR-302] | 15.8 | 0:18 |
| 6: Keep STRAIGHT to stay on US-78 [Charleston Hwy] | 12.7 | 0:16 |
| 7: Turn RIGHT (South) onto SR-3 [Solomon Blatt Ave] | 1.4 | 0:02 |
| 8: Bear LEFT (South) onto Lake Cynthia Rd | 0.1 | 0:01 |
| End: Arrive End | < 0.1 | < 1 min |
| **Total Route** | **34.8 mi** | **46 mins** |

→ See a list of hotels in Blackville

**Select an option**

→ Save to My Maps & Routes

→ Reverse this route

→ Search for a new route

Maps and routes on Expedia.com use data from many sources, and from time to time, errors may appear. Expedia.com intends any offense to users. If you find an error, please send us Feedback.

© 2006 Microsoft Corporation and/or its suppliers. All rights reserved.
© 2000 Navigation Technologies. All rights reserved.
© Copyright 2000 by Compusearch Micromarketing Data and Systems Ltd. All rights reserved.
© 2000 Geographic Data Technology, Inc. All rights reserved.

QUESTIONS?

? Maps FAQ's

? Need help with Maps?

Expedia, Inc. is not responsible for content on external Web sites. ©2006 Expedia, Inc. All rights reserved.
Photos: Getty Images, Corbis

Plus sign (+) means taxes and fees are additional.

http://www.expedia.com/pub/agent.dll     9/15/2006