**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 2, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Alice Newell, etc. vs. Dr. Brian Chadwick, et al.N.A. Water Systems, LLC v. Augusta Fiberglass Coatings, Inc. et al**

**Case Number:   2:06-cv-00335-MEF**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents previously attached by E-Filer to include the correct electronic signatures.**

**The correct PDF documents are attached to this notice for your review.   Reference is made to docket entries  # 20 & # 21   filed on   September 29, 2006.**