IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| N.A. WATER SYSTEMS, LLC, as successor by merger to USFILTER ENGINEERING & CONSTRUCTION INC., <br><br>    Plaintiff, <br><br>vs. <br><br>AUGUSTA FIBERGLASS COATINGS, INC., SNYDER INDUSTRIES, INC. <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>CIVIL ACTION NO.: 2:06-CV-335-MEF/SRW |

**N.A. WATER SYSTEMS' MOTION TO FILE REPLY BRIEF TO
DEFENDANT SNYDER'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL**

Plaintiff, N.A. Water Systems, LLC ("Plaintiff" or "Water Systems"), seeks permission to file a Reply Brief to Defendant Snyder Industries, Inc.'s Response to Plaintiff's Motion to Compel (Doc. 16) filed herein on September 25, 2006. A copy of the proposed reply brief is attached as **Exhibit SR-1** to this Motion. As grounds therefore, Plaintiff shows as follows:

1.    According to the Report of Parties' Planning Meeting (Doc. 5 herein), Plaintiff sought trial during the January 29, 2007 trial term, but the defendants would not agree. Nevertheless, the parties agreed to complete fact witness depositions by October 15, 2006. (Doc. 5, Item 3.f.) This schedule was not changed by the Court's Uniform Scheduling Order (Document 6 herein); indeed, it was specifically adopted in Section 13, to the extent not in conflict with the Order.

2. Plaintiff has been guided by the discovery cut-off agreed to by the parties. Insofar as Plaintiff can determine, no party has proposed any change to that date, although the discovery dispute may, of necessity, require a change to the date.

3. There are misstatements of fact, as well as a misapprehension of the law, in Snyder's response, which can be briefly addressed in a Reply Brief.

4. This Motion and attached Reply Brief are filed within four days of having received Snyder's response, and it is not offered for purposes of delay, but instead to illuminate the issues for the Court.

WHEREFORE, Plaintiff moves this Court for permission to file the attached Reply Brief.

Dated this 29th day of September, 2006.

Respectfully submitted,

/s/ E. Mabry Rogers
E. Mabry Rogers (ROG005)
Lawyer for N.A. Water Systems, LLC

OF COUNSEL:
Rhonda Caviedes Andreen (CAV008)
Angela R. Rogers (RAI 017)
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Ave. N
Birmingham, AL 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this date served the foregoing N.A. WATER SYSTEMS' MOTION TO FILE REPLY BRIEF TO DEFENDANT SNYDER'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL on the following parties:

      Jack Owen
      Ball, Ball, Matthews & Novak, P.A.
      Post Office Box 2148
      Montgomery, Alabama 36102-2148
      (334) 387-7680
      (334) 387-3222 (Fax)
      Email: ccowen@ball-ball.com

      Dorothy A. Powell, Esq.
      Parsons, Lee & Juliano, P. C.
      300 Protective Center
      2801 Highway 280 South
      Birmingham, AL 35223-2480
      Email: dpowell@pljpc.com

by electronic filing and by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing addresses, on this 29th day of September, 2006.

                                            /s/ E. Mabry Rogers
                                              OF COUNSEL