

**Bradley Arant**

BRADLEY ARANT ROSE & WHITE LLP

ONE FEDERAL PLACE
1819 FIFTH AVENUE NORTH
BIRMINGHAM, AL 35203-2119
205.521.8000  FAX 205.521.8800
WWW.BRADLEYARANT.COM

Rhonda C. Andreen

Direct Dial: (205) 521-8683
Direct Fax: (205) 521-8800
randreen@bradleyarant.com

September 28, 2006

**VIA FACSIMILE and U.S. MAIL**

Dorothy A. Powell, Esq.
Parsons, Lee & Juliano, P.C.
Post Office Box 530630
Birmingham, AL 35253-0630

Re:   *N.A. Water Systems v. Augusta Fiberglass, et al.*

Dear Dorothy:

We are in receipt of the documents produced by Snyder on September 20th. In Snyder's Response to N.A. Water Systems, LLC's motion to compel, you state certain documents have been produced. I have tried to match the documents produced on September 20th to Snyder's Response to Water Systems' motion to compel, but I have been unable to locate certain documents in the production which you state have been produced. By way of example, would you please confirm whether the Inspection Guidelines referenced in Snyder's deposition at pages 111-12 and 136-37 are the same as the Quality Inspection Criteria Manual, Bates labeled 00312 through 00371, produced by Snyder on September 20th? We would like to acknowledge those specific documents Snyder has produced. Will you please assist us in doing so by identifying by document number those documents that Snyder states it has produced in its Response?

By the way, with regard to your statements to the Court on page 20 of Snyder's Response regarding the above-referenced Inspection Guidelines, we are unaware of any evidence referred to by Snyder that the Snyder Guidelines for Use and Installation or the Quality Inspection Criteria (which we believe was also produced as being response to the request you were responding to on page 20 of Snyder's Response) were shipped with the sulfuric acid tank and have been in Water Systems' possession since the date it received the tank. If such evidence exists in Snyder's deposition or otherwise, would you please point it out to us?

Should you have any questions or comments regarding this request, please let me know.

Very truly yours,

*Rhonda C. Andreen*

Rhonda C. Andreen

RRCA/rfa
cc:   E. Mabry Rogers, Esq.

1/1496179.1   BIRMINGHAM   CHARLOTTE   HUNTSVILLE   JACKSON   MONTGOMERY   WASHINGTON DC

**EXHIBIT A**