## Dorothy Powell

| | |
|---|---|
| From: | Dorothy Powell |
| Sent: | Friday, September 29, 2006 2:45 PM |
| To: | Andreen, Rhonda C. |
| Subject: | 0138-00001 N.A. Watersystems, LLC, v. Snyder Industries : |
| AssocURL: | http://EXCH2k/public/Client%20Profiles/CPSQL/Matter%20Info/5550/Messages/{310533E0-FAC5-4509-AF28-D1F44496831D}.eml |
| CaseSK: | 5550 |
| DatabaseName: | CPSQL |
| lblNumAttach: | 0 |
| Matter: | 0138-00001 |
| MatterStyle: | 0138-00001 N.A. Watersystems, LLC, v. Snyder Industries |
| MessageGUID: | {97726260-E20E-485A-A56A-D8CA47F40EDC} |
| MsgHeaderID: | <46704021DEA1EB41ACC9381AFF625E5E04A530@exch2k.pljpc.com> |
| OriginalDate: | None |
| ProfileName: | CPSQL |
| Style: | N.A. Watersystems, LLC, v. Snyder Industries |

I have your letter of September 28th. I have a brief due with the Alabama Supreme Court that I need to get filed, and will call you or respond early next week. I anticipate some of the problem in determining what documents are responsive to each request are that what has been referred to as the "shop packet" includes documents that are called for in other requests.

I will talk to you next week.

Dorothy

10/2/2006

EXHIBIT "B"