IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| N.A. WATER SYSTEMS, LLC, as successor by merger to USFILTER ENGINEERING & CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AUGUSTA FIBERGLASS COATINGS, INC., SNYDER INDUSTRIES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) CIVIL ACTION NO.: 2:06-CV-335-MEF ) ) ) ) ) ) |

**JOINT MOTION TO SUSPEND THE SCHEDULING ORDER**

Come now the parties and jointly move for the Court to suspend the current Case Management Order. For grounds therefor, the parties would set forth and assign the following:

1. For that through the first round of discovery, the parties have agreed in principle to a resolution of the case.

2. Due to the complexity of the issues involved, details of the settlement have not been resolved as of this date.

3. It is the good faith expectation of all the parties that a resolution will be reached. However, in the event details cannot be resolved, the parties would need an additional 60 days to adequately prepare the case for trial.

4. The parties will report back to the Court on or before February 16, 2007 as to the status of resolution. It is the expectation of the parties that whether or not the case can be resolved will be known by this date.

5. The parties, or one or more of them, may need to petition the Court for an Order seeking entry upon and examination of land, and that motion or petition may be filed prior to the report date of February 16. Such a motion or petition will not be in derogation of this Joint Motion but in furtherance of the resolution date of February 16.

6. In the event resolution has been accomplished, an appropriate stipulation of dismissal will be sent to the Court. In the event resolution is not reached, the parties will petition the Court for an extension of up to 60 days to obtain litigation milestones including the trial setting.

**WHEREFORE, PREMISES CONSIDERED,** the parties respectfully move the Court to suspend the current Case Management Order.

\s\Rhonda C. Andreen
Attorney for Plaintiff

OF COUNSEL:
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama   35203
(205) 521-8225

\s\Jack Owen
Attorney for Augusta Fiberglass

OF COUNSEL:
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, AL 36102-2148
(334) 387-7680

2

        \s\Mark W. Lee

        \s\Dorothy A. Powell

        Attorneys for Snyder Industries

OF COUNSEL:
Parsons, Lee & Juliano, P.C.
P. O. Box 530630
Birmingham, AL 35253-0630
(205) 326-6600