IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| N.A. WATER SYSTEMS, LLC, as successor by merger to USFilter Engineering & Construction, Inc., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:06-cv-335-MEF |
| AUGUSTA FIBERGLASS COATINGS, INC., *et al.,* | ) ) ) ) | |
| Defendants. | ) | |

# **O R D E R**

This cause is before the Court on the parties' Joint Motion to Suspend the Scheduling Order (Doc. # 26), filed January 18, 2007. Upon consideration, it is hereby ORDERED that:

1. The motion is GRANTED IN PART and DENIED IN PART.

2. The dispositive motions deadline is continued to February 16, 2007.

3. The motion is DENIED in all other respects.

4. The parties shall notify the Court immediately if they reach settlement.

DONE this the 23rd day of January, 2007.

                                       /s/ Mark E. Fuller
                             CHIEF UNITED STATES DISTRICT JUDGE