IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| N.A. WATER SYSTEMS, LLC, ) | |
| as successor by merger to ) | |
| USFILTER ENGINEERING & ) | |
| CONSTRUCTION, INC., ) | |
| ) | |
| Plaintiff , ) | CIVIL ACTION NO.: 2:06-CV-335-MEF |
| ) | |
| V. ) | |
| ) | |
| AUGUSTA FIBERGLASS COATINGS, ) | |
| INC. and SNYDER INDUSTRIES, INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT AUGUSTA FIBERGLASS COATINGS, INC.'S
MOTION TO AMEND ORDER**

Defendant Augusta Fiberglass Coatings, Inc. (hereinafter "AFC") moves the Court to amend its Order (Doc. 27), granting in part, and denying in part, the parties' Joint Motion to Suspend the Scheduling Order (Doc. 26) so as to grant additional relief.

The additional relief sought by this Motion is a deferral of the deadlines for disclosure of witnesses to give opinion and expert testimony pursuant to Rules 701, *et seq.*, F.R.Ev., for two (2) weeks, from the current deadlines stated in Section 8 of the Uniform Scheduling Order (Doc. 6) of January 26, 2007 (for plaintiff) and February 26, 2007 (for defendants), to new deadlines of February 9, 2007 and March 13, 2007, respectively.

As grounds, AFC submits the following:

1.  The parties have reached agreement on principal terms for settlement of all issues raised in the above styled action. The parties have continued efforts to resolve

certain disputes regarding the language of a settlement agreement and release, but there remains disagreement on at least one issue which requires additional time.

2.   The current deadline for the plaintiff's disclosure of Rule 701, *et seq.* witnesses (tomorrow) jeopardizes the potential for resolution of the remaining issues between the parties regarding the terms of the settlement agreement.

3.   It is consistent with the interests of justice, and in particular with the promotion of settlement of controversies by agreement, that the parties be granted relief from the Rule 701, *et seq.* deadlines identified above, as sought by this Motion.

4.   No party will be prejudiced by the relief sought herein, nor would such relief substantially affect the administration of this case or the Court's calendar.  Conversely, denial of the relief sought herein may cause unnecessary waste of judicial resources, in the nature of time and personnel devoted to a pretrial conference and trial, which is likely to be avoided by the relief sought.

In light of the foregoing, Augusta Fiberglass Coatings, Inc. moves the Court to amend its Order of January 23, 2007 (Doc. 27) by directing that the parties' Rule 701, *et seq.* disclosures be made by the later deadlines stated above.

/s/  Jack Owen
JACK OWEN   (ASB-4805-N66C)
Attorney for Defendant
Augusta Fiberglass Coatings, Inc.

OF COUNSEL:

BALL, BALL, MATTHEWS & NOVAK, P.A.
Post Office Box 2148
Montgomery, Alabama  36102-2148
(334) 387-7680
(334) 387-3222 (Fax)
Email: ccowen@ball-ball.com

2

CERTIFICATE OF SERVICE

      I hereby certify that on January 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

                                                /s/ Jack Owen
                                                OF COUNSEL

E. Mabry Rogers, Esq.
Rhonda C. Andreen, Esq.
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue, N.
Birmingham, AL 35203
Email: rcaviedes@bradleyarant.com
       mrogers@bradleyarant.com

Mark W. Lee, Esq.
Dorothy A. Powell, Esq.
Parsons, Lee & Juliano, P. C.
300 Protective Center
2801 Highway 280 South
Birmingham, AL 35223-2480
Email: dpowell@pljpc.com
       mlee@pljpc.com