IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| N.A. WATER SYSTEMS, LLC, as successor by merger to USFilter Engineering & Construction, Inc., ) ) ) ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-335-MEF |
| ) | |
| AUGUSTA FIBERGLASS COATINGS, INC., *et al.,* ) ) ) | |
| Defendants. ) | |

## **O R D E R**

This cause is before the Court on Defendant Augusta Fiberglass Coatings, Inc.'s Motion to Amend Order (Doc. # 28), filed January 25, 2007. In its motion, Defendant seeks an extension of the deadlines for disclosure of witnesses to give opinion and expert testimony for two weeks from the current deadlines. Upon consideration, it is ORDERED that:

1. Defendant's motion is GRANTED.

2. Plaintiff's disclosures and reports are due not later than February 9, 2007.

3. Defendants' disclosures and reports are due not later than March 13, 2007.

DONE this the 26th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE