IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| N.A. WATER SYSTEMS, LLC,  ) | |
| as successor by merger to  ) | |
| USFILTER ENGINEERING &  ) | |
| CONSTRUCTION, INC.,  ) | |
|  ) | |
| Plaintiff,  ) | CIVIL ACTION NO.: 2:06-CV-335-MEF |
|  ) | |
| V.  ) | |
|  ) | |
| AUGUSTA FIBERGLASS COATINGS,  ) | |
| INC. and SNYDER INDUSTRIES, INC.,  ) | |
|  ) | |
| Defendants.  ) | |

**DEFENDANT AUGUSTA FIBERGLASS COATINGS, INC.'S
MOTION TO AMEND ORDER**

Defendant Augusta Fiberglass Coatings, Inc. (hereinafter "AFC") moves the Court to amend its Order of February 16, 2007 (Doc. 30), directing the parties to file a Stipulation of Dismissal on or before March 9, 2007.

By this Motion, AFC seeks an amendment to said Order extending the filing deadline by two (2) weeks, to not later than March 23, 2007.

As grounds, AFC submits the following:

1.  The parties have reached agreement on all terms for settlement of all issues raised in the above styled action. The parties have executed Settlement Agreements, and defendant Snyder Industries has delivered funds required of it to consummate the settlements agreed upon. Defendant AFC, through no fault of its own, has not yet had funds delivered, which are required of it by the terms of the Settlement Agreement with plaintiff N. A. Water Systems.

2. The delay in delivery of funds on behalf of defendant AFC is attributable to administrative issues within the organization responsible to provide the agreed settlement funds on behalf of AFC.

3. Counsel for plaintiff N. A. Water Systems and defendant Snyder Industries do not object to the Court's granting of the relief requested herein.

In light of the foregoing, Augusta Fiberglass Coatings, Inc. moves the Court to amend its Order of February 16, 2007 (Doc. 30) by directing that the parties file a Stipulation of Dismissal by not later than March 23, 2007.

/s/ Jack Owen
JACK OWEN   (ASB-4805-N66C)
Attorney for Defendant
Augusta Fiberglass Coatings, Inc.

OF COUNSEL:

BALL, BALL, MATTHEWS & NOVAK, P.A.
Post Office Box 2148
Montgomery, Alabama  36102-2148
(334) 387-7680
(334) 387-3222 (Fax)
Email: ccowen@ball-ball.com

2

CERTIFICATE OF SERVICE

      I hereby certify that on March 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

                                     /s/  Jack Owen
                                     OF COUNSEL

E. Mabry Rogers, Esq.
Rhonda C. Andreen, Esq.
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue, N.
Birmingham, AL 35203
Email: rcaviedes@bradleyarant.com
       mrogers@bradleyarant.com

Mark W. Lee, Esq.
Dorothy A. Powell, Esq.
Parsons, Lee & Juliano, P. C.
300 Protective Center
2801 Highway 280 South
Birmingham, AL  35223-2480
Email: dpowell@pljpc.com
       mlee@pljpc.com