IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| N.A. WATER SYSTEMS, LLC, as successor by merger to USFilter Engineering & Construction, Inc., )))) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-335-MEF |
| ) | |
| AUGUSTA FIBERGLASS COATINGS, INC., *et al.,* ))) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

This matter is before the Court on Defendant Augusta Fiberglass Coatings, Inc.'s Motion to Amend Order (Doc. # 31) filed March 8, 2007.  It is hereby

ORDERED that the motion is GRANTED.

However, the Court will look very unfavorably upon further requests for extension of time for any reason than that based upon good cause.  The Court will also consider sanctions, including contempt of court, for any party, firm or individual deliberately delaying the resolution of this case based upon the agreement of settlement of this case as has been represented to this Court.

DONE this the 15th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE