IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISIONS

| | |
|---|---|
| N.A. WATER SYSTEMS, LLC, as successor by merger to US FILTER ENGINEERING & CONSTRUCTION, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>AUGUSTA FIBERGLASS COATINGS, INC., SNYDER INDUSTRIES, INC.,<br><br>    Defendants. | CIVIL ACTION NUMBER: 2:06-CV-335-MEF |

## JOINT STIPULATION FOR DISMISSAL

Plaintiff N.A. Water Systems, LLC through its counsel of record, states as follows:

1. The parties have reached a settlement, as embodied in a separate Settlement Agreement, that resolves all claims and cross-claims that were or could have been asserted in connection with this action.

2. Under the terms of the settlement, the parties have agreed that this action should be dismissed with prejudice, with each party to bear its own costs.

3. Counsel for Augusta Fiberglass Coatings, Inc., Clyde C. Owen, Jr., and counsel for Snyder Industries, Inc., Dorothy A. Powell, have agreed to dismissal of this action with prejudice.

4. N.A. Water Systems, LLC hereby seeks Dismissal of this Action with Prejudice, and an Order is attached.

Dated: March 21, 2007.

                                              Respectfully submitted,

                                                  /s/ E. Mabry Rogers
                                          Attorney for N.A. Water Systems, LLC

OF COUNSEL:
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Ave. N
Birmingham, AL 35203-2119
Telephone: (205) 521-8000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISIONS

| | |
|---|---|
| N.A. WATER SYSTEMS, LLC, as successor by merger to US FILTER ENGINEERING & CONSTRUCTION, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>AUGUSTA FIBERGLASS COATINGS, INC., SNYDER INDUSTRIES, INC., )<br><br>Defendants. ) | CIVIL ACTION NUMBER: 2:06-CV-335-MEF |

**O R D E R**

This matter is before the Court on Plaintiff's Joint Stipulation for Dismissal (Doc. #___) filed March 21, 2007. It is ORDERED that this action is hereby dismissed with prejudice, and each party to bear its own costs.

_____
CHIEF UNITED STATES DISTRICT JUDGE