IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISIONS

| | |
|---|---|
| N.A. WATER SYSTEMS, LLC, as successor by merger to US FILTER ENGINEERING & CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> AUGUSTA FIBERGLASS COATINGS, INC., SNYDER INDUSTRIES, INC., <br><br> Defendants. | CIVIL ACTION NUMBER: 2:06-CV-335-MEF |

**JOINT STIPULATION FOR DISMISSAL**

Plaintiff N.A. Water Systems, LLC through its counsel of record, states as follows:

1. The parties have reached a settlement, as embodied in a separate Settlement Agreement, that resolves all claims and cross-claims that were or could have been asserted in connection with this action.

2. Under the terms of the settlement, the parties have agreed that this action should be dismissed with prejudice, with each party to bear its own costs.

3. I hereby certify that counsel for Augusta Fiberglass Coatings, Inc., Clyde C. Owen, Jr., and counsel for Snyder Industries, Inc., Dorothy A. Powell, have agreed to dismissal of this action with prejudice, and to my stating they have agreed.

4. N.A. Water Systems, LLC hereby seeks Dismissal of this Action with Prejudice.

Dated: March 21, 2007.

                                                            Respectfully submitted,

                                                            **/s/ E. Mabry Rogers**
                                                            Attorney for N.A. Water Systems, LLC

OF COUNSEL:
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Ave. N
Birmingham, AL 35203-2119
Telephone: (205) 521-8000