**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK　　　　　　　　　　　　　　　　　　　　　　TELEPHONE (334) 954-3600

March 22, 2007

# NOTICE OF ERROR

To:　　　All Counsel of Record

**Case Style:　N.A. Water Systems, LLC v. Augusta Fiberglass Coatings, Inc. et al**

**Case Number:　2:06-cv-00335-MEF**

**Referenced Pleading:　2:06-cv-00335-MEF**
**Docket Entry Number:　33**

**The referenced pleading was filed on \*\*\*March 21, 2007\*\*\* in this case and is hereby STRICKEN as an erroneous docket entry.**

**Parties are instructed to disregard #33 docketing entry, which has been stricken from the record as a docketing error. Please refer to the corrected docket entry #34 with regard to this pleading.**