IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| N.A. WATER SYSTEMS, LLC, as successor by merger to USFilter Engineering & Construction, Inc., | ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-335-MEF |
| | ) | |
| AUGUSTA FIBERGLASS COATINGS, INC., *et al.,* | ) ) | (WO) |
| | ) | |
| Defendants. | ) | |

## <u>FINAL  JUDGMENT</u>

Pursuant to the Joint Stipulation of Dismissal (Doc. #34) filed by the parties on March 21, 2007, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, each party to bear its own costs and expenses.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 22nd day of March, 2007.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE